Filing # 97995821 E-Filed 10/28/2019 06:01:32 PM

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

WILLIAM RYAN,                                    CASE NO.:

      Plaintiff,                                   Class Action

v.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,
a foreign insurance company,

      Defendant.

_____/

## CLASS ACTION COMPLAINT FOR DAMAGES

The Plaintiff, William Ryan, on behalf of himself and all others similarly situated, files this Class Action Complaint against Allstate Fire and Casualty Insurance Company ("Allstate"), and in support thereof states the following:

## NATURE OF THE ACTION

1. This is a class action lawsuit by Plaintiff who was the named insured under an Allstate automobile policy issued for private passenger auto physical damage including comprehensive and collision coverage, which require payment of "Actual Cash Value" or ACV.

2. Defendant systematically underpaid not just Plaintiff but thousands of other putative Class Members amounts Defendant owed its insureds for total loss vehicles insured with comprehensive and collision coverage.

3. Pursuant to its standard policy form, Defendant is obligation to pay insureds sales tax, title transfer and registration transfer (sometimes referred to as "tag transfer") fees in making

ACV payment to insureds who suffer a total-loss to an insured vehicle. The amount of sales tax owed is not based on the value of the total loss vehicle *when purchased*, nor on the value actually paid for a replacement vehicle, if any; instead, the amount of sales tax owed is based on the adjusted vehicle value of the total-loss vehicle at the time of loss ("ACV Sales Tax"). Title transfer and tag transfer fees are owed in the amount of the minimum fee amount imposed by the State of Florida as a necessarily-incurred cost in replacing the total-loss vehicle ("Transfer Fees").

4. If an insured owns or finances their insured vehicle, Allstate includes ACV Sales Tax and Transfer Fees in paying the ACV of the vehicle, as required by its Policy. However, when an insured leases their insured vehicle, Allstate underpays ACV Sales Tax and does not include Transfer Fees at all in paying the ACV of the vehicle, notwithstanding its contractual obligation to do so, and notwithstanding that the Policy makes no distinction between owned and leased vehicles, and indeed explicitly treats them the same.

5. This lawsuit is brought by the Plaintiff and all other similarly situated insureds who have suffered damages due to Defendant's practice of refusing to pay full ACV Sales Tax and Transfer Fees to first-party total-loss insureds on physical damage policies containing comprehensive and collision coverages where the insured vehicle is leased.

6. The failure to pay ACV Sales Tax and Transfer Fees on first-party leased total losses constitutes a breach of the policy and materially breaches Allstate's contract with each and every member of the putative Class of leased-vehicle insureds, including Plaintiff.

## JURISDICTION AND VENUE

7. This is an action for breach of contract for damages in excess of $15,000.00, exclusive of interest, costs, and attorney's fees.

2

8.  This Court has subject matter jurisdiction over this action pursuant to Fla. Stat. § 26.012 and § 86.011.

## THE PARTIES

9.  At all times material hereto, Plaintiff, William Ryan is and was a person domiciled and residing in Volusia County, Florida, and is a citizen of the State of Florida.

10. At all times material hereto, the Defendant Allstate is and was a foreign corporation located in the State of Illinois, incorporated in Illinois, with its principal place of business in Illinois and authorized to transact insurance in the State of Florida.

## FACTUAL ALLEGATIONS

11. Defendant Allstate's standardized policy language (Exh. A, or the "Policy") as to comprehensive and collision coverage for ACV of total loss vehicles is present in Allstate auto policies issued by Defendant in Florida.

12. ACV includes an obligation to pay sales tax in Florida equal to at least six percent[1] of the adjusted vehicle value of the insured vehicle at the time of loss (ACV Sales Tax), along with title transfer fees and tag transfer fees for total loss vehicle comprehensive and collision coverage.

13. At all times material hereto, Plaintiff Ryan leased and insured a 2015 Kia Sorento EX, VIN # 5XYKU4A75FGG39350.

14. At all times material hereto, Plaintiff insured the 2015 Kia Sorento EX under an insurance policy issued by Defendant.

---

[1] Florida's sales tax is 6%. Additionally, some counties impose a local sales tax of up to 1.5% on top of the 6% state sales tax, applicable to the first $5,000.

15. On or about July 15, 2017, Plaintiff was involved in an accident while operating the Insured Vehicle. As a result of said accident, Plaintiff filed a claim for property damage with Defendant, claim number ███████████.

16. Following the filing of said claim, Defendant determined that the Insured Vehicle was a total loss with a base value of $21,725.00, a condition adjustment of $467.00, and an adjusted vehicle value of $22,192.00. Exh. B (Market Valuation Report).

17. The base value and adjusted vehicle value were calculated by a third-party vendor ("CCC") who bases vehicles valuations on the cost to purchase similar vehicles with similar conditions and mileage, with adjustments based on the total-loss vehicle condition relative to the comparable vehicle condition. No amounts for sales tax or tag or title transfer fees were included in the calculation.

18. Sales tax, title transfer fees, and tag transfer fees are mandatory applicable costs that must be paid to replace any vehicle in the State of Florida.

19. Florida law requires that all vehicles be properly titled and registered in order to be legally driven on Florida roadways. Fla. Stat. § 319.34 (title requirements); § 320.02 (registration requirements).

20. The fee to transfer title to a vehicle is, at minimum, $75.25. The fee to transfer tag to a vehicle is, at minimum, $4.60.

21. Further, Florida law requires that a minimum of 6% sales tax be paid on every motor vehicle purchased. The minimum sales tax owed for total-loss claims is 6% of the adjusted value of the insured vehicle. Additionally, counties within Florida may impose an additional surtax on the first $5,000 of vehicle value.

22. No private-passenger replacement vehicle in Florida can be procured without payment of sales tax and minimum mandatory title and tag transfer fees.

23. Plaintiff was owed sales tax in the amount of 6% of the agreed value of her vehicle, local surtax of 1%, title transfer fees of $75.25, and tag transfer fees of $4.60.

24. In breach of its contract with Plaintiff, Defendant did not include Transfer Fees in making the ACV payment for Plaintiff's total loss.

25. While Defendant paid an amount in sales tax, Defendant did not pay 6% of the adjusted vehicle value and surtax on the first $5,000. Instead, Defendant appears to have paid an amount based on monthly payments under Plaintiff's lease agreement.

26. Defendant's Policy does not condition payment on the particulars of an insured's lease or purchase agreement. Defendant's Policy does not require insureds to have paid any amount at all on the total-loss vehicle. Thus, Defendant's underpayment of ACV Sales Tax constitutes a breach of contract.

27. Mr. Ryan paid all premiums owed and otherwise satisfied all conditions precedent such that his insurance policy was in effect and operational at the time of the accident.

**ALLSTATE AUTO INSURANCE COMPANY POLICY**

28. The Policy, under the section Part V entitled "Protection Against Loss To the Auto" (p. 21)[2], states that "Collision Insurance" means coverage for "loss to your insured auto or a non-owned auto (including insured loss to an attached trailer) a collision with another object or by upset of that auto or trailer."

29. The "insured auto" is defined, *inter alia*, "any auto described on the Policy Declarations." Id. at 23.

---

[2] Citations to the policy page numbers are pinpointed to the actual policy page number, rather than to the page number of the composite exhibit.

30. The Florida Amendatory Endorsement – AFA61-3 "Limits of Liability" (Id. p. 17), states that in the event of loss, the limit of liability is the "actual cash value of the property at the time of loss, which may include a deduction for depreciation."

31. ACV is not defined in the Policy. The Policy includes definitions for certain terms, which are then bolded throughout the Policy. ACV is not included as a "defined term" and is not bolded in the Policy.

32. There is no difference, for purposes of the duty to pay ACV on a first-party total loss claim, between a collision total-loss claim and a comprehensive total-loss claim.

33. Clearly, then, the policy language does not further define ACV as including: (1) any provision excluding Transfer Fees from ACV; (2) any provision deferring payment of the ACV Sales Tax and Transfer Fees for any purpose whatsoever; (3) any provision requiring an insured to obtain a replacement vehicle at all; (4) any provision requiring the insured to first obtain a replacement vehicle as a condition precedent to receiving ACV Sales Tax or Transfer Fees; or (5) any provision linking the amount of ACV Sales Tax or Transfer Fees to a particular replacement vehicle or the amount originally paid for the total-loss vehicle and the corresponding sales tax or transfer fees paid.

34. The policy language applies to all covered autos irrespective of ownership interests - whether owned, financed or leased, insured autos are considered "owned" or are treated and defined identically for purposes of the policy. Id. at 1.

## PAYMENT OF SALES TAX AND MANDATORY FEES

35. Florida law is clear that courts cannot limit the scope of a term, if it is not defined in the policy, to a narrow definition that benefits the insurer; in fact, if policy language is susceptible to more than one reasonable interpretation, it is construed in the light that would

grant coverage, i.e. to the benefit of the insured and against the insurer. *Travelers Indem. Co. v. PCR Inc.*, 889 So. 2d 779 (Fla. 2004).

36. The 11th Circuit interpreted Florida law as requiring payment of sales tax in ACV policies where sales tax is reasonably likely to be incurred upon replacement. Mills v. Foremost Insurance Co., 511 F.3d 1300, 1306 (11th Cir. 2008).

37. The Middle District, interpreting Florida law, has held that where, as here, ACV is not defined in an auto policy, it means "replacement costs minus depreciation" and includes the obligation to pay costs reasonably likely to be incurred when replacing property.

38. Market value in Florida is defined and calculated as the cost to replace a vehicle minus depreciation. Fuchs v. Robbins, 738 So.2d 338, 342 n 9 (Fla. 3d DCA 1999); Trinidad v. Florida Peninsula Insurance Co., 121 So.3d 433, 438 (Fla. 2013).

39. Defendant's policy promises to provide those costs reasonably likely to be incurred upon replacement, including ACV sales tax and mandatory title/tag transfer fees. Nevertheless, Defendant declines to actually include ACV sales tax and title/tag transfer fees in making payment to leased total-loss insureds, thereby breaching its contracts with insureds.

40. Defendant determines whether the loss to property constitutes a "total" loss by comparing the value of the vehicle to the cost to repair the damage plus the retained (i.e. salvage) value of the vehicle. Where the cost to repair plus salvage value exceeds the ACV of the vehicle *prior to the loss,* Allstate determines the vehicle to be a "total" loss, thereby capping Allstate's liability for the loss at ACV.

41. For Plaintiff's claim (and that of all putative class members), Allstate determined that the amount of loss exceeded the ACV, thereby capping (or limiting) Allstate's liability for that amount to the ACV of the insured vehicle.

42. Plaintiff does not challenge Allstate's determination that the cost to repair the damage to his vehicle exceeded the vehicle's ACV, nor that Allstate's liability is limited to ACV.

43. On Plaintiff's Market Valuation Report, Allstate put, in the section for Sales Tax and for DMV Fee (which is how Allstate terms the Transfer Fees), "Lease."[3] This case does not concern any challenge to the "amount of loss" and Plaintiff does not allege Allstate was obligated to pay the cost to repair nor that Allstate is required to pay the full amount of loss and not merely its limitation on liability for loss of ACV. Rather, Plaintiff alleges that Allstate should not have put "Lease" in lieu of paying ACV Sales Tax and Transfer Fees.

44. Plaintiff does not challenge Allstate's determination of the cost to repair the damage to his vehicle. Plaintiff does not challenge Allstate's determination of the adjusted vehicle value. Plaintiff does not challenge Allstate's determination of the relevant applicable sales tax rate and amount.

## CLASS ALLEGATIONS

45. Plaintiff brings this action seeking representation of a class pursuant to Fla. R. Civ. P. 1.220(a) and (b)(3).

46. Plaintiff brings this action as class representative, individually and on behalf of all other persons or entities similarly situated, more specifically defined as follows:

> All insureds under a Florida policy issued by Allstate Fire and Casualty Insurance Company, covering a leased vehicle with private-passenger auto physical damage coverage, who made a first-party claim determined by Allstate to be a covered claim and to constitute a total-loss, whose claim was adjusted as a total loss, and where the total-loss payment did not include full ACV Sales Tax and/or Transfer Fees, within the five year time period prior to the date on which this lawsuit was filed until the date of any certification order.

---

[3] Notably, Defendant even calculated the amount of sales tax that should be owed, i.e. 6.1127%. Applying that rate to the adjusted vehicle value of $22,192 results in a sales tax amount of $1,356.53. Plaintiff accepts that this amount is the amount of sales tax in controversy.

47. The issues related to Plaintiff's claim do not vary from the issues relating to the claims of the other members of the classes such that a class action provides a more efficient vehicle to resolve this claim than through a myriad of separate lawsuits.

48. Certification of the above classes is also supported by the following considerations:

    a. The relatively small amount of damages that members of the classes have suffered on an individual basis would not justify the prosecution of separate lawsuits;

    b. Counsel in this class action is not aware of any previously filed litigation against Defendant in which any of the members of the classes are parties and which any question of law or fact in the subject action can be adjudicated; and

    c. No difficulties would be encountered in the management of Plaintiff's claim on a class action basis, because the classes are readily definable and the prosecution of this class action would reduce the possibility of repetitious litigation.

49. Although the precise number of Class Members are unknown to Plaintiff at this time and can only be determined through appropriate discovery, the classes of persons affected by Defendant's unlawful practice consists of thousands of individuals or the classes of persons affected are otherwise so numerous that joinder of all class members is impractical. The unlawful practice alleged herein is a standardized and uniform practice, employed by Defendant pursuant to standardized insurance policy language, and results in the retention by Defendant of insurance benefits and monies properly owed to Plaintiff and the class members. Thus, numerosity is established.

50. The commonality requirement is also satisfied. The central issues in this litigation turn on interpretation of materially identical policy provisions; thus, this case is well-suited for classwide adjudication. Defendant and all class members are bound by the same materially identical policy terms. Common questions include (but are not limited to): (1) whether,

9

under the Defendant's standardized policy language, insureds are owed ACV Sales Tax and Transfer Fees upon the total loss of an insured leased vehicle; (2) whether Defendant is required to pay ACV Sales Tax and Transfer Fees to insureds who suffer total-losses to leased vehicles insured under Defendant's Policies; and (3) the amount, if any, in title transfer fees and tag transfer fees owed under the Policy.

51. The typicality requirement is satisfied because Plaintiff and Class Members were injured through Defendant's uniform misconduct. Further, Plaintiff's and Class Members' legal claims arise from the same core practices; namely, the failure to pay the full ACV of insured vehicles, including sales tax and mandatory transfer fees, for first-party total loss leased-vehicle claims. Plaintiff's claims are based upon the same legal theories as those of the Class Members. Plaintiff suffered the same harm as all the other Class Members: the coverage for sales tax and transfer fees Defendant failed to pay its insureds. Plaintiff is not subject to any unique defenses nor does Plaintiff bring any unique claims.

52. The relevant Policy provisions for each Class Member are the same.  The relevant law relating to the interpretation and application of those Policy provisions for each Class Member is the same. Without a single adjudication as to the application of relevant law to the relevant policy provisions, different courts may reach different conclusions relating to the same legal and factual issues.

53. The predominance requirement is satisfied. The previously articulated common issues of fact and law predominate over any question solely affecting individual Class Members. The key common question – does Defendant's promise to pay the actual cash value of the total-loss vehicle obligate it to include ACV Sales Tax and/or Transfer Fees to leased-vehicle insureds – is identical for every Class Member and will resolve almost the entire

case in a single stroke. The measure of damages, if any, is the same for every Class Member, and any variances in damages merely reflects variances in underlying vehicle values, the application of which is a purely ministerial function.

54. The superiority requirement is met here – class treatment is superior to any other alternative method of adjudication because the damages suffered by individual Class Members is relatively small, their interests in maintaining separate actions is questionable and the expense and burden of individual litigation makes it impracticable for Class Members to seek individual redress for the wrongs done to them. Even if some Class Members could afford individual litigation, the court system could not. Thousands of individual cases asserting precisely the same claim that Plaintiff asserts here would be uneconomical and would strain (indeed, likely overwhelm) judicial resources. Class treatment is superior because every claim – all based on uniform conduct and a form contract – will be conclusively determined by answering the single question of whether Defendant's Policy obligates payment of ACV Sales tax and Transfer Fees to leased-vehicle insureds. It is desirable to concentrate the litigation of the Class Members' claims in one forum, as it will conserve party and judicial resources and facilitate the consistency of adjudications. No difficulty would be encountered in the management of this case that would preclude its maintenance as a class action. To the contrary, several other similar total-loss class actions against other insurers (not Defendant) were successfully treated as class actions.

55. Plaintiff and his counsel will fairly and adequately protect and represent the interests of each member of the classes. Plaintiff's claim does not conflict with that of any class member, and Plaintiff has no financial or any other interest conflicting with those of the

Class. Plaintiff fully intends to vigorously protect the interests of Class Members in prosecuting this claim.

56. Plaintiff is committed to the vigorous prosecution of this action and retained competent counsel experienced in prosecuting and defending class actions. Plaintiff's counsel has successfully litigated other class action cases similar to that here, where insurers breached contracts with insureds by failing to include sales tax and/or total loss fees after total losses to leased vehicles.

## CLAIM FOR BREACH OF CONTRACT

57. The allegations contained herein are incorporated by reference.

58. This count is brought by Plaintiff Williams Ryan on behalf of himself and the Class Members.

59. Plaintiff was party to an insurance contract with Defendant as described herein covering a leased vehicle. All Class Members were parties to an insurance contract with Defendant containing materially identical terms and which covered a leased vehicle.

60. The interpretation of Plaintiff and all Class Members' Policies is governed by Florida law.

61. Plaintiff and all Class Members made a claim determined by Defendant to be a first-party total loss under the insurance policy, and determined by Defendant to be a covered claim.

62. Defendant, by paying the total loss claim, determined that Plaintiff and each Class Member complied with the terms of their insurance contracts, and fulfilled all duties and conditions under the Policies for each Plaintiff to be paid on his or her total loss.

63. Pursuant to the aforementioned uniform contractual provisions, upon the total loss of insured leased vehicles, Plaintiff and every Class Member were owed the actual cash value of the vehicle, including ACV Sales Tax and Transfer Fees.

64. Defendant refused to pay ACV Sales Tax and/or Transfer Fees to Plaintiff and every Class Member.

65. Defendant's failure to provide coverage for the ACV Sales Tax and/or Transfer Fees constitutes a material breach of contract with Plaintiff and every Class Member.

66. As a result of said breaches, Plaintiff and the Class Members are entitled under Defendant's insurance policies to sums representing the benefits owed for ACV Sales Tax, title transfer fees, and/or tag transfer fees, as well as costs, prejudgment and postjudgment interest, injunctive relief and other relief as is appropriate.

67. In addition, Plaintiff and the class members are entitled to an award of attorney's fees and costs pursuant to § 627.428 Fla. Stat. and all other statutory or contractual provisions allowing for attorney's fees and costs.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff William Ryan, individually and on behalf of the Class, demands a trial by jury on all triable issues and seeks and prays for relief and judgment as follows:

- For an Order certifying this action as a Class Action on behalf of the Class described above;

- For an award of compensatory damages for Plaintiff and Class Members in amounts owed under the Policies;

- For all other damages according to proof;

- For an award of attorney's fees and expenses as appropriate pursuant to applicable law, including Fla. Stat. § 627.428;

- For costs of suit incurred herein;

- For pre- and post-judgment interest on any amounts awarded;

- For other and further forms of relief as this Court deems just and proper

Dated: October 28, 2019

Respectfully submitted,

By: _s/ Jake Phillips_
Jacob L. Phillips
FBN: 0120130
Edmund A. Normand
FBN: 865590
Normand PLLC
3165 McCrory Place, Ste. 175
Orlando, FL 32803
Tel: (407) 603-6031
Fax: (888) 974-2175
jacob.phillips@normandpllc.com
service@normandpllc.com
ed@normandpllc.com

Christopher J. Lynch
FBN 331041
Christopher J. Lynch, P.A.
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Tel: (305) 443-6200
Fax: (305) 443-6204
Clynch@hunterlynchlaw.com
Lmartinez@hunterlynchlaw.com

# EXHIBIT A

EXHIBIT A



**Allstate**
You're in good hands.

*South Florida Casualty*
*4443 LYONS ROAD STE 201A*
*COCONUT CREEK FL 33073*

NORMAND LAW PLLC
62 W COLONIAL DR APT 209
ORLANDO FL 328011365

August 10, 2017

INSURED: WILLIAM RYAN
DATE OF LOSS: July 15, 2017
CLAIM NUMBER: ▇▇▇▇▇▇▇

PHONE NUMBER: 888-839-6150
FAX NUMBER: 877-619-4580
OFFICE HOURS: Mon - Fri 8:00 am - 5:30 pm,
Sat 8:00 am - 2:00 pm

YOUR CLIENT(S): WILLIAM RYAN

Dear NORMAND LAW PLLC,

We are in receipt of your letter of representation. Pursuant to your request, I have attached the certified declaration page and policy disclosing the coverage limits of policy # ▇▇ 82941 on 7/15/2017.

Please be advised that our insured carries Uninsured/Underinsured limits equal to that of the bodily injury liability limits (with stacking coverage). Therefore, a UM form selection form does not apply.

Please be advised that we did not obtain your client's recorded statement. Therefore, we are unable to provide that item at this time.

Should you wish to discuss any aspect of this case, including the information provided with this letter, I can be reached at the telephone number listed below.

Sincerely,

*SCOTT MARTIN*

SCOTT MARTIN
888-839-6150 Ext. 9563753
Allstate Fire and Casualty Insurance Company

▇▇▇▇AMS                EXHIBIT A



You're in good hands.

*Greenfield Ins Grp*
*244 S Vlusla Av C2*
*Orange City FL 32763*

Information as of May 9, 2017
Policyholder(s)                                    Page 1 of 3
**William and Kathleen Ryan**

Policy number
 2 941

Your Allstate agency is
**Greenfield Ins Grp**
(386) 774-7711
TGreenfield@allstate.com



WILLIAM AND KATHLEEN RYAN

## Continue enjoying great savings and safe driving rewards

We're pleased to offer to renew your automobile policy with the Your Choice Auto® Platinum Protection package for another 6 months, so you can continue enjoying extra savings and rewards, including*:

- Up to $500 off your collision coverage deductible.
- With safe driving, we'll send you a check for up to 5% of your current premium at the end of each policy period.
- Enhanced accident forgiveness—Your rates won't go up just because of an accident.
- 3-Year Renewal Offer Guarantee—You can continue to insure your car with us even if certain factors occur which would typically result in us not offering a renewal.

*This is a brief description and not part of any contract of insurance. Features are optional and subject to terms and conditions. Safe Driving Bonus is based on eligible premium for prior policy period.*

And remember that you're getting these great features on top of Allstate's quality coverage and 24/7 claim service.

We've also included a guide to what's in this package and answers to some common questions.

### Save with Allstate® Easy Pay Plan
You can also qualify for a premium discount at your next renewal by having your insurance payments automatically deducted from your bank account through the Allstate® Easy Pay Plan. Just contact your Allstate Agent, or go to allstate.com to apply. If you're already enrolled in the Allstate® Easy Pay Plan, the discount has been applied to this policy.

### Renewing your policy is easy

*(continued)*



EXHIBIT A

Policy number: ▮▮▮2 941
Policy effective date:    June 19, 2017

Keep an eye out for your bill, which should arrive in a couple weeks. Just send your payment by the due date on your bill. If you're enrolled in the Allstate® Easy Pay Plan, you won't receive a bill—we'll send you a statement with your payment withdrawal schedule.

**How to contact us**
The Platinum Protection package is just one of the Your Choice Auto® options available. If you have a question or would like additional information about any package options, please give your Allstate Agent a call at (386) ▮▮▮▮▮It's our job to make sure you're in good hands.

(ed. 2)

Sincerely,

Steven P. Sorenson
President, Allstate Fire and Casualty Insurance Company

RA890-1

EXHIBIT A

Policy number:  Z 941
Policy effective date: June 19, 2017

 **Allstate.**
You're in good hands.

## Your Insurance Coverage Checklist

We're happy to have you as an Allstate customer! This checklist outlines what's in this package and provides answers to some basic questions, as well as any "next steps" you may need to take.

☐ **What's in this package?**
See the guide below for the documents that are included. *Next steps:* review your *Policy Declarations* to confirm you have the coverages, coverage limits, premiums and savings that you requested and expected. Read any *Endorsements* or *Important Notices* to learn about new policy changes, topics of special interest, as well as required communications. Keep all of these documents with your other important insurance papers.

☐ **Am I getting all the discounts I should?**
Confirm with your Allstate Agent that you're benefiting from all the discounts you're eligible to receive.

☐ **What about my bill?**
Unless you've already paid your premium in full, we'll send your bill separately. *Next steps:* please pay the minimum amount by the due date listed on it.

You can also pay your bill online at allstate.com or by calling 1-800-ALLSTATE (1-800-255-7828). Para español, llamar al 1-800-979-4285. If you're enrolled in the Allstate® Easy Pay Plan, we'll send you a statement detailing your payment withdrawal schedule.

☐ **What if I have questions?**
You can either contact your Allstate Agent or call us 24/7 at 1-800-ALLSTATE (1-800-255-7828) – para español, llamar al 1-800-979-4285 - with questions about your coverage, or to update your coverages, limits, or deductibles. Or visit us online at allstate.com.

## A guide to your renewal package

    

**Proof of Insurance ID Cards**
Your insurance cards are legally required, so please keep them in your vehicle at all times.

**Policy Declarations\***
The Policy Declarations lists policy details, such as your specific drivers, vehicles and coverages.

**Policy Endorsements**
If changes are made to your policy, these documents will include your new contract language.

**Important Notices**
We use these notices to call attention to particularly important coverages, policy changes and discounts.

**Insurance Made Simple**
Insurance seem complicated? Our online guides explain coverage terms and features:
www. madesimple EspanolAllstate.com /facildeentender

*\* To make it easier to see where you may have gaps in your protection, we've highlighted any coverages you do not have in the Coverage Detail section in the enclosed Policy Declarations.*



EXHIBIT A

## Thank you for choosing Allstate



### Proof of Insurance Card

Page 1 of 2

For your convenience, two insurance cards have been included for each vehicle. State law requires that one of these cards be kept in each vehicle. Please place them in your vehicles by the effective date.

**Allstate.**
You're in good hands.

*Please use the printed Insurance Cards below.*

**Allstate.**
You're in good hands.

*Please use the printed Insurance Cards below.*

**Allstate.**
You're in good hands.

*Please use the printed Insurance Cards below.*

**Allstate.**
You're in good hands.

*Please use the printed Insurance Cards below.*

---

**Florida Automobile Insurance Identification Card**          **Allstate.**
                                                              You're in good hands.

Allstate Fire and Casualty Insurance Company

| POLICY NUMBER | COMPANY CODE | EFFECTIVE DATE |
|---|---|---|
| ■■■■ 2 941 | -09388 | 06/19/17 |

☒ PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY     ☒ BODILY INJURY LIABILITY

William and Kathleen Ryan

| YEAR / MAKE / MODEL | VEHICLE ID NUMBER |
|---|---|
| 2001 Volkswagen Cabrio | 3VWCC21V61M802803 |

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

---

**Florida Automobile Insurance Identification Card**          **Allstate.**
                                                              You're in good hands.

Allstate Fire and Casualty Insurance Company

| POLICY NUMBER | COMPANY CODE | EFFECTIVE DATE |
|---|---|---|
| ■■■■ 2 941 | -09388 | 06/19/17 |

☒ PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY     ☒ BODILY INJURY LIABILITY

William and Kathleen Ryan

| YEAR / MAKE / MODEL | VEHICLE ID NUMBER |
|---|---|
| 2001 Volkswagen Cabrio | 3VWCC21V61M802803 |

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

---

**Florida Automobile Insurance Identification Card**          **Allstate.**
                                                              You're in good hands.

Allstate Fire and Casualty Insurance Company

| POLICY NUMBER | COMPANY CODE | EFFECTIVE DATE |
|---|---|---|
| ■■■■ 2 941 | -09388 | 06/19/17 |

☒ PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY     ☒ BODILY INJURY LIABILITY

William and Kathleen Ryan

| YEAR / MAKE / MODEL | VEHICLE ID NUMBER |
|---|---|
| 2015 Kia Sorento | 5XYKU4A75FG639350 |

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

---

**Florida Automobile Insurance Identification Card**          **Allstate.**
                                                              You're in good hands.

Allstate Fire and Casualty Insurance Company

| POLICY NUMBER | COMPANY CODE | EFFECTIVE DATE |
|---|---|---|
| ■■■■ 2 941 | -09388 | 06/19/17 |

☒ PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY     ☒ BODILY INJURY LIABILITY

William and Kathleen Ryan

| YEAR / MAKE / MODEL | VEHICLE ID NUMBER |
|---|---|
| 2015 Kia Sorento | 5XYKU4A75FG639350 |

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

EXHIBIT A

Policy number:  2 941

Policy effective date:   June 19, 2017

*Please use the printed Insurance Cards below.*

*Please use the printed Insurance Cards below.*

*Please use the printed Insurance Cards below.*

*Please use the printed Insurance Cards below.*

**If you have an accident or loss:**
- Get medical attention if needed. Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your agent as soon as possible.

  Greenfield Ins Grp
  (386) 774-7711
  2445 S Vlusia Av C2
  Orange City, FL 32763
- If you carry Auto Collision Insurance: Rental car coverage is provided, see outline of coverage. (This means Auto Collision Insurance will apply to a vehicle rented on a short-term basis, not that you will be reimbursed for the cost of renting a substitute vehicle)

  **Misrepresentation of insurance is a first degree misdemeanor**

**If you have an accident or loss:**
- Get medical attention if needed. Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your agent as soon as possible.

  Greenfield Ins Grp
  (386) 774-7711
  2445 S Vlusia Av C2
  Orange City, FL 32763
- If you carry Auto Collision Insurance: Rental car coverage is provided, see outline of coverage. (This means Auto Collision Insurance will apply to a vehicle rented on a short-term basis, not that you will be reimbursed for the cost of renting a substitute vehicle)

  **Misrepresentation of insurance is a first degree misdemeanor**

**If you have an accident or loss:**
- Get medical attention if needed. Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your agent as soon as possible.

  Greenfield Ins Grp
  (386) 774-7711
  2445 S Vlusia Av C2
  Orange City, FL 32763
- If you carry Auto Collision Insurance: Rental car coverage is provided, see outline of coverage. (This means Auto Collision Insurance will apply to a vehicle rented on a short-term basis, not that you will be reimbursed for the cost of renting a substitute vehicle)

  **Misrepresentation of insurance is a first degree misdemeanor**

**If you have an accident or loss:**
- Get medical attention if needed. Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your agent as soon as possible.

  Greenfield Ins Grp
  (386) 774-7711
  2445 S Vlusia Av C2
  Orange City, FL 32763
- If you carry Auto Collision Insurance: Rental car coverage is provided, see outline of coverage. (This means Auto Collision Insurance will apply to a vehicle rented on a short-term basis, not that you will be reimbursed for the cost of renting a substitute vehicle)

  **Misrepresentation of insurance is a first degree misdemeanor**

027.000.069
1705094A004953
1100000A004953027FL000170509023384400038500301401365I

EXHIBIT A

# Renewal auto policy declarations

Your policy effective date is June 19, 2017





You're in good hands.

Information as of May 9, 2017

## Total Premium for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| Vehicles covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2015 Kia Sorento | 5XYKU4A75FG639350 | $584.97 |
| 2001 Volkswagen Cabrio | 3VWCC21V61M802803 | 426.87 |
| **If you pay in installments*** | | **$1,011.84** |
| **If you pay in full (includes FullPay℠ Discount)** | | **$890.41** |

*\* Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s).*

See the **Important payment and coverage information** section for details about installment fees.

## Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Allstate Easy Pay Plan | **$32.68** | Safe Driving Club℠ | **$283.01** |
| 55 and Retired | **$138.42** | Responsible Payer | **$40.89** |
| Homeowner | **$117.57** | Preferred Package | **$105.43** |
| Allstate eSmart℠ | **$32.68** | Risk Avoidance | **$84.44** |
| Alert Driving | **$148.28** | Anti-theft | **$6.13** |
| Passive Restraint | **$30.42** | Antilock Brakes | **$29.75** |
| New Car | **$15.42** | Electronic Stability Control | **$21.16** |

| **Total discounts** | **$1,086.28** |
|---|---|

| **Policy discounts** | | | 5983.40 |
|---|---|---|---|
| Allstate Easy Pay Plan | $32.68 | Preferred Package | $105.43 |
| Safe Driving Club℠ | $283.01 | Allstate eSmart℠ | $32.68 |
| 55 and Retired | $138.42 | Risk Avoidance | $84.44 |
| Responsible Payer | $40.89 | Alert Driving | $148.28 |
| Homeowner | $117.57 | | |

| **2015 Kia Sorento discounts** | | | $73.88 |
|---|---|---|---|
| Anti-theft | $4.57 | Passive Restraint | $15.98 |
| Antilock Brakes | $16.75 | New Car | $15.42 |
| Electronic Stability Control | $21.16 | | |

(continued)

## Summary

**Named Insured(s)**
William and Kathleen Ryan

Mailing address

Policy number

2 941

Your policy provided by
**Allstate Fire and Casualty Insurance Company**

Policy period
Beginning **June 19, 2017** through
**December 19, 2017** at 12:01 a.m.
standard time

Your Allstate agency is
**Greenfield Ins Grp**
2445 S Vlusia Av C2
Orange City FL 32763
(386) 774-7711
TGreenfield@allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

FL010RBD



EXHIBIT A

Renewal auto policy declarations

Policy number: ▇▇▇▇2.941

Policy effective date:   June 19, 2017

| 2001 Volkswagen Cabrio discounts | | | $29.00 |
|---|---|---|---|
| Anti-theft | $1.56 | Passive Restraint | $14.44 |
| Antilock Brakes | $13.00 | | |

## Listed drivers on your policy

**William Ryan** - Married male driver, age 70, Safe Driving Club, 55 and Retired

**Kathleen Ryan** - Married female driver, age 65, Safe Driving Club, 55 and Retired

*Are there licensed drivers not listed above* who either reside in your household (even if temporarily away from home) or are guests staying in your home for more than 90 days? If so, please contact us. Even if you have purchased coverage for loss to your insured auto (for example, Auto Collision Insurance), there are circumstances in which a loss to that auto (or an attached trailer) might not be covered by the policy simply because the auto was being operated by one of those unlisted drivers at the time of the loss. Details regarding this, and details regarding your policy's exclusion of any drivers listed <u>below</u>, can be found in your policy documents.

## Excluded drivers from your policy

None

EXHIBIT A

Renewal auto policy declarations
Policy number: ▓▓ 2 941
Policy effective date:     June 19, 2017

Page 3 of 6


**Allstate.**
You're in good hands.

## Coverage detail for 2015 Kia Sorento

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Personal Injury Protection | | $0 | $93.00 |
| Death Benefit | $5,000 each person | | |
| Aggregate Medical Expenses (Emergency or Non-Emergency Medical Condition), Income Loss (subject to the exclusion listed below), and Loss of Services | $10,000 each person | | |
| Medical Expenses Limit: | | | |
| Medical Expenses - | | | |
| Emergency Medical Condition | $10,000 each person | | |
| OR | | | |
| Medical Expenses - | | | |
| Non-Emergency Medical Condition | $2,500 each person | | |

The sum of Medical Expenses, Income Loss (subject to the exclusion listed below), and Loss of Services benefits cannot exceed the aggregate $10,000 limit.

Income loss does not apply to insured or any dependent resident relative.

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Auto Collision Insurance | Actual cash value | $500 | $108.41 |
| (Safe Driving Deductible Reward - deductible reduction amount available is $400) | | | |
| Auto Comprehensive Insurance | Actual cash value | $500 | $44.74 |
| Automobile Liability Insurance | | | |
| Bodily Injury | $100,000 each person $300,000 each occurrence | Not applicable | $144.14 |
| Property Damage | $100,000 each occurrence | Not applicable | $58.75 |
| Rental Reimbursement | Not purchased* | | |
| Towing and Labor Costs | Not purchased* | | |
| Uninsured Motorists Insurance for Bodily Injury | $100,000 each person $300,000 each accident | Not applicable | $130.98 |
| Uninsured Motorists Insurance limits of insured vehicles may be stacked. | | | |
| Automobile Medical Payments | Not purchased* | | |
| Lease/Loan Gap | | Not applicable | $4.95 |
| New Car Expanded Protection | Not purchased* | | |
| Sound System | Not purchased* | | |

*(continued)*

FL010080



EXHIBIT A

Renewal auto policy declarations
Policy number: ▓▓▓▓ 2 941
Policy effective date: June 19, 2017

Page **4** of 6

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Tape | Not purchased* | | |
| **Total premium for 2015 Kia Sorento** | | | **$584.97** |

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

**VIN** 5XYKU4A75FG639350

**Lienholder**
Hyundai Lease Titling Trust

**Rating information**
• Owns residence

## Coverage detail for 2001 Volkswagen Cabrio

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Personal Injury Protection | | $0 | $43.21 |
| Death Benefit | $5,000 each person | | |
| Aggregate Medical Expenses (Emergency or Non-Emergency Medical Condition), Income Loss (subject to the exclusion listed below), and Loss of Services | $10,000 each person | | |
| Medical Expenses Limit: | | | |
| Medical Expenses - Emergency Medical Condition OR | $10,000 each person | | |
| Medical Expenses - Non-Emergency Medical Condition | $2,500 each person | | |

The sum of Medical Expenses, Income Loss (subject to the exclusion listed below), and Loss of Services benefits cannot exceed the aggregate $10,000 limit.

Income loss does not apply to insured or any dependant resident relative.

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Auto Collision Insurance | Actual cash value | $500 | $55.82 |
| (Safe Driving Deductible Reward - deductible reduction amount available is $400) | | | |
| Auto Comprehensive Insurance | Actual cash value | $500 | $18.03 |
| Automobile Liability Insurance | | | |
| Bodily Injury | $100,000 each person $300,000 each occurrence | Not applicable | $136.70 |
| Property Damage | $100,000 each occurrence | Not applicable | $55.47 |
| Rental Reimbursement | Not purchased* | | |
| Towing and Labor Costs | Not purchased* | | |

*(continued)*

EXHIBIT A

Renewal auto policy declarations
Policy number: ████ 2 941
Policy effective date:   June 19, 2017

Page 5 of 6


**Allstate.**
You're in good hands.

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Uninsured Motorists Insurance for Bodily Injury | $100,000 each person<br>$300,000 each accident | Not applicable | $117.64 |
| Uninsured Motorists Insurance limits of insured vehicles may be stacked. | | | |
| Automobile Medical Payments | **Not purchased*** | | |
| Lease/Loan Gap | **Not purchased*** | | |
| New Car Expanded Protection | **Not purchased*** | | |
| Repair or Replacement Cost Option | **Not purchased*** | | |
| Sound System | **Not purchased*** | | |
| Tape | **Not purchased*** | | |
| **Total premium for 2001 Volkswagen Cabrio** | | | **$426.87** |

*** This coverage can provide you with valuable protection. To help you stay
current with your insurance needs, contact your Allstate agent to discuss
coverage options and other products and services that can help protect you.**

**VIN** 3VWCC21V61M802803

**Rating information**
• Owns residence

## Additional coverages

| Coverage | Limits |
|---|---|
| Identity Theft Expenses | **Not purchased*** |

*** This coverage can provide you with valuable protection. To help you stay
current with your insurance needs, contact your Allstate agent to discuss
coverage options and other products and services that can help protect you.**

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

• Florida Allstate Fire and Casualty Insurance Company Auto
  Insurance Policy – AFA51
• Florida Amendatory Endorsement – AFA61-3
• Amendatory Endorsement – AFA86

• Renewal Offer Guarantee Endorsement – AU14119

• Loan Or Lease Gap Coverage Endorsement – AU14120

FL0100ABD



EXHIBIT A

Renewal auto policy declarations
Policy number: ▮▮▮▮ 2 941
Policy effective date: June 19, 2017

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Your rate is lower because you are insuring multiple cars.

▶ Your Platinum Protection package contains the following features:
  • Accident Waiver Enhancement Plus feature
  • Safe Driving Deductible Reward feature
  • Safe Driving Bonus feature
  • Renewal Offer Guarantee

▶ If you decide to pay your premium in installments, there will be a $3.00 installment fee charge for each payment due. If you make 6 installment payments during the policy period, and do not change your payment plan method, then the total amount of installment fees during the policy period will be $18.00.

If you are on the Allstate® Easy Pay Plan, there will be a $1.50 installment fee charge for each payment due. If you make 6 installment payments during the policy period, and remain on the Allstate® Easy Pay Plan, then the total amount of installment fees during the policy period will be $9.00.

If you change payment plan methods or make additional payments, your installment fee charge for each payment due and the total amount of installment fees during the policy period may change or even increase.

Please note that the Allstate® Easy Pay Plan allows you to have your insurance payments automatically deducted from your checking or savings account.

## Florida required communications

▶ **If You Have a Question About Your Insurance...**
  If you wish to present an inquiry or obtain information about coverage, or if you need assistance in resolving a complaint, please call (386) 774-7711.

**Allstate Fire and Casualty Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois. This policy is binding with the countersignature of an authorized Allstate Fire and Casualty Insurance Company agent.

*Stn P Sorenson*

Steven P. Sorenson
President

*Susan L Lees*

Susan L. Lees
Secretary

Policy countersigned by Greenfield Ins Grp

FL010RBD

027 010 069
170509A004953
II0000A00495302FL000170509233844001B5007014038511

## Policy Endorsement

Policy number:  2 941
Policy effective date:   June 19, 2017

Page **1** of 1



*The following endorsement changes your policy.*
*Please read this document carefully and keep it with*
*your policy.*

## Amendatory Endorsement – AFA86

(Ed. 09/16)

In **Part V—Protection Against Loss To The Auto**, the following
is added to **Exclusions—What Is Not Covered**:

- Loss to **your insured auto** (including loss to an attached
  trailer) from a collision with another object or by upset of
  that **auto** or trailer, if, at the time of the loss, the **auto** was
  being operated by a licensed driver who was not listed on
  **your** Policy Declarations as a driver and who was either:
  a)  a **resident**; or
  b)  a guest temporarily staying in **your** home.

  **We** will not apply this exclusion under the following
  circumstances:
  a)  The driver operating the **auto** became a **resident**, a
      guest temporarily staying in **your** home, or a licensed
      driver no more than 90 days prior to the loss;
  b)  At the time of the **loss**, the driver was listed as an
      insured or licensed operator under another
      automobile insurance policy; or
  c)  At the time of the loss, the driver was operating the
      **auto**:
      i)   for the purpose of obtaining emergency medical
           treatment for a passenger in the **auto**; or
      ii)  because of the intoxicated condition of all other
           licensed drivers in the **auto**, and the driver was
           not legally intoxicated. Coverage will not apply
           unless a police accident report is obtained at the
           scene of the accident or, if a police accident
           report is not available at the scene of the accident,
           as soon as possible thereafter.

All other policy terms and conditions apply.



EXHIBIT A

## Important notices

Policy number: ▆▆▆ 2 941
Policy effective date:   June 19, 2017

## Important Information Concerning Your Personal Injury Protection Insurance

For personal injury protection insurance, the named insured may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages"). These elections apply to the named insured alone or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent resident relatives are employed, since lost wages will not be payable in the event of an accident.

**X7137**

## Notice of Change in Policy Terms

From time to time Allstate will revise your coverage. We've included Amendatory Endorsement AFA86 in this mailing package. Amendatory Endorsement AFA86 changes parts of your contract. Please read this endorsement and keep it with your policy.

We're also providing you with the following summary. We hope you find it informative and useful, but keep in mind that it's not part of your contract. Always reference your policy documents for your exact coverage details.

If you have any questions about this notice or your policy coverage, you can contact your Allstate Agent or representative at 1-800-ALLSTATE℠ (1-800-255-7828), or visit www.allstate.com. We're here to help!

### Summary of Changes

In **Part V—Protection Against Loss To The Auto**, under **Exclusions—What Is Not Covered**, we have added an exclusion. We will not cover loss to your insured auto (including loss to an attached trailer) from a collision with another object or by upset of that auto or trailer if, at the time of the loss, the auto was being operated by a licensed driver who was not listed on your Policy Declarations as a driver and who was either a resident of your household or a guest temporarily staying in your home. We will not apply this exclusion under certain circumstances described in the exclusion.

**XC3979**

## Important Information About Your Auto Policy

The enclosed Policy Declarations lists important information about your policy, such as your address, the vehicles you've insured, the vehicle identification numbers (VIN) assigned to your insured vehicles, the drivers insured, and the coverages and coverage limits you've chosen. Your Policy Declarations also lists any discounts and surcharges applied to your policy.

Because much of the information found on your Policy Declarations is used to help us determine your premium, please be sure to review your Policy Declarations carefully each time you receive one. You may want to add coverage, delete coverage or change your coverage limits, or you may want to change the information concerning the vehicles or drivers your policy insures.

Another thing to keep in mind is that you may now qualify for discounts that you were not eligible to receive previously. For instance, Allstate offers discounts for:

- Unmarried young drivers, including students under the age of 25
- Drivers who have completed approved driver training courses
- Drivers who also own a home, townhouse, condominium, or mobilehome

Please contact your Allstate agent for additional information about discount qualifications, as well as other discounts that may be available to you.

### Making Changes to Your Policy

If you need to make a change to any of the information listed on your Policy Declarations, please notify your Allstate agent as soon as possible. With a few exceptions,  **any changes will be effective as of the date you notify us.**

If you have any questions about this notice, or if you need to update any of the information listed on the enclosed Policy Declarations, please contact your Allstate agent or 1-800-ALLSTATE (1-800-255-7828).

**X72910-1**

## Important Information About Uninsured Motorists Coverage-Coverage ST

Please refer to the Uninsured Motorists Coverage–Coverage ST limits on the attached Policy Declarations. And please read

027 010 069
170509A004955
H00000A004955027FL00017050923384400138500804018851

**EXHIBIT A**

Important notices
Policy number:  2 941
Policy effective date: June 19, 2017

Page **2** of 11



the information below regarding Uninsured Motorists Coverage to determine if you have the type of coverage you want.

## What Does Coverage ST Offer?

Uninsured Motorists Coverage-Coverage ST provides protection, subject to the terms and conditions of your policy, for bodily injury sustained in an accident caused by the driver of an uninsured motor vehicle which includes:

- Motor Vehicles with no liability insurance in effect at the time of the accident,
- Hit-and-run motor vehicles,
- Motor vehicles insured by insurance companies that deny coverage,
- Motor vehicles insured by insurance companies that become insolvent within 4 years from the date of the accident (this coverage is excess over any obligations assumed by the Florida Insurance Guaranty Association to pay claims),
- An insured motor vehicle when the liability insurer thereof excludes liability coverage to a person who is not a member of your family whose operation of an insured vehicle results in injuries to you or a resident relative, and
- An underinsured motor vehicle which includes a motor vehicle whose liability limits are less than the amount of the damages the insured person is legally entitled to recover.

## What Are Your Available Coverage ST Options?

1. You may select Uninsured Motorists Coverage in an amount equal to your limits for Bodily Injury Liability Coverage-Coverage AA.
2. You may select Uninsured Motorists limits which are lower than your Bodily Injury Liability limits.
3. Or, you may reject Uninsured Motorists Coverage.

## Non-Stacked and Stacked Coverage Options

Your Policy Declarations show whether you have non-stacked or stacked Uninsured Motorists Coverage.

With non-stacked coverage, your Coverage ST limits (if any) will not be added together to pay for damages you sustain in an accident. Therefore, if you are injured in a vehicle insured under your policy, Coverage ST provides you with protection only to the extent of your coverage limits shown on your Policy Declarations for that vehicle. If you are injured in someone else's vehicle, or you are struck as a pedestrian, you may select the highest limits for Coverage ST available on any one vehicle

insured under your policy. You pay a reduced rate for non-stacked coverage compared to stacked coverage.

With stacked coverage, your Coverage ST limits for each vehicle insured under your policy are added together (stacked) to pay for damages you sustain in an accident. Thus, the Coverage ST limits available to you would automatically change during the policy period if you increase or decrease the number of autos insured under your policy.

Please contact your Allstate agent if you would like to change any of your coverage options or if you have any questions about Uninsured Motorists Coverage. Your Allstate agent can help you determine what coverages are available so you can select the coverage of your choice.

(ed. 01/2015)

X5402-1v1

## State-Required Information Regarding Mandatory Insurance Coverage

This notice is being provided for your information only. It's important that you understand what will happen if your auto policy is cancelled or non-renewed, or if you let your coverage lapse. If you have any questions after reading this notice, please do not hesitate to contact your agent.

We are obligated by law to report the cancellation or non-renewal of any auto policy which provides personal injury protection benefits to the Florida Department of Highway Safety and Motor Vehicles. If you fail to maintain personal injury protection and property damage liability insurance on a motor vehicle when required by law, you may lose your registration and driving privileges in the state.

If your registration and driving privileges are suspended, you may reinstate them by obtaining an auto insurance policy which includes personal injury protection coverage and property damage liability insurance, as required by law, and paying a nonrefundable reinstatement fee of $150.00. This fee will increase to $250.00 for a second reinstatement, and to $500.00 for each reinstatement after the second during the three years following the first reinstatement.

The coverages and the coverage limits currently provided by your policy are listed on the enclosed Policy Declarations. Please review your coverage information, and if you have any questions about your policy or your insurance coverage in general, please contact your agent.

X6988



EXHIBIT A

Important notices
Policy number:     ▓▓▓ 2 941
Policy effective date:    June 19, 2017

## You May Request That We Reorder Your Credit Report

Like many insurance companies, when we consider your eligibility for coverage, we review your credit report and base your premium partly on this information.

We reorder your credit report(s) every two years, but if you would like us to use updated credit information to determine your premium, you can request that we order it sooner.

The rate for your premium will only decrease or remain the same if we reorder your credit report. If your credit history has improved, we will adjust your premium. Please be aware that, depending on when you request a credit reorder, we may not be able to apply any premium change to this policy renewal; if so, it will take effect at your _next policy renewal_. Several factors, including any policy changes you might make, can also affect the amount of your premium.

You can learn more by visiting allstate.com. If you'd like us to use updated credit information to determine your premium, please call your agent.

X67520-2

## An Outline to the Major Coverages in Your Allstate Fire and Casualty Insurance Company Auto Policy

We are providing you with this outline which highlights the principal coverages, optional coverages, limitations and exclusions of your auto policy, and provides information on policy cancellation, non-renewal, deductibles and the discounts we offer and the surcharges that may be applied to your policy. Please be aware, however, **this is just a guide and not a legal contract, and that all coverages are subject to policy terms and conditions. Please read your auto policy, endorsements and Policy Declarations for complete descriptions and details.**

TO THE EXTENT THERE IS ANY DIFFERENCE BETWEEN THE INFORMATION CONTAINED IN THIS NOTICE AND THE TERMS AND CONDITIONS OF YOUR POLICY, THE POLICY TERMS AND CONDITIONS SHALL GOVERN.

For your convenience, we have listed all of the principal coverages, limits, deductibles and the itemized premiums which apply to each specific coverage that your policy provides on the enclosed Policy Declarations. Please note that your current policy provides only those coverages which are

indicated on your Policy Declarations. If you have any questions, please do not hesitate to call your Allstate Agent.

**NOTE: The following outline of coverage is for informational purposes only. Florida law prohibits this outline from changing any of the provisions of the insurance contract which is the subject of this outline. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges or credits will be mailed separately.**

## Automobile Liability Insurance Bodily Injury–Coverage AA, and Property Damage–Coverage BB

These coverages pay for all damages that an insured person is legally obligated to pay because of bodily injury or property damage. Your policy also protects an insured person from claims for accidents arising out of the ownership, maintenance, use, loading or unloading of an insured auto. Bodily Injury Liability–Coverage AA is an optional coverage that can be added to your policy for an additional premium.

**Exclusions**
These coverages do not apply to liability for:
- Bodily injury or property damage arising out of the use of your insured auto while it is being used to carry persons or property for a charge, or any auto you or your resident spouse are driving while that auto is available for hire (shared-expense car pools are covered).
- Bodily injury or property damage arising out of auto business operations. This exclusion does not apply to you, resident relatives, and certain other specified persons in the policy when using the insured auto.
- Bodily injury or property damage arising out of the use of a non-owned auto in any business or occupation of an insured person. This exclusion does not apply to: you, your resident spouse and certain other persons specified in the policy when using a private passenger auto or trailer; or to your non-business, personal use of a law enforcement, fire fighting or emergency medical auto provided for your regular use by a federal, state or municipal governmental body or entity.
- Bodily injury to an employee of any insured person, which arises during the course of employment. This exclusion does not apply to a domestic employee who is not required to be covered by a workers' compensation or similar law.
- Bodily injury to a co-worker injured during the course of employment. This exclusion does not apply to you or your resident spouse.
- Bodily injury to you or any resident of your household

027 010 069
170509A004953
N000000A004953027FL0007705092334440013850009D40385I

EXHIBIT A

Important notices
Policy number:  2 941
Policy effective date:   June 19, 2017

Page 4 of 11



related to you by blood, marriage or adoption.

- Damage to or destruction of property an insured person owns, transports, is in charge of, or rents. This exclusion does not apply to a private residence or garage rented by that person.
- Bodily injury or property damage caused by the: intentional acts; criminal acts, other than traffic violations; or omissions; of an insured person, or done at the direction of an insured person, which are designed to produce loss or damage.
- Bodily injury or property damage which would also be covered under nuclear energy liability insurance.
- Bodily injury or property damage arising out of the use of a non-owned auto, substitute auto or non-owned utility auto, being driven by someone other than you or a resident relative.
- Bodily injury or property damage arising out of the insured person's active participation in any prearranged, organized or spontaneous: racing contest; speed contest; or use of an auto at a track or course designed or used for racing or high performance driving; or in practice or preparation for any contest or use of this type.

## Automobile Medical Payments–Coverage CC

If a premium is shown on the Policy Declarations for Automobile Medical Payments–Coverage CC, Allstate will pay to or on behalf of an insured person for medically necessary treatment actually provided to the insured person within 3 years of a covered auto accident because of bodily injury. Payments will be made only: when bodily injury is caused by a motor vehicle accident; for medical, surgical, X ray, dental, and rehabilitative services, including prosthetic devices, and ambulance, hospital and nursing services; which are medically necessary; only if the insured person receives initial services and care within 14 days after the motor vehicle accident. The methodology for determining the amount we will pay for such expenses shall be pursuant to the fee schedule limitations under the Florida Motor Vehicle No-Fault Law, and shall be limited to the schedule of maximum charges set forth in the policy.

Where a medical provider has contracted with an organization or network to accept payment for services in an amount that is less than the fee schedule or other limitations established by the Florida Motor Vehicle No-Fault Law; and Allstate contracted with that organization or network or one of its affiliates, either directly or through one or more medical bill review companies or third-party administrators, to apply and accept such contractually agreed amounts; then Allstate will pay that provider's bills at the contractually agreed rate.

Automobile Medical Payments provides reimbursement only for initial services and care: (i) that are lawfully provided, ordered or prescribed by a licensed physician, dentist or chiropractic physician; or (ii) that are provided in a hospital or in a facility that owns, or is wholly owned by, a hospital; or (iii) provided by a licensed person or entity which provides emergency transportation and treatment.

Upon referral from a provider described in (i) through (iii) above, follow up services and care consistent with the underlying medical diagnosis rendered may be provided, supervised, ordered or prescribed only by a licensed physician, chiropractic physician or dentist, or to the extent permitted by applicable law and under the supervision of such physician, osteopathic physician, chiropractic physician or dentist, by a licensed physician assistant or a licensed advanced registered nurse practitioner.

Follow up services and care may also be provided by any of the following:

1. a licensed hospital or ambulatory surgical center;
2. an entity wholly owned by one or more licensed physicians, chiropractic physicians, or dentists; or by such practitioners and the spouse, parent, child, or sibling of such practitioners;
3. an entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals;
4. a licensed physical therapist, but only upon referral from: a licensed physician, dentist, or chiropractic physician; a licensed physician assistant, to the extent permitted by law and under the supervision of a licensed physician, dentist, or chiropractic physician; a licensed advanced registered nurse practitioner, to the extent permitted by law and under the supervision of a licensed physician, dentist, or chiropractic physician; or
5. a licensed health care clinic which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities, or the Accreditation Association for Ambulatory Health Care, Inc., or:
   a) has a licensed medical director;
   b) has been continuously licensed for more than 3 years or is a publicly traded corporation; and
   c) provides at least four of the following medical specialties: general medicine; radiography; orthopedic medicine; physical medicine; physical therapy; physical rehabilitation; prescribing or dispensing outpatient prescription medication; or laboratory services.



EXHIBIT A

Important notices
Policy number: ████ 2 941
Policy effective date: June 19, 2017

Automobile Medical Payments coverage does not include massage or acupuncture.

We will not pay for medical services, supplies or care that is not reimbursable under Medicare or workers' compensation law. If a healthcare provider takes action against the insured person to recover for services billed and not paid, we will defend and, if necessary, indemnify them up to the policy limits.

Notwithstanding the above limitation, we will pay: expenses not paid under Part III of the policy because of the eighty percent limitation for medical expense benefits; expenses not paid under Part III of the policy or under any no-fault benefits in any other motor vehicle policy because all available medical expense benefits have been exhausted; or expenses for bodily injury sustained outside the state of Florida through being struck while in, on, getting into or out of, or struck while a pedestrian by a motor vehicle.

There is no coverage under Automobile Medical Payments for mileage costs for use of a personal vehicle.

**Exclusions**
This coverage does not apply to bodily harm, sickness, disease or death:
- Caused by the: intentional acts; criminal acts, other than traffic violations; or omissions; of an insured person, or done at the direction of an insured person, which are designed to produce loss or damage.
- To you or a resident relative while in, on, getting into or out of an auto owned by you or a resident relative which is not insured for this coverage.
- To you or a resident relative while in, on, getting into or out of, or struck as a pedestrian by:
    - a vehicle operated on rails or crawler-treads; or
    - a vehicle or other equipment designed for use principally off public roads, while the vehicle is not being driven upon public roads.
- To any person, while in, on, getting into or out of:
    - an owned auto available for hire to the public (shared-expense car pools are covered).
    - an auto or trailer being used as a residence or premises.
    - a motor vehicle other than an auto or utility auto.
- To any person, other than you or a resident relative, while using a non-owned auto which is available for hire by the public, or in the operation of an auto business. Coverage is provided for you, your resident spouse and certain other persons specified in the policy while using an auto or trailer in any other business or occupation.
- To any person resulting from any act of war, insurrection,

rebellion or revolution.
- To any person or dependent who is entitled to benefits provided by the U.S. Government under contract of employment, including past or present military duties.
- To any person arising out of the insured person's active participation in any prearranged, organized or spontaneous: racing contest; speed contest; or use of an auto at a track or course designed or used for racing or high performance driving; or in practice or preparation for any contest or use of this type.

**Personal Injury Protection–Coverage VA**
Personal Injury Protection pays for certain medical expenses, income loss, loss of services and death benefits for bodily harm, sickness, disease or death if it is the result of an accident arising from the ownership, maintenance or use of a "motor vehicle" (as defined under this coverage).

For medical expenses, Allstate will pay eighty percent of reasonable expenses; for medical, surgical, X-ray, dental, and rehabilitative services, including prosthetic devices, and ambulance, hospital and nursing services; which are medically necessary; only if the injured person receives initial services and care within 14 days after the motor vehicle accident. The methodology for determining the amount we will pay for such expenses shall, pursuant to the Florida Motor Vehicle No-Fault Law, be limited to eighty percent of the schedule of maximum charges set forth in the policy AND SHALL BE SUBJECT TO ANY AND ALL LIMITATIONS, AUTHORIZED BY SECTION 627.736 OF THE FLORIDA STATUTES, OR ANY OTHER PROVISIONS OF THE FLORIDA MOTOR VEHICLE NO-FAULT LAW, AS ENACTED, AMENDED OR OTHERWISE CONTINUED IN THE LAW, INCLUDING, BUT NOT LIMITED TO, ALL FEE SCHEDULES.

Where a medical provider has contracted with an organization or network to accept payment for services in an amount that is less than the fee schedule or other limitations established by the Florida Motor Vehicle No-Fault Law; and Allstate contracted with that organization or network or one of its affiliates, either directly or through one or more medical bill review companies or third-party administrators, to apply and accept such contractually agreed amounts; then Allstate will pay that provider's bills at eighty percent (80%) of the contractually agreed rate.

Medical expense benefits provides reimbursement only for initial services and care: (i) that are lawfully provided, ordered or prescribed by a licensed physician, dentist or chiropractic physician; or (ii) that are provided in a hospital or in a facility that owns, or is wholly owned by, a hospital; or (iii) provided by

027 010 069
170509A00J0A0953
1IQ0000A00495302FL0007050923384400I3850I00I40I3851

**EXHIBIT A**

Important notices
Policy number:  2 941
Policy effective date: June 19, 2017

Page 6 of 11

 **Allstate.**
You're in good hands.

a licensed person or entity which provides emergency transportation and treatment.

Upon referral from a provider described in (i) through (iii) above, follow up services and care consistent with the underlying medical diagnosis rendered may be provided, supervised, ordered or prescribed only by a licensed physician, chiropractic physician or dentist, or to the extent permitted by applicable law and under the supervision of such physician, osteopathic physician, chiropractic physician or dentist, by a licensed physician assistant or a licensed advanced registered nurse practitioner.

Follow up services and care may also be provided by any of the following:
1. a licensed hospital or ambulatory surgical center;
2. an entity wholly owned by one or more licensed physicians, chiropractic physicians, or dentists; or by such practitioners and the spouse, parent, child, or sibling of such practitioners;
3. an entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals;
4. a licensed physical therapist, but only upon referral from: a licensed physician, dentist, or chiropractic physician; a licensed physician assistant, to the extent permitted by law and under the supervision of a licensed physician, dentist, or chiropractic physician; a licensed advanced registered nurse practitioner, to the extent permitted by law and under the supervision of a licensed physician, dentist, or chiropractic physician; or
5. a licensed health care clinic which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities, or the Accreditation Association for Ambulatory Health Care, Inc., or:
   a) has a licensed medical director;
   b) has been continuously licensed for more than 3 years or is a publicly traded corporation; and
   c) provides at least four of the following medical specialties: general medicine; radiography; orthopedic medicine; physical medicine; physical therapy; physical rehabilitation; prescribing or dispensing outpatient prescription medication; or laboratory services.

Medical expense benefits do not include massage or acupuncture.

We will not pay for medical services, supplies or care that is not reimbursable under Medicare or under Florida workers' compensation law. If a healthcare provider takes action against

the injured person to recover for services billed and not paid, we will defend and, if necessary, indemnify the injured person up to the policy limits.

The applicable Personal Injury Protection limit(s) shown on the Policy Declarations for Medical Expenses, Income Loss, Loss of Services and Death Benefits is the maximum we will pay per injured person for any one motor vehicle accident, regardless of the number of vehicles insured under this or other policies. A $10,000 aggregate per injured person limit applies to Medical Expenses, Income Loss and Loss of Services.

**SUBJECT TO THAT $10,000 AGGREGATE LIMIT, MEDICAL EXPENSES PER INJURED PERSON FOR ONE ACCIDENT** are **ALSO** subject to **EITHER** a $10,000 or a $2,500 per injured person limit determined as follows:

A $10,000 coverage limit for Medical Expenses applies to an injured person if:
    (a) a licensed physician;
    (b) a licensed dentist;
    (c) a licensed physician assistant; or
    (d) a licensed advanced registered nurse practitioner;
has determined that the injured person had an emergency medical condition.

However, a $2,500 coverage limit for Medical Expenses applies to an injured person if:
    (1) a licensed physician;
    (2) a licensed dentist;
    (3) a licensed chiropractic physician;
    (4) a person or entity under part III of Florida Statutes Chapter 401 which provides emergency transportation and treatment;
    (5) a licensed physician assistant;
    (6) a licensed advanced registered nurse practitioner; or
    (7) a licensed physical therapist, based upon a referral by a provider described in (1), (2), (3), (5) or (6) above;
has determined that the injured person did not have an emergency medical condition.

There is a separate $5,000 per injured person limit on death benefits.

**Exclusions**
This coverage does not apply to:
- You or any resident relative while in, on, getting into or out of any motor vehicle you own which is not an "insured motor vehicle" under the policy.
- Any person while operating the insured motor vehicle without your permission.
- Any person whose conduct contributed to a self injury: intentionally caused; or while committing a felony.



EXHIBIT A

Important notices
Policy number:  2 941
Policy effective date:   June 19, 2017

- Any person, other than you, who owns a motor vehicle for which security is required under the Florida Motor Vehicle No-Fault Law.
- Any person, other than you or a resident relative, who is entitled to no-fault benefits from the owner or insurer of a motor vehicle which is not an "insured motor vehicle" as defined in the policy under this insurance.
- Any person who sustains bodily injury while in, on, getting into or out of a motor vehicle while located for use as a residence or premises.
- You or a resident relative for income loss, if the enclosed Policy Declarations indicates that Income Loss coverage does not apply.

**Deductibles**
Deductibles may apply under Personal Injury Protection. Please check the enclosed Policy Declarations for specific information on any deductibles which may apply to Personal Injury Protection-Coverage VA.

**Uninsured Motorists Insurance-Coverage ST**
Uninsured Motorists Insurance is provided if a premium is shown on the Policy Declarations for this coverage. Under this coverage, Allstate will pay only those damages which an insured person is legally entitled to recover from the owner or operator of an uninsured auto because of bodily injury sustained by an insured person caused by an accident and arising out of the ownership, maintenance or use of an uninsured auto. We will not pay any punitive or exemplary damages under this coverage. In addition, in order for us to pay for pain, suffering, mental anguish or inconvenience, the injury or disease must be described in one or more of paragraphs (a) through (d) of Florida Statute 627.737(2).

**Exclusions**
We will not pay any damages an insured person is legally entitled to recover because of:
- Bodily injury to any person who makes a settlement without our written consent and that settlement is prejudicial to us.
- Bodily injury, if the payment would directly or indirectly benefit any workers' compensation or disability benefits insurer, including a self-insurer.
- Bodily injury, to any person arising out of the insured person's active participation in any prearranged, organized or spontaneous: racing contest; speed contest; or use of an auto at a track or course designed or used for racing or high performance driving; or in practice or preparation for any contest or use of this type.

In addition, if the Policy Declarations indicates that you did not elect to stack limits of two or more insured autos together

under Uninsured Motorists Insurance, the following exclusions will also apply:
- Bodily injury to any person while in, on, getting into or out of a vehicle you own which is insured for this coverage under another policy.
- Bodily injury to you or a resident relative while in, on,

getting into or out of a vehicle owned by you or a resident relative which is not insured for this coverage under the policy.

**Protection Against Loss to the Auto**
The following coverages are two of the optional coverages which can be added to your policy for an additional premium. Your current policy provides only those coverages which are indicated on the enclosed Policy Declarations.

- **Auto Collision Insurance-Coverage DD**
  Auto Collision Insurance pays for loss to your insured auto or a non-owned auto, including loss to an attached trailer, which results from a collision with another object, or by an upset of that auto or trailer.

- **Auto Comprehensive Insurance-Coverage HH**
  Auto Comprehensive Insurance pays for direct and accidental loss to your insured auto or non-owned auto which does not result from a collision. Here are some of the hazards covered: glass breakage, missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, riot, civil commotion, and collision with a bird or animal.

  The deductible amount will not be subtracted from the loss payment for loss to the windshield of your insured auto or a non-owned auto.

There are several other optional coverages you may purchase, including:
- Auto Fire, Lightning, Transportation and Theft Insurance-Coverage HG
- Towing and Labor Costs-Coverage JJ
- Rental Reimbursement Coverage-Coverage UU
- Sound System Coverage-Coverage ZA
- Tape Coverage-Coverage ZZ

Please read your policy for a full description of these coverages.

**Exclusions**
These coverages do not apply to:
- Property damage caused by the: intentional acts; criminal

**EXHIBIT A**

Important notices
Policy number:  2 941
Policy effective date: June 19, 2017



acts, other than traffic violations; or omissions; of an insured person, or done at the direction of an insured person, which are designed to produce loss or damage.

* Any auto while it is being used to carry persons or property for a charge (shared-expense car pools are covered).
* Any damage or loss which is the result from any act of war, insurrection, rebellion or revolution.
* Loss to non-owned autos used in auto business operations.
* Loss due to radioactive contamination.
* Damage which results from wear and tear, freezing, and mechanical or electrical breakdown unless it is the burning of wiring used to connect electrical components, or the result of another covered loss.
* Tires, unless they are stolen or damaged by fire, malicious mischief or vandalism. This exclusion does not apply if the damage to the tires occurs at the same time and from the same cause of another covered loss.
* Loss to any sound system within your auto. This exclusion applies to any apparatus in or on the auto designed for use with that system. This exclusion will not apply if you have purchased Sound System Coverage–Coverage ZA.
* Loss to any tapes or compact discs or similar items, unless you have purchased Tape Coverage<en>Coverage ZZ.
* Loss to a camper unit whether or not mounted, unless Camper Unit Coverage is shown as applicable on the Policy Declarations.
* Loss to appliances, furniture, equipment and accessories that are not built into or forming a permanent part of a motor home or travel-trailer.
* Loss to your motor home or travel-trailer while it is being rented to anyone else, unless a premium is shown on the Policy Declarations for the rented vehicle.
* Loss due to seizure, confiscation or taking away by any means, with or without your cooperation, of any auto by any police or governmental agency, body, or authority, for any reason whatsoever. This exclusion applies whether or not you are or were a bona fide purchaser in good faith of the auto.
* Loss arising out of the insured person's active participation in any prearranged or organized racing or speed contest, including practice or training on any track or course whether on public roadways or private property, or in preparation for any contest of this type.
* Loss to any custom parts or equipment designed for racing which is installed in or upon your insured auto. This includes, but is not limited to, nitrous oxide systems, roll cages, and air intake modifications.
* Loss to your insured auto (including loss to an attached

trailer) from a collision with another object or by upset of that auto or trailer if, at the time of the loss, the auto was being operated by a licensed driver who was not listed on your Policy Declarations as a driver and who was either a resident of your household or a guest temporarily staying in your home. We will not apply this exclusion under certain circumstances described in the exclusion.

**Deductibles**
Deductibles may apply under some of the coverages listed under Protection Against Loss To The Auto. Please check the enclosed Policy Declarations for a listing of any of the above coverages your policy provides, and for information about any applicable deductibles.

**Additional Optional Coverages Allstate Offers**
The following is a list of the optional coverages which can be added to your policy if you choose to do so. Please note that adding any of these optional coverages to your policy requires an additional premium. Your current policy provides only those optional coverages which are indicated on your Policy Declarations. Please note that certain exclusions and limitations may apply to each specific coverage. Deductibles may also apply to these coverages.

* Camper Unit Coverage—We will provide coverage for your camper unit which is designed for use as a temporary living quarters. You must pay an additional premium for this coverage, depending on which coverages are provided by the policy which insures the auto on which the camper unit is mounted.
* Lease or Loan Gap Coverage–Coverage LG
* Repair or Replacement Cost Coverage–Coverage RC
* New Car Expanded Protection–Coverage NC
* Identity Theft Coverage–Coverage IT
* Contents Coverage–Coverage HC

**The Cancellation And Non-Renewal Provision of Your Auto Policy**
During the first two months following the date of issuance or renewal, you may not cancel your policy except:
* upon total destruction of the insured auto;
* upon transfer of ownership of the insured auto;
* after the purchase of another policy or binder covering the auto which was covered under your policy; or
* in the event of a military assignment.

If your original policy has been in effect for 60 days or less, we may cancel for reasons other than non-payment of premium. However, during the first 60 days of your original policy, we may cancel for non-payment of premium if the reason for the cancellation is the issuance of a check, draft, electronic transaction, credit card or any remittance other than cash for



EXHIBIT A

Important notices
Policy number: ▮▮▮▮2 941
Policy effective date: June 19, 2017

the premium which is dishonored upon presentation, or honored and later reversed or dishonored, for any reason.

If you make an initial premium payment on your original policy that is dishonored upon presentation, or honored and later reversed or dishonored for any reason, we may deny any claim and we may void this entire policy, including any and all coverages hereunder. If we void the policy from its inception we will not be liable for any claims or damages that would have otherwise been covered in the absence of the non-payment of premium.

After your original or renewal policy has been in effect for 60 days, you may cancel your policy by notifying us what future date you wish to stop coverage.

After your original policy has been in effect for 60 days, or if it is a renewal policy, Allstate will not cancel your coverage during the policy period unless:
- the premium is not paid when due;
- there is material misrepresentation, fraud or concealment of material facts;
- you or any member of your household has had a driver's license suspended or revoked; or
- we have mailed you notice within the first 60 days that the original policy has been in effect that we do not intend to continue the policy.

We may cancel the policy for non-payment of premium when due if the reason for cancellation is the issuance of a check, draft, electronic transaction, credit card or any remittance other than cash for the premium which is dishonored upon presentation, or honored and later reversed or dishonored for any reason.

After your original policy has been in effect for 60 days, or if it is a renewal policy, we will give you notice as follows:
- If we cancel because you did not pay the premium, we will give you at least ten days notice.
- If we cancel for any reason other than non-payment of premium, we will give you at least 45 days notice.

Upon expiration of the policy period, we may transfer the policy to another insurer under the same ownership or management as Allstate. We will mail you notice at least 45 days before the end of the policy period of our intent to transfer the policy and of the premium, and the specific reasons for any increase in the premium.

If we do not intend to continue the policy beyond the current policy period, we will give you notice at least 45 days before the end of the policy period.

We will not refuse to renew or continue this policy solely because:
- You were convicted of one or more traffic violations which did not involve an accident or cause revocation or suspension of your driving privilege unless you have been convicted of, or plead guilty to: two such traffic violations within an 18-month period; three or more such traffic violations within a 36-month period; or exceeding the lawful speed limit by more than 15 miles per hour.
- You have had only one accident if we have insured the auto for a period of at least five years immediately preceding the renewal date.

We will mail any cancellation or non-renewal notice to you at your address shown on the Policy Declarations. Our mailing the notice of cancellation or non-renewal to you will be deemed proof of notice. A refund, if due, will be proportional to the time your policy has been in effect, but cancellation will be effective even though the refund is not made immediately.
- If you cancel, we will mail the unearned portion of any premium paid within 30 days after the effective date of cancellation or receipt of notice or request for cancellation, whichever is later.
- If we cancel, we will mail the unearned portion of any premium paid within 15 days after the effective date of cancellation.

If we mail a cancellation notice, after your policy has been in effect for 60 days, because you did not pay the required premium when due and you then tender payment by check, draft, electronic transaction, credit card or other remittance which is not honored upon presentation, your policy will terminate on the date and time shown on the cancellation notice and any notice we issue which waives the cancellation or reinstates coverage is void. This means that Allstate will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

Any unearned premium under $5.00 will be refunded only upon your request.

In the event we determine that you have been charged an incorrect premium for coverage requested in your application for insurance, we shall immediately mail you notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), you fail to either:
- pay the additional premium and maintain this policy in full force under its original terms; or
- cancel this policy and demand a refund of any unearned premium;

EXHIBIT A


then this policy shall be cancelled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

**How Auto Policies Are Surcharged**

Listed below are the different surcharges we use to calculate your auto insurance premium in certain special cases:

- **Certified Risk Surcharge**—We will apply a surcharge to Bodily Injury Liability, Property Damage Liability, and Personal Injury Protection coverages because of certain risks, for which an insured person is required to complete and file either an "Owner's Certificate to Cover the Described Automobile Only" or an "Operator's Certificate to Cover the Operation of Any Automobile."

  These certificates are usually required for risks such as past convictions of driving under the influence of drugs or alcohol, leaving the scene of an accident, homicide or assault with an auto, speeding, or reckless driving.

If you have any question about whether your policy has been surcharged, or about any surcharges made to your policy, please contact your Allstate Agent.

**Discounts Available With Auto Policies**

The following are brief descriptions of the discounts we offer if you qualify. The enclosed Policy Declarations provides a listing of all the discounts which have been applied to your policy.

When you originally applied for your policy, your Allstate Agent took the necessary information from you to give you both the correct rate and all of the discounts you qualified for. However, your situation may have changed since then, so you may want to contact your Allstate Agent to confirm that he or she has all the correct, updated information concerning you and your family. This way you can be sure that you are receiving all of the discounts for which you are eligible.

- **Passive Restraint Discount**—You may be eligible for this discount if you insure an auto with airbags or factory installed automatic motorized seatbelts.
- **Defensive Driver Discount**—You may be eligible for this discount for any auto insured under your policy, as long as the principal operator of that auto is at least 55 years of age, and has voluntarily attended and successfully completed a motor vehicle accident prevention course which is approved by the Florida Department of Highway Safety and Motor Vehicles.
- **Anti-Lock Brake Discount**—You may be eligible for this discount if you own and insure an auto which is equipped with a factory installed anti-lock braking system.
- **Anti-Theft Discount**—If you own and insure an auto

which is equipped with a qualifying anti-theft device that is properly installed and maintained in working condition, you may be eligible for this discount.

- **55 and Retired Discount**—This discount is offered to drivers who are at least 55 years of age, are not presently gainfully employed full time or seeking full time employment, and who meet other specifications.
- **Farm Discount**—You may be eligible for this discount if you are a farmer.
- **New Car Discount**—You may qualify for this discount if your vehicle is a current, first prior, or next subsequent model year and has not been previously titled.
- **FullPay℠ Discount**—This discount is offered if you pay your entire policy premium by your renewal effective date.
- **Allstate® Easy Pay Plan Discount**—This discount applies when the policy premium is paid through the Allstate® Easy Pay Plan.
- **Multiple Policy Discount**—You may qualify for this discount if you currently have a Renters or Personal Umbrella (PUP) policy or both with Castle Key or another Allstate affiliate.
- **Preferred Package Discount**—You may qualify for this discount if you own a residential property and insure more than one auto on this policy.
- **Allstate Auto/Life Discount℠**—You may qualify for this discount if you are the owner, insured or payor of a qualifying individual life insurance policy or mortgage term life insurance certificate written by an Allstate Agent.
- **Electronic Stability Control Discount**—This discount applies to vehicles equipped with electronic stability control.
- **Safe Driving Club Discount**—This discount is available to customers who have not been in an at-fault accident for a specific period of time.
- **Homeowner Discount**—This discount is available to our customers who currently own a home, townhouse, condominium, mobile home or manufactured home.
- **Smart Student Discount**—This discount applies to young drivers who are unmarried, under the age of 25 and meet certain academic and other conditions.
- **Responsible Payer Discount**—You may be eligible to receive this discount simply by paying your premium on time.
- **Early Signing Discount**—This discount is available to customers who purchase Allstate insurance seven days prior to their coverage start date and have prior insurance with no lapse in coverage at New Business.
- **Alert Driving Discount**—This discount is available to



EXHIBIT A

Important notices
Policy number:  2 941
Policy effective date: June 19, 2017

customers who have not been in a non-at-fault accident for a required period of time.

- **Risk Avoidance Discount**—Customers who have not had a claim under Comprehensive Coverage for a required period of time are eligible to receive this discount.
- **DriveWise™**—This discount is available to customers who participate in the Allstate DriveWise™ Program. For more information regarding the program, please contact your Allstate Agent.
- **eSmart Discount**—This discount is available to customers who participate in the ePolicy program.

Please remember that this outline contains just a brief summary of many of the provisions of your auto policy and that all coverages are subject to policy terms, conditions, limitations and availability. Please consult your policy for complete descriptions and details. If you have any questions regarding this outline of coverage, your auto policy or your other insurance needs, please contact your Allstate Agent.

**XC2964-7**

## Your Vehicle Mileage Information

In the future one of the factors that may influence your auto premium is how many miles you put on your vehicle each year. From time to time, we may attempt to obtain your vehicle's mileage and adjust your premium accordingly.  Currently, we're showing you drive the following annual miles:

| | |
|---|---|
| 2015 Kia Sorento | 8,000 |
| 2001 Volkswagen Cabrio | 8,000 |

If you need to update the annual mileage on any of the above vehicles, you can easily do that. Simply contact your Allstate Agent for a mileage verification form to record two odometer readings that are at least 90 days apart.

**X73655**

027 010 069
170509A004953
1100000A0049530ZFL0001705092338440013B5013014013851

EXHIBIT A

## Privacy Statement

Policy number: ▮▮▮ 2 941
Policy effective date:     June 19, 2017

Page 1 of 2



You're in good hands

Thank you for choosing Allstate. We value you, respect your privacy and work hard to protect your personal information.

This statement is provided on behalf of Allstate Insurance Company and the affiliates ("Allstate") listed at the end of this notice. We would like to explain how we collect, use and share the information we obtain about you in the course of doing business.

### Our Privacy Assurance

- We do not sell your personal or medical information to anyone.
- We do not share your information with non-affiliate companies that would use it to contact you about their own products and services, unless permitted pursuant to a joint marketing agreement.
- We require persons or organizations that represent or assist us in servicing your policy and claims to keep your information confidential.
- We require our employees to protect your personal information and keep it confidential.

As you can see, protecting your personal information is important to us. In addition to the practices described above, we use a variety of physical, technical and administrative security measures that help to safeguard your information. For Social Security Numbers (SSN), this includes restricting access to our employees, agents and others who use your SSN only as permitted by law: to comply with the law, to provide you with products and services, and to handle your claims. Also, our employees' and agents' access to and use of your SSN are limited by the law, our policies and standards, and our written agreements.

Our privacy practices continue to apply to your information even if you cease to be an Allstate customer.

### What Personal Information Do We Have and Where Do We Get It

We gather personal information from you and from outside sources for business purposes. Some examples of the information we collect from you may include your name, phone number, home and e-mail addresses, driver's license number, Social Security Number, marital status, family member information and healthcare information. Also, we maintain records that include, but are not limited to, policy coverages, premiums, and payment history. We also collect information from outside sources including, but not limited to, insurance support organizations that assemble or collect information about individuals for the purpose of providing to insurance companies. This information may include, but is not limited to,

your driving record, claims history, medical information and credit information.

In addition, Allstate and its business partners gather information through Internet activity, which may include, for example, your operating system, links you used to visit allstate.com, web pages you viewed while visiting our site or applications, Internet Protocol (IP) addresses, and cookies. We use cookies, analytics and other technologies to help:

- Evaluate our marketing campaigns
- Analyze how customers use our website and applications
- Develop new services
- Know how many visitors have seen or clicked on our ads

Also, our business partners assist us with monitoring information including, but not limited to, IP addresses, domain names and browser data, which can help us to better understand how visitors use allstate.com.

### How We Use and Share Your Personal Information

In the course of normal business activities, we use and share your personal information. We may provide your information to persons or organizations within and outside of Allstate. This would be done as required or permitted by law. For example, we may do this to:

- Fulfill a transaction you requested or service your policy
- Market our products
- Handle your claim
- Prevent fraud
- Comply with requests from regulatory and law enforcement authorities
- Participate in insurance support organizations

The persons or organizations with whom we may share your personal information may include, among others:

- Your agent, broker or Allstate-affiliated companies
- Companies that perform services, such as marketing, credit card processing, and performing communication services on our behalf
- Business partners that assist us with tracking how visitors use allstate.com
- Other financial institutions with whom we have a joint marketing agreement
- Other insurance companies that play a role in an insurance transaction with you
- Independent claims adjusters
- A business or businesses that conduct actuarial or research studies
- Those who request information pursuant to a subpoena or court order
- Repair shops and recommended claims vendors

### The Internet and Your Information Security



Privacy Statement  Page **2** of 2
Policy number: 2 941
Policy effective date: June 19, 2017

We use cookies, analytics and other technologies to help us provide users with better service and a more customized web experience. Additionally, our business partners use tracking services, analytics and other technologies to monitor visits to allstate.com. The website may also use Web beacons (also called "clear GIFs" or "pixel tags") in conjunction with cookies. If you prefer, you can choose to not accept cookies by changing the settings on your web browser. Also, if you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement located at the bottom of the allstate.com homepage.

To learn more, the allstate.com Privacy Statement provides information relating to your use of the website. This includes, for example, information regarding:

1) How we collect information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site;
2) Who should use our website;
3) The security of information over the Internet; and
4) Links and co-branded sites.

### How You Can Review and Correct Your Personal Information

You can request to review your personal information contained in our records at any time. To do this, please send a letter to the address below requesting to see your information for the previous two years. If you believe that our information is incomplete or inaccurate, you can request that we correct it. Please note we may not be able to provide information relating to investigations, claims, litigation, and other matters. We will be happy to make corrections whenever possible.

Please send requests to:
Allstate Insurance Company Customer Privacy Inquiries
PO Box 660598
Dallas, TX 75266-0598

### Your Preference for Sharing Personal Information

We would like to share your personal information with one or more Allstate affiliates in order to make you aware of different products, services and offers they can provide. However, you can request that Allstate and its affiliate companies not share your personal information with our affiliates for marketing products and services.

To request that we not allow other Allstate affiliates to use your personal information to market their products and services, you can contact us by calling 1-800-856-2518 twenty-four hours a day, seven days a week. Please keep in mind that it may take up to four weeks to process your request.

If you previously contacted us and asked us not to allow other Allstate affiliates to use your personal information, your previous choice still applies and you do not need to contact us again. If you would like to change your previous choice please call the number above at any time.

### We Appreciate Your Business

Thank you for choosing Allstate. We understand your concerns about privacy and confidentiality, and we hope this notice has been helpful to you. We value our relationship with you and look forward to keeping you in Good Hands®.

If you have questions or would like more information, please don't hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-ALLSTATE.

We reserve the right to change our Privacy practices, procedures, and terms.

Allstate Insurance Company

Allstate entities on which behalf this notice is provided and amongst which information may be shared:

The Allstate family of companies, LSA Securities, Deerbrook General Agency, Inc., Deerbrook Insurance Company, North Light Specialty Insurance Company, Northbrook Indemnity Company.

Please Note: Allstate affiliates American Heritage Life Insurance Company, Castle Key Insurance Company and Castle Key Indemnity Company participate in information sharing with the affiliates listed above, but have a separate privacy notice for their customers.

(ed. 10/2015)

X73180v6

027 010 069
170S09AOO4953
110000AOO4953027KL0001705092338440038901401401851

# Allstate Fire and Casualty Insurance Company Auto Policy

**FLORIDA**

EXHIBIT A

Policy:

Effective:

Issued to:

By your Allstate agent:





AFAs1

# ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

## TABLE OF CONTENTS

**GENERAL** ........................................................2
When And Where The Policy Applies ................2
Insurance Coverage In Mexico .........................2
Definitions Used Throughout The Policy ..........2
Premium Changes ..............................................2
Coverage Changes .............................................3
Duty To Report Policy Changes ........................3
What To Do If There Is A Loss ..........................3
Proof Of Claim; Medical Reports ......................4
Combining Limits Of Two Or More Autos
    Prohibited ........................................................4
Transfer ..............................................................4
Medicare Provision ............................................4
Provisional Premium ..........................................4
Payment ..............................................................5
Concealment, Misrepresentation Or Fraud .......5
Cancellation And Non-Renewal .........................5
Mediation ...........................................................6
Action Against Us ..............................................7
Assistance And Cooperation .............................7
What Law Will Apply ..........................................7
Where Lawsuits May Be Brought ......................7
Out of State Coverage .......................................7

**Part I**
**Automobile Liability Insurance**
**Bodily Injury Liability — Coverage AA**
**Property Damage Liability — Coverage BB**
Insuring Agreement ...........................................8
Additional Payments ..........................................8
Additional Definitions Under Part I ...................8
Exclusions — What Is Not Covered ..................9
Financial Responsibility ...................................10
Limits Of Liability .............................................10
If There Is Other Insurance .............................11
Assistance And Cooperation ...........................11
Additional Interested Parties ...........................11

**Part II**
**Automobile Medical Payments**
**Coverage CC**
Insuring Agreement .........................................11
Additional Definitions Under Part II ................11
Exclusions — What Is Not Covered ................12
Limits Of Liability .............................................13
Unreasonable Or Unnecessary
    Medical Expenses .......................................14

If There Is Other Insurance .............................14
Assistance And Cooperation ...........................14
Subrogation Rights ..........................................14

**Part III**
**Personal Injury Protection**
**Coverage VA**
Insuring Agreement .........................................14
Additional Definitions Under Part III ...............15
Exclusions — What Is Not Covered .................16
Limits Of Liability .............................................16
Unreasonable Or Unnecessary
    Medical Expenses .......................................17
Action Against Us ............................................17
Proof Of Claim; Medical Reports ....................17
Assistance And Cooperation ...........................17
Reimbursement And Subrogation ...................17

**Part IV**
**Uninsured Motorists Insurance**
**Coverage ST**
Insuring Agreement .........................................18
Additional Definitions Under Part IV ...............18
Exclusions — What Is Not Covered .................19
Limits Of Liability .............................................19
If There Is Other Insurance .............................20
Assistance And Cooperation ...........................21
Trust Agreement ..............................................21
Payment Of Loss By Us ...................................21
If We Cannot Agree .........................................21

**Part V**
**Protection Against Loss To The Auto**
**Coverage DD, HH, HG, JJ, UU, ZA, ZZ**
Insuring Agreements For Each Coverage .........21
Additional Payments We Will Make .................23
Additional Definitions Under Part V ................23
Exclusions — What Is Not Covered .................25
Payment Of Loss By Us ...................................26
Right To Appraisal ...........................................26
Limits Of Liability .............................................26
If There Is Other Insurance .............................26
Assistance and Cooperation ...........................27
Subrogation Rights ..........................................27
Loss Payable Clause ........................................27

EXHIBIT A

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

## ALLSTATE
**The Company Named in the Declarations**
A Stock Company - Home Office - Northbrook, Illinois

## GENERAL
The coverages of this policy apply only when a specific premium is indicated for them on the Policy Declarations. If more than one **auto** is insured, a coverage premium will be shown for each **auto**. **We**, relying upon the declarations, subject to all terms of the policy and subject to **your** payment of the premiums, make the following agreements with **you**.

## When And Where The Policy Applies
During the premium period, **your** policy applies to losses to the **auto**, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

## Insurance Coverage in Mexico
**Auto** accidents in Mexico are subject to the laws of Mexico —NOT the United States. Unlike the United States, Mexico considers some **auto** accidents a CRIMINAL OFFENSE as well as a civil matter.

In some cases, the coverage under this policy may NOT be recognized by Mexican authorities and **we** may not be allowed to provide any insurance coverage at all in Mexico. For **your** protection **you** should consider purchasing **auto** coverage from a licensed Mexican insurance company before driving into Mexico.

However, when possible, coverage will be afforded for an insured **auto** while that **auto** is within 75 miles of the United States border and only for a period not to exceed ten days after each separate entry into Mexico.

If, as the result of a covered loss, loss or damage occurs which may require repair of the insured **auto** or replacement of any part(s) while the **auto** is in Mexico, the basis for adjustment of the claim will be as follows: any amount payable resulting from any loss or damage occurring in Mexico shall be payable in the United States. **We** will not be liable for more than the cost of having the repairs made or parts replaced at the nearest point in the United States where the repairs or replacements can be made. The

costs for towing, transportation and salvage operations of the **auto** while within Mexico are not covered under this policy.

## Definitions Used Throughout the Policy
The following definitions apply throughout the policy unless otherwise indicated. Defined terms are printed in bold face type.

1. **We, us** or **our** means the company shown on the Policy Declarations.

2. **Auto** means a land motor vehicle designed for use principally upon public roads.

3. **Resident** or **reside** means the physical presence in **your** household with the intention to continue living there. **Your** unmarried dependent children while temporarily away from home will be considered **resident**(s), if they intend to continue to live in **your** household.

4. **Utility auto** means an **auto** of the pick-up body, sedan delivery or panel truck type. This **auto** must have a gross vehicle weight of 14,000 pounds or less, according to the manufacturer's specifications.

5. **You** or **your** means the policyholder named on the Policy Declarations and that policyholder's **resident** spouse.

The following provisions apply throughout the policy unless a different provision regarding the same subject matter is provided under a particular coverage or it is otherwise indicated.

## Premium Changes
The premium for each **auto** is based on information we have received from **you** or other sources. **You** agree to cooperate with **us** in determining if this information is correct, if it is complete, and if it changes during the policy period. **You** agree that if the information changes or is incorrect or incomplete, **we** may adjust **your** premium accordingly during the policy period.

**Page 2**



EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

Changes which result in a premium adjustment are contained in **our** rules. These include, but are not limited to:

1.  **autos** insured by the policy including changes in use;

2.  drivers residing in **your** household, their ages or marital status;

3.  coverages or coverage limits;

4.  rating territory; and

5.  discount eligibility.

Any calculation or adjustment of **your** premium will be made using the rules, rates, and forms in effect for use in **your** state.

### Coverage Changes

When **we** broaden a coverage during a policy period without additional charge, **you** have the new feature if **you** have the coverage to which it applies. The new feature applies on the date the coverage change is effective in **your** state. Otherwise, the policy can be changed only by endorsement. Any change in **your** coverage will be made using the rules, rates, and forms in effect for use in **your** state.

### Duty To Report Policy Changes

**Your** policy was issued in reliance on the information **you** provided concerning the **auto**(s) and persons insured by the policy and **your** place of residence. To properly insure **your auto**, **you** must promptly notify **us** when **you** change **your** address or whenever any **resident** operators insured by **your** policy are added or deleted.

When **you** acquire an additional four wheel private passenger **auto** or **utility auto**, that four wheel private passenger **auto** or **utility auto** will be covered by **us** for 30 days immediately after **you** acquire ownership if:

1.  **we** or one of **our** affiliates insures all other **autos you** own;

2.  the newly acquired four wheel private passenger **auto** or **utility auto** is not covered under any other automobile insurance policy; and

3.  **you** pay any additional premium.

Coverage will be continued beyond this 30-day period only if:

1.  **you** ask **us** to continue coverage within 30 days after **you** acquire the four wheel private passenger **auto** or **utility auto**;

2.  **we** or one of **our** affiliates agrees to continue coverage for this additional four wheel private passenger **auto** or **utility auto**; and

3.  **you** pay any additional premium.

If **you** do not notify **us** within 30 days after **you** acquire an additional four wheel private passenger **auto** or **utility auto**, the coverages under this policy will not apply to the additional four wheel private passenger **auto** or **utility auto**.

If **you** do not notify **us** within 30 days of acquiring a replacement four wheel private passenger **auto** or **utility auto**, the coverage under **Part V – Protection Against Loss To The Auto**, of this policy will not apply to the replacement four wheel private passenger **auto** or **utility auto**.

### What to Do If There Is A Loss

1.  If coverage is provided to any person under this policy and that person has an accident involving a motor vehicle, **we** or an authorized agent of **ours** must be informed as soon as possible of all details. As soon as possible, any person making a claim must give **us** written proof of loss, including all details **we** may need to determine the amounts payable, if any.

2.  **We** may require any person making a claim to file with **us** a sworn proof of loss. **We** may also require that person to submit to examinations under oath, separately and apart from others, and to sign the transcript.

3.  If an insured person is sued as the result of a motor vehicle accident, **we** must be informed immediately.

4.  **You** must allow **us** to inspect the damaged property.

**Page 3**

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

5.  **You** must protect the **auto** from further loss. **We** will pay reasonable expenses to guard against further loss. If **you** do not protect the **auto**, further loss is not covered.

6.  **You** must report all theft losses promptly to the police.

### Proof Of Claim; Medical Reports

As soon as possible, **you** or any other person making claim must give **us** written proof of claim including all details reasonably required by **us** to determine any amounts payable.

The person making the claim may be required to submit to physical examinations by physicians selected by **us**, as often as **we** reasonably require. The person making the claim or that person's representative must authorize **us** to obtain medical reports and copies of medical and other records related to the income of the person making the claim.

**We** may require any person making a claim to file with **us** a sworn proof of loss. **We** may also require that person to submit to examinations under oath, as often as reasonably required, separately and apart from others associated with the claim for coverage, and to sign the transcript.

**We** may require representatives of any entity or person that has an assignment of benefits to submit to examinations under oath, as often as reasonably required, separately and apart from others associated with the claim for coverage, and to sign the transcript. **We** may choose any representative that **we** require to sit for examination under oaths.

### Combining Limits Of Two Or More Autos Prohibited

This provision applies only when **you** have two or more **auto**(s) insured in **your** name. If one of these **auto**(s) is involved in an accident, the coverage limit will be as shown on the Policy Declarations for the **auto**. If none of these **auto**(s) is involved in the accident for which this policy provides coverage, **you** may select any single **auto** shown on the Policy Declarations and the coverage limits applicable to that **auto** will apply.

In either case, coverage on any other **auto** may not be added to or stacked upon the coverage of the involved or selected **auto**.

This provision does not apply to **Uninsured Motorist Insurance** if the Policy Declarations indicates that, under the **Uninsured Motorist Insurance** provision, the limits of two or more insured **autos** may be stacked together.

### Transfer

**You** may not transfer this policy or assign any interest in this policy, other than benefits payable under **Part III, Personal Injury Protection**, to another person without **our** written consent. However, if **you** die this policy will provide coverage until the end of the premium period for **your** legal representative while acting as such and persons covered on the date of **your** death.

### Medicare Provision

It is agreed that the benefits provided by the Federal Medicare Program will not offset or reduce any coverage provided by this policy.

### Provisional Premium

The premium shown on the Policy Declarations for **Automobile Liability Insurance, Automobile Medical Payments** and **Uninsured Motorists Insurance** will be considered provisional and may be recomputed, if:

1.  any provision of the Florida Motor Vehicle No-Fault Law exempting persons from tort liability is found to be unconstitutional, and

2.  the rules, rates or premiums for the issuance of this policy are changed because of the unconstitutionality of the law.

If this policy is a continuation or renewal of **your** policy, any recomputation of premium will include consideration of any returned or credited premium given in compliance with the Florida Motor Vehicle No-Fault Law.

If the final recomputed premium exceeds the premium stated on the Policy Declarations, **you** must pay the excess to **us**, including the amount of any return premium previously credited or refunded.

Page 4



AUTO *61000091101040I000533019*

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

### Payment

If **your** initial premium payment for **your** first policy period is by check, draft, electronic transaction, or any remittance other than cash, such payment is conditional upon the check, draft, electronic transaction, or other remittance being honored upon presentation. If such check, draft, electronic transaction, or other remittance is not honored upon presentation, this policy may be voided from its inception.

### Concealment, Misrepresentation Or Fraud

This entire policy, including any and all coverages hereunder, may be void if, whether before or after any loss, **you** intentionally or fraudulently omit, conceal, or misrepresent any material fact or circumstance relating in any way to:

1. this insurance policy;
2. any application for this insurance policy; or
3. any claim made under this insurance policy.

### Cancellation And Non-Renewal

During the first two months following the effective date of the policy, **you** may not cancel this policy except:

1. upon total destruction of the insured motor vehicle;
2. upon transfer of ownership of the insured motor vehicle;
3. after the purchase of another policy or binder covering the motor vehicle which was covered under this policy; or
4. in the event of a military assignment.

If **your** original policy has been in effect for 60 days or less, **we** may also cancel for reasons other than non-payment of premium. However, during the first 60 days of **your** original policy **we** may cancel for non-payment of premium if the reason for the cancellation is the issuance of a check for the premium which is dishonored for any reason.

After **your** original or renewal policy has been in effect for 60 days, **you** may cancel this policy by writing and telling **us** what future date **you** wish to stop coverage.

After **your** original policy has been in effect for 60 days, or if this is a renewal policy, **we** will not cancel during the premium period unless:

1. the premium is not paid when due;
2. there is material misrepresentation, fraud, or concealment of material facts;
3. the drivers license's of any of the following persons has been suspended or revoked:
   a. **you**;
   b. any operator who **resides** with **you**; or
   c. any operator who customarily operates **your** covered **auto**.
4. **we** have mailed notice within the first 60 days the original policy has been in effect that **we** do not intend to continue the policy.

After **your** original policy has been in effect for 60 days, or if this is a renewal policy, **we** will give **you** notice as follows:

1. if **we** cancel because **you** did not pay the premium, **we** will give **you** at least ten days notice; or
2. if **we** cancel for any reason other than non-payment of premium, **we** will give **you** at least 45 days notice.

Upon expiration of the premium period, **we** may transfer the policy to another insurer under the same ownership or management as Allstate. **We** will mail **you** notice at least 45 days before the end of the premium period of **our** intent to transfer the policy and of the premium, and the specific reasons for any increase in the premium.

If **we** do not intend to continue the policy beyond the current premium period, **we** will give **you** notice at least 45 days before the end of the premium period.

**We** will not refuse to renew or continue this policy solely because:

1. **You** were convicted of one or more traffic violations which did not involve an accident or cause revocation or suspension of **your** driving privilege unless **you** have been convicted of, or plead guilty to:
   a. two such traffic violations within an 18 month period;
   b. three or more such traffic violations within a 36 month period; or

**Page 5**

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

c. exceeding the lawful speed limit by more than 15 miles per hour.

2. **You** have had only one accident if we have insured the motor vehicle for a period of at least five years immediately preceding the renewal date.

We will mail any cancellation or non-renewal notice to you at **your** address shown on the Policy Declarations. **Our** mailing the notice of cancellation or non-renewal to you will be deemed proof of notice. A refund, if due, will be proportional to the time **your** policy has been in effect, but cancellation will be effective even though the refund is not made immediately.

1. If **you** cancel, we will mail the unearned portion of any premium paid within 30 days after the effective date of cancellation or receipt of notice or request for cancellation, whichever is later.

2. If **we** cancel, we will mail the unearned portion of any premium paid within 15 days after the effective date of cancellation.

If we mail a cancellation notice, after **your** policy has been in effect for 60 days, because **you** did not pay the required premium when due and **you** then tender payment by check, draft, electronic transaction, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **we** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

Any unearned premium under $5.00 will be refunded only upon **your** request.

In the event **we** determine that **you** have been charged an incorrect premium for coverage requested in **your** application for insurance, **we** shall immediately mail **you** notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), **you** fail to either:

1. pay the additional premium and maintain this policy in full force under its original terms; or
2. cancel this policy and demand a refund of any unearned premium;

then this policy shall be cancelled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

## Mediation

Both **you** and **we** may request mediation of a claim for:

1. bodily injury in the amount of $10,000 or less under Parts II, III, and IV of the policy; or
2. property damage under **Part V – Protection Against Loss To The Auto,**

by filing a written request with the Florida Department of Financial Services on a form which may be obtained from the Department. The request must state why mediation is being requested and the issue in dispute.

The Department of Insurance will appoint a mediator. Each party may reject one mediator. The mediator will notify the parties of the date, time, and place of the mediation conference, which will be held within 45 days of the request for mediation. The mediation conference will be conducted informally and may be held by telephone if feasible. Participants must have authority to make a binding decision, and must mediate in good faith. Information and disclosures provided during mediation are not admissible in any subsequent action or proceeding relating to the claim. Costs of the mediation will be shared equally by each party unless the mediator determines a party has not mediated in good faith.

If a person files suit which relates to facts already mediated, such facts will not be mediated again. Only one mediation may be requested for each claim, unless all parties agree to further mediation. Any suit regarding a mediated dispute must be filed within 60 days following the conclusion of the mediation process or the time prescribed by the applicable Florida statute that places time limits upon causes of actions, whichever is later.

**Page 6**



AUTO *61000001*

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

### Action Against Us

No insured person or injured person, as those terms are defined in Parts I, II, III, and IV of the policy, may sue **us** for any matter related to this policy unless there is full compliance with all the terms of the policy. No one other than such an insured may bring suit against **us** prior to first obtaining a judgment against an insured for damages covered under this policy.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and **us**, then a person other than an insured who obtains this judgment or agreement against an insured person may sue **us** up to the limits of this policy.

The bankruptcy or insolvency of a person insured will not relieve **us** of any obligation.

### Assistance And Cooperation

We will require any person making a claim to cooperate with **us** in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to, giving **us** a recorded statement, a written statement, and/or a video-recorded statement, when requested by **us**, as often as **we** reasonably require.

### What Law Will Apply

This policy is issued in accordance with the laws of Florida and covers property or risks principally located in Florida. Subject to the following paragraph, any and all claims or disputes in any way related to this policy shall be governed by the laws of Florida.

If a covered loss to the **auto**, a covered **auto** accident, or any other occurrence for which coverage applies under this policy happens outside Florida, claims or disputes regarding that covered loss to the **auto**, covered **auto** accident, or other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to the **auto**, covered **auto** accident, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

### Where Lawsuits May Be Brought

Subject to the following two paragraphs, any and all lawsuits in any way related to this policy shall be brought, heard, and decided only in a state or federal court located in Florida. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy or involved in any other way with this policy, shall be brought, heard, and decided only in a state or federal court located in Florida, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to the **auto**, a covered **auto** accident, or any other occurrence for which coverage applies under this policy happens outside Florida, lawsuits regarding that covered loss to the **auto**, covered **auto** accident, or other covered occurrence may also be brought in the judicial district where that covered loss to the **auto**, covered **auto** accident, or other covered occurrence happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

### Out Of State Coverage

If an **auto** accident to which this policy applies occurs in any state or province other than the one in which **your** covered **auto** is principally garaged, **we** will interpret **your** policy for that accident as follows:

1. If the state or province has:
    a. A financial responsibility or similar law specifying limits of liability for **bodily injury** or **property damage** higher than the limit shown in the Declarations, **your** policy will provide the higher specified limit.

    b. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, **your** policy will provide at least the required minimum amounts and types of coverage.

2. No one will be entitled to duplicate payments for the same elements of loss.

**Page 7**

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

## Part I
## Automobile Liability Insurance
## Bodily Injury – Coverage AA
## Property Damage – Coverage BB

We will pay for all damages an **insured person** is legally obligated to pay because of **bodily injury** or **property damage**.

Under these coverages, **your** policy protects an **insured person** from claims for accidents arising out of the ownership, maintenance or use, loading or unloading of the **auto** we insure.

**We** will defend an **insured person** if sued as the result of a covered **auto** accident. **We** will defend that person at **our** own expense, with counsel of **our** choice and, may settle any claim or suit if **we** feel this is appropriate. **We** will not defend an **insured person** sued for damages which are not covered by this policy.

## Additional Payments

In defending an **insured person** under this part, **we** will pay for:

1. loss of wages or salary not to exceed $50 per day. These payments will be made when that person's attendance is required at a trial to defend against a **bodily injury** suit. **We** will also pay other reasonable expense incurred at **our** request but not other loss of income or earnings;

2. court costs for defense;

3. interest accruing on damages awarded, until such time as **we** have paid, formally offered, or deposited in court the amount for which **we** are liable under this policy. Interest will be paid only on damages which do not exceed **our** limits of liability; and

4. all premiums on appeal bonds and on bonds to release attachments, but not in excess of **our** limit of liability. **We** have no obligation, however, to apply for or furnish these bonds.

**We** will repay an **insured person** for:

1. the cost of any bail bonds required because of an accident or traffic law violation involving the use of an **insured auto**. Payment will not exceed $300 per bond. **We** have no obligation to apply for or furnish a bond; and

2. any reasonable expense incurred for first aid to others at the time of an **auto** accident involving an **insured auto**.

## Additional Definitions Under Part I

The following definitions apply throughout Part I of the policy.

1. **Bodily injury** means bodily injury, sickness, disease, or death to any person, including loss of services, but does not include:
   a. any venereal disease;
   b. herpes;
   or any resulting symptom, effect, condition, disease, or illness related to a. or b. listed above.

2. **Insured auto** means:
   a. any **auto** described on the Policy Declarations. This includes the four wheel private passenger **auto** or **utility auto** with which **you** replace it;

   b. an additional four wheel private passenger **auto** or **utility auto** of which **you** acquire ownership during the policy period.

   The additional four wheel private passenger **auto** or **utility auto** will be covered by **us** for 30 days immediately after **you** acquire ownership if:
   (i) **we** or one of **our** affiliates insures all other **auto**(s) **you** own;
   (ii) the newly acquired four wheel private passenger **auto** or **utility auto** is not covered under any other automobile insurance policy; and
   (iii) **you** pay any additional premium.

   Coverage will be continued beyond this 30-day period only if:

**Page 8**

AUTO *61000091101040*

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

(i) **you** ask **us** to continue coverage within 30 days after **you** acquire the additional four wheel private passenger **auto** or **utility auto**;

(ii) **we** or one of **our** affiliates agrees to continue coverage for this additional four wheel private passenger **auto** or **utility auto**; and

(iii) **you** pay any additional premium.

c. a substitute four wheel private passenger **auto** or **utility auto**, not owned by **you** or a **resident**, being temporarily used with the permission of the owner while **your insured auto** is being serviced or repaired, or if **your insured auto** is stolen or destroyed;

d. a non-owned **auto** used by **you** or a **resident** relative with the owner's permission. This **auto** must not be available or furnished for the regular use of an **insured person**; or

e. a trailer, while attached to an **insured auto**, as defined in a. through d. above, designed for use with an **auto**. This trailer can not be used for business purposes with other than a four wheel private passenger **auto** or **utility auto**.

3. **Insured person** means:
   a. While using **your insured auto**
      (i) **you**;
      (ii) any **resident**, or
      (iii) any other person using it with **your** permission;

   b. While using a non-owned **auto**
      (i) **you**,
      (ii) any **resident** relative of **your** household using a four wheel private passenger **auto** or **utility auto**; or

   c. Any other person or organization liable for the use of an **insured auto** if the **auto** is not owned or hired by that person or organization, provided the use is by an **insured person** under 1. or 2. above and

then only for that person's acts or omissions.

4. **Property damage** means damage to or destruction of property, including loss of use.

## Exclusions – What Is Not Covered

**We** will not pay for any damages an **insured person** is legally obligated to pay because of:

1. **bodily injury** or **property damage** arising out of the use of **your insured auto** while used to carry persons or property for a charge, or any **auto you** are driving while available for hire by the public. This exclusion does not apply to shared-expense car pools.

2. **bodily injury** or **property damage** arising out of **auto** business operations such as repairing, servicing, testing, washing, parking, storing or selling of **autos**. This exclusion does not apply to **you**, **resident** relatives, partners, or employees of the partnership of **you** or a **resident** relative when using **your insured auto**.

3. **bodily injury** or **property damage** arising out of the use of a non-owned **auto** in any business or occupation of an **insured person**. However, this exclusion does not apply while **you**, **your** chauffeur, or domestic employee are using a private passenger **auto** or trailer.

4. **bodily injury** to an employee of any **insured person** arising in the course of employment. This exclusion does not apply to **your** domestic employee who is not required to be covered by a workers compensation law or similar law.

5. **bodily injury** to a co-worker injured in the course of employment. This exclusion does not apply to **you**.

6. **bodily injury** to you or any **resident** of your household related to **you** by blood, marriage, or adoption.

7. damage to or destruction of property an **insured person** owns, transports, is in charge of, or rents. An **auto** operated by an **insured**

Page 9

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

**person** is considered to be property in charge of an **insured person**. This exclusion does not apply to a private residence or a garage rented by that person.

8. **bodily injury** or **property damage** caused by the:
   a. intentional acts,
   b. criminal acts, other than traffic violations defined as infractions under Florida law, or
   c. omissions,

of an **insured person**, or done at the direction of an **insured person** which are designed to produce loss or damage.

This exclusion applies even if:
   a. an **insured person** lacks the mental capacity to control or govern his or her own conduct;
   b. an **insured person** is temporarily insane or temporarily lacks the mental capacity to control or govern his or her conduct or is temporarily unable to form any intent to cause **bodily injury** or **property damage;**
   c. such **bodily injury** or **property damage** is of a different kind or degree than intended; or
   d. such **bodily injury** or **property damage** is sustained by a different person than intended.

This exclusion applies regardless of whether an **insured person** is actually charged with, or convicted of, a crime.

This exclusion precludes coverage for any **insured persons** under the policy regardless of whether the person seeking coverage participated in any way in the intentional or criminal acts or omissions.

9. **bodily injury** or **property damage** which would also be covered under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or any other

such policy. This applies even if the limits of that insurance are exhausted.

10. **bodily injury** or **property damage** arising out of the use of a non-owned **auto**, substitute **auto** or non-owned **utility auto**, being driven by someone other than **you** or a **resident relative.**

11. **bodily injury** or **property damage** arising out of the **insured person's** active participation in any prearranged, organized, or spontaneous:
    a. racing contest;
    b. speed contest; or
    c. use of an **auto** at a track or course designed or used for racing or high performance driving;

or in practice or preparation for any contest or use of this type.

### Financial Responsibility
When this policy is certified as proof under any Motor Vehicle Financial Responsibility law the insurance under this part will comply with the provisions of that law. This liability coverage will comply to the extent of liability coverage and limits required by the law.

### Limits of Liability
The **Automobile Liability Insurance** limits shown on the Policy Declarations are the maximum **we** will pay for any single **auto** accident. The limit stated for each person for **bodily injury** applies to all damages arising from **bodily injury** sustained by one person in any single **auto** accident, including damages sustained by anyone else as a result of that **bodily injury.** Subject to the "each person" limit, the limit stated for each occurrence is **our** total limit of liability for all damages for **bodily injury** sustained by two or more persons in any single **auto** accident. For **property damage,** the limit stated for each occurrence is **our** total limit of liability for **property damage** sustained in any single **auto** accident.

The **Automobile Liability Insurance** limits apply to each **insured auto** as stated on the Policy Declarations. The insuring of more than one person or **auto** under this policy will not increase **our** liability limits beyond the amount shown for any one **auto,**

**Page 10**

AUTO *010000911



## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

even though a separate premium is charged for each **auto**. The limits also will not be increased if **you** have other **auto** insurance policies that apply.

An **auto** and attached trailer are considered one **auto**. Also, an **auto** and a mounted camper unit, topper, cap or canopy are considered one **auto**.

### If There Is Other Insurance

If an **insured person** is using a substitute private passenger **auto** or non-owned **auto**, **our** liability insurance will be excess over other collectible insurance. If more than one policy applies to an accident involving **your** insured **auto**, **we** will bear **our** proportionate share with other collectible liability insurance.

### Assistance And Cooperation

**We** will require any person making a claim to cooperate with **us** in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to, disclosing all facts, attending hearings and trials, and giving **us** a recorded statement, a written statement, and/or a video-recorded statement, when requested by **us**, as often as **we** reasonably require.

**We** will not be obligated by an **insured person** voluntarily making any payments or taking other actions except as specified in this policy.

### Additional Interested Parties

If one or more additional interested parties are listed on the Policy Declarations, the **Automobile Liability Insurance** coverages of this policy will apply to those parties as insureds.

**We** will mail or deliver at least ten days notice to an additional interested party if **we** cancel or make any changes to this policy which adversely affects that party's interest. **Our** notice will be considered properly given if mailed to the last known address of the additional interested party.

The naming of an additional interested party does not increase that party's rights to recovery under this policy, nor does it impose an obligation for the payment of premiums under this policy.

## Part II
## Automobile Medical Payments Coverage CC

**We** will pay to or on behalf of an **insured person** reasonable expenses incurred for **medically necessary** treatment actually provided to the **insured person** within three years of a covered **auto** accident because of **bodily injury**. Payments will be made only when **bodily injury** is caused by an **auto** accident. Reasonable and **medically necessary** ambulance, medical, surgical, hospital, chiropractic, X-ray, dental, orthopedic and prosthetic devices, pharmaceuticals, eyeglasses, hearing aids, funeral service expenses, and professional nursing services are covered.

**We** will not pay for medical services, supplies, or care that are not reimbursable under Medicare or under Florida workers' compensation law. If a healthcare provider takes action against the **insured person** to recover for services billed and not paid, we will defend and, if necessary, indemnify them up to the policy limits.

Notwithstanding this limitation, **we** will pay:
1. expenses not paid under Part III of the policy because of the 80 percent limitation for medical expense benefits;
2. expenses not paid under Part III of the policy or under any no-fault benefits in any other **auto** policy because all available medical expense benefits have been exhausted; or
3. expenses for **bodily injury** sustained outside the state of Florida through being struck while in, on, getting into or out of, or struck while a pedestrian by a **motor vehicle**.

There is no coverage under **Automobile Medical Payments** for mileage costs for use of a personal vehicle.

### Additional Definitions Under Part II

The following definitions apply throughout Part II of the policy.

1. **Bodily injury** means bodily injury, sickness, disease, or death to any person, including loss of services, but does not include:
   a. any venereal disease;

**Page 11**

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

b.  herpes;

or any resulting symptom, effect, condition, disease, or illness related to a. or b. listed above.

2.  **Insured auto** means:

a.  any **auto** described on the Policy Declarations. This includes the four wheel private passenger **auto** or **utility auto** with which **you** replace it;

b.  an additional four wheel private passenger **auto** or **utility auto** of which **you** acquire ownership during the policy period.

The additional four wheel private passenger **auto** or **utility auto** will be covered by **us** for 30 days immediately after **you** acquire ownership if:

(i)  **we** or one of **our** affiliates insures all other **auto**(s) **you** own;

(ii)  the newly acquired four wheel private passenger **auto** or **utility auto** is not covered under any other automobile insurance policy; and

(iii)  **you** pay any additional premium.

Coverage will be continued beyond this 30-day period only if:

(i)  **you** ask **us** to continue coverage within 30 days after **you** acquire the additional four wheel private passenger **auto** or **utility auto**;

(ii)  **we** or one of **our** affiliates agrees to continue coverage for this additional four wheel private passenger **auto** or **utility auto**; and

(iii)  **you** pay any additional premium.

c.  a substitute four wheel private passenger **auto** or **utility auto**, not owned by **you** or a **resident**, temporarily used while **your insured auto** is being serviced or repaired, or if **your insured auto** is stolen or destroyed;

d.  a non-owned **auto** having not less than four wheels used with the owner's permission. This **auto** must not be

available or furnished for the regular use of an **insured person**; or

e.  a trailer, while attached to an **insured auto**, designed for use with an **auto**. This trailer can not be used for business purposes with other than a four wheel private passenger **auto** or **utility auto**.

3.  **Insured person** means **you** and any **resident** relative who sustains **bodily injury** while in, on, getting into or out of, or through being struck by, an **auto** or trailer. The use of a non-owned **auto** must be with the owner's permission.

4.  **Medically necessary** means a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing, or treating an illness, injury, disease, or symptom in a manner that is:

a.  in accordance with generally accepted standards of medical practice;

b.  clinically appropriate in terms of type, frequency, extent, site, and duration; and

c.  not primarily for the convenience of the patient, physician, or other health care provider.

### Exclusions – What Is Not Covered

This coverage does not apply to:

1.  **bodily injury** caused by the:

a.  intentional acts,

b.  criminal acts, other than traffic violations defined as infractions under Florida law, or

c.  omissions,

of an **insured person**, or done at the direction of an **insured person** which are designed to produce loss or damage.

This exclusion applies even if:

a.  an **insured person** lacks the mental capacity to control or govern his or her own conduct;

b.  an **insured person** is temporarily insane or temporarily lacks the mental capacity to control or govern his or her conduct or



AUTO ˚81000001

<u>**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**</u>

is temporarily unable to form any intent to cause **bodily injury**;

c.  such **bodily injury** is of a different kind or degree than intended; or

d.  such **bodily injury** is sustained by a different person than intended.

This exclusion applies regardless of whether an **insured person** is actually charged with, or convicted of a crime.

This exclusion precludes coverage for any **insured persons** under the policy regardless of whether the person seeking coverage participated in any way in the intentional or criminal acts or omissions.

2.  **bodily injury** to **you** or a **resident** relative while in, on, getting into or out of an **auto** owned by **you** or a **resident** relative which is not insured for this coverage.

3.  **bodily injury** to **you** or a **resident** relative while in, on, getting into or out of, or struck as a pedestrian by:
    a.  a vehicle operated on rails or crawler-treads; or
    b.  a vehicle or other equipment designed for use principally off public roads, while not upon public roads.

4.  **bodily injury** to any person while in, on, getting into or out of:
    a.  an owned **auto** while available for hire to the public. This exclusion does not apply to shared-expense car pools.
    b.  an **auto** or trailer while used as a residence or premises.
    c.  a motor vehicle other than an **auto** or **utility auto**.

5.  **bodily injury** to any person, other than **you** or a **resident** relative, while using a non-owned **auto** which is available for hire by the public, or in **auto** business operations such as repairing, servicing, testing, washing, parking, storing or the selling of **autos**. Coverage is provided for **you**, **your** private chauffeur or domestic employee while using an **auto** or trailer in any other business or occupation.

6.  **bodily injury** to any person resulting from any act of war, insurrection, rebellion or revolution.

7.  **bodily injury** to any person or dependent of a person who is entitled to benefits provided by the U.S. Government under a contract of employment including past or present military duty.

8.  **bodily injury** arising out of the **insured person's** active participation in any prearranged, organized, or spontaneous:
    a.  racing contest;
    b.  speed contest; or
    c.  use of an **auto** at a track or course designed or used for racing or high performance driving;

    or in practice or preparation for any contest or use of this type.

## Limit Of Liability

The **Automobile Medical Payments** limit shown on the Policy Declarations is the maximum **we** will pay for all expenses incurred by or for each person as the result of any one **auto** accident regardless of the number of **autos** insured under this policy or any other policy.

THIS MEANS THAT NO STACKING OR AGGREGATION OF AUTOMOBILE MEDICAL PAYMENTS WHATSOEVER WILL BE ALLOWED BY THIS POLICY.

If a healthcare provider takes action against the **insured person** to recover for services billed and not paid, we will defend and, if necessary, indemnify them up to the policy limits.

Any amounts payable under this coverage shall be subject to the fee schedule reimbursement limitations set forth in the Florida Motor Vehicle No-Fault Law, as enacted, amended or otherwise continued in the law.

If an **insured person** dies as the result of a covered **auto** accident, we will pay the least of the following as a funeral service expenses benefit:
1.  $2,000;

**Page 13**

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

2. the **Automobile Medical Payments** limit of liability stated on the Policy Declarations; or
3. the remaining portion of the **Automobile Medical Payments** limit of liability not expended for other covered medical expenses

This funeral service expenses benefit does not increase, and will not be paid in addition to, the limits of liability stated on the Policy Declarations for **Automobile Medical Payments**. This benefit is payable to the deceased person's spouse if a **resident** of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to any parent who is a **resident** of the same household at the time of the accident. In all other cases, the benefit is payable to the deceased injured person's estate.

There will be no duplication of payments under the **Bodily Injury Liability, Automobile Medical Payments,** and **Uninsured Motorists Insurance** coverages of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person. The damages payable under the **Bodily Injury Liability** and **Uninsured Motorists Insurance** coverage of this policy will be reduced by that amount.

In addition, this coverage does not apply to **bodily injury** to any person to the extent that treatment is provided or benefits are paid or payable to or on behalf of an injured person under:
1. any workers compensation law;
2. Part III of the policy; or
3. no-fault benefits in any other **auto** policy.

### Unreasonable Or Unnecessary Medical Expenses

If an **insured person** incurs medical expenses which we deem to be unreasonable or unnecessary, **we** may refuse to pay for those medical expenses and contest them.

If the **insured person** is sued by a medical services provider because **we** refuse to pay medical expenses which we deem to be unreasonable or unnecessary, we will pay resulting defense costs and any resulting judgment against the person insured. We will choose

the counsel. The **insured person** must cooperate with **us** in the defense of any claim or lawsuit. If **we** ask an **insured person** to attend hearings or trials, we will pay up to $50 per day for loss of wages or salary. We will also pay other reasonable expenses incurred at **our** request.

### If There Is Other Insurance

When this coverage applies to a substitute **auto** or non-owned **auto, we** will pay only after all other collectible **auto** medical insurance has been exhausted.

When this coverage applies to a replacement **auto** or additional **auto**, this policy will not apply if **you** have other collectible **auto** medical insurance.

### Assistance And Cooperation

We will require any person making a claim to cooperate with **us** in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to, disclosing all facts, attending hearings and trials, and giving **us** a recorded statement, a written statement, and/or a video-recorded statement, when requested by **us**, as often as **we** reasonably require.

**You** must also help **us** to obtain partial payments from anyone who may be jointly responsible.

We will not be obligated by **you** voluntarily making any payments or taking other actions except as specified in this policy.

### Subrogation Rights

When **we** pay, an **insured person's** rights of recovery from anyone else become **ours** up to the amount **we** have paid. The **insured person** must protect these rights and help **us** enforce them.

### Part III
### Personal Injury Protection Coverage VA

In accordance with the Florida Motor Vehicle No-Fault Law, we will pay to or on behalf of the **injured person** the following benefits. Payments will be made only when **bodily injury** is caused by an accident arising from the ownership, maintenance, or use of a **motor vehicle**. We will not pay for medical



EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

services, supplies, or care that are not reimbursable under Medicare or under Florida workers' compensation law.

1.  **Medical Expenses**
    Eighty percent of reasonable expenses for **medically necessary** medical, surgical, X-ray, dental, and rehabilitative services, including prosthetic devices, and **medically necessary** ambulance, hospital, and nursing services.

2.  **Income Loss**
    Sixty percent of loss of income and earning capacity from inability to work caused directly by the injury sustained in the **motor vehicle** accident. Income loss benefits end upon the death of the **injured person.**

3.  **Loss of Services**
    All reasonable expenses incurred in obtaining from others ordinary and necessary services usually performed by the **injured person** without income for the benefit of the family or family household. Loss of services benefits end upon the death of the **injured person.**

4.  **Death Benefits**
    Benefits due to the death of an **injured person.**

Payments will be made only when **bodily injury** is caused by an accident arising from the ownership, maintenance, or use of a **motor vehicle.**

### Additional Definitions Under Part III
The following definitions apply throughout Part III of the policy.

1.  **Bodily injury** means physical harm to the body, sickness, disease, or death, but does not include:
    a.  any venereal disease;
    b.  herpes;
    or any resulting symptom, effect, condition, disease or illness related to a. or b. listed above unless there is a causal connection or relation between an accident arising from the ownership, maintenance or use of a motor vehicle and the transmission of the venereal disease or herpes.

2.  **Insured motor vehicle** means a **motor vehicle:**
    a.  **you** own;

b.  for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and
c.  (i)  for which a premium is charged, or
    (ii) is a trailer designed for use primarily with a **motor vehicle.**

3.  **Injured person** means:
    a.  within the State of Florida:
        (i)   **you** or a **resident** relative while in, on, getting into or out of, or struck while a pedestrian by a **motor vehicle.**
        (ii)  any other person while in, on, getting into or out of the **insured motor vehicle.**
        (iii) any other person struck while a pedestrian by the **insured motor vehicle** if that person is a resident of Florida.

    b.  outside the State of Florida:
        (i)  **you** or a **resident** relative while in, on, getting into or out of the **insured motor vehicle.**
        (ii) **you** while in, on, getting into or out of a **motor vehicle** owned by a **resident** relative for which security is maintained under the Florida Motor Vehicle No-Fault Law.

4.  **Motor vehicle** means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semi-trailer designed for use with such vehicle.

    A **Motor vehicle** does not include:
    a.  any **motor vehicle** which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the **motor vehicle** and which is owned by a municipality, a transit authority, or a political subdivision of the state; or

    b.  a mobile home.

**Page 15**

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

5. **Medically necessary** means a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing, or treating an illness, injury, disease, or symptom in a manner that is:
   a. in accordance with generally accepted standards of medical practice;
   b. clinically appropriate in terms of type, frequency, extent, site, and duration; and
   c. not primarily for the convenience of the patient, physician, or other health care provider

## Exclusions – What Is Not Covered

This coverage does not apply:

1. to **you** or any **resident** relative while in, on, getting into or out of a **motor vehicle** which **you** own that is not an **insured motor vehicle** under this policy.

2. to any person while operating the **insured motor vehicle** without your permission.

3. to any person whose conduct contributed to a self injury:
   a. intentionally caused; or
   b. while committing a felony.

4. to any person, other than **you**, if that person owns a **motor vehicle** for which security is required under the Florida Motor Vehicle No-Fault Law.

5. to any person, other than **you** or a **resident** relative, who is entitled to no-fault benefits from the owner or insurer of a **motor vehicle** which is not an **insured motor vehicle** under this insurance.

6. to any person who sustains **bodily injury** while in, on, getting into or out of a **motor vehicle** while located for use as a residence or premises.

7. to **you** or a **resident** relative for Income Loss if the Policy Declarations indicates that Income Loss coverage does not apply.

## Limits Of Liability

The **Personal Injury Protection** limit shown on the Policy Declarations is the maximum **we** will pay per **injured person** for any one **motor vehicle** accident, regardless of the number of vehicles insured under this or other policies. **We** will not pay more than $5,000 for Death Benefits for any one person or the remainder of unused **Personal Injury Protection** benefits whichever is less. This $5,000 limit is subject to the Personal Injury Protection limit of liability shown on the Policy Declarations.

Expenses and losses will be reduced by:

1. amounts paid or payable for the same items of loss and expense under any workers compensation law.

2. amounts received from any insurer for the same items of loss and expense for which benefits are available under this policy. This reduction applies only to amounts that are a duplication of payment for the same loss or expense. The insurer paying these benefits, however, will be entitled to recover from **us** an equitable pro-rata share of the benefit paid and expenses incurred in processing the claim.

3. the amount of any deductible stated on the Policy Declarations. This will not apply to Death Benefits.

Claims will be paid in the order received except: (1) where otherwise provided by the Florida Motor Vehicle No-Fault Law; or (2) where the injury is investigated or disputed by **us** as not being related to the loss, or treatment is investigated or disputed by **us** as not being reasonable or **medically necessary**. **We** can proceed to pay other claims that are later received without incurring any liability for the prior disputed or investigated claim amounts if limits are exhausted after paying later received claims.

Any amounts payable under this coverage shall be subject to any and all limitations, authorized by section 627.736, or any other provisions of the Florida Motor Vehicle No-Fault Law, as enacted, amended or otherwise continued in the law, including, but not limited to, all fee schedules.



EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

Once aggregate payments for benefits equal to the limit of liability have been made, no further obligation to pay benefits remains, regardless of when claims for such benefits were submitted or received.

### Unreasonable Or Unnecessary Medical Expenses

If an **injured person** incurs medical expenses which **we** deem to be unreasonable or unnecessary, **we** may refuse to pay for those medical expenses and contest them.

If the **injured person** is sued by a medical services provider because **we** refuse to pay medical expenses which **we** deem to be unreasonable or unnecessary, **we** will pay resulting defense costs and any resulting judgment against the insured person. **We** will choose the counsel. The insured person must cooperate with **us** in the defense of any claim or lawsuit. If **we** ask an **injured person** to attend hearings or trials, **we** will pay up to $50 per day for loss of wages or salary. **We** will pay other reasonable expenses incurred at **our** request.

### Action Against Us

No one may sue **us** under this coverage unless:
1. there is full compliance with all the terms of this policy; and
2. at least 30 days have passed since the required notice of accident and reasonable proof of claim were filed with **us**.

### Proof of Claim; Medical Reports

As soon as possible, **you** or any other person making claim must give **us** written proof of claim including all details reasonably required by **us** to determine the amounts payable.

If the mental or physical condition of an **injured person** is material to any claim under this coverage, that person may be required to submit to mental or physical examinations by physicians **we** choose, as often as **we** reasonably require. The person making the claim or that person's representative must authorize **us** to obtain medical reports and copies of medical and other records related to the claim. If an **injured person** unreasonably refuses to take the examination, **we** are not required to pay any

subsequent **Personal Injury Protection** benefits. **We** will pay the expense of any examinations **we** request.

Such examination shall be conducted within the municipality of residence of the **injured person** or in the municipality where the **injured person** is receiving treatment. If there is no qualified physician to conduct the examination within such municipality, then such examination shall be conducted in an area of the closest proximity to the **injured person's** residence.

### Assistance And Cooperation

**We** will require any person making a claim to cooperate with **us** in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to, giving **us** a recorded statement, a written statement, and/or a video-recorded statement, when requested by **us**, as often as **we** reasonably require.

### Reimbursement And Subrogation

Unless prohibited by the Florida Motor Vehicle No-Fault Law, as amended, and in the event of payment to or for the benefit of any **injured person** under this insurance:

1. If the accident occurs outside the state of Florida, **we** are subrogated to the rights of the person to whom or for whose benefit such payments were made to the extent of such payments. Such person shall execute and deliver the instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights; and

2. **We** shall be entitled to reimbursement to the extent of the payment of **Personal Injury Protection** benefits made under this insurance from the owner or insurer of the owner of a commercial motor vehicle, as defined by the Florida Motor Vehicle No-Fault Law, if such **injured person** sustained the injury while in, on, getting into or out of, or while a pedestrian through being struck by, such commercial motor vehicle.

**Page 17**

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

### Part IV
### Uninsured Motorists Insurance Coverage ST

We will pay only those damages which an **insured person** is legally entitled to recover from the owner or operator of an **uninsured auto** because of **bodily injury** sustained by an **insured person**, except that we will not pay for damages consisting of pain, suffering, mental anguish, or inconvenience unless the injury or disease is described in one or more of paragraphs (a) through (d) of Florida Statute 627.737(2). The **bodily injury** must be caused by accident and arise out of the ownership, maintenance or use of an **uninsured auto**. **We** will not pay any punitive or exemplary damages.

If an **insured person** sues a person believed to be responsible for the accident without **our** written consent, **we** are not bound by any resulting judgment.

### Additional Definitions Under Part IV

The following definitions apply throughout Part IV of the policy.

1.  **Bodily injury** means physical harm to the body, sickness, disease, or death, but does not include:
    a.  any venereal disease;
    b.  herpes;
    or any resulting symptom, effect, condition, disease or illness related to a. or b. listed above.

2.  **Insured auto** means a **motor vehicle** not made available for public hire by an **insured person**:
    a.  which is described on the Policy Declarations. This includes the **motor vehicle you** replace it with. However, **you** must notify **us** within 30 days of the replacement. **You** must also pay any additional premium;
    b.  of which **you** acquire ownership during the policy period. **You** must, however, notify **us** within 30 days after you acquire the **motor vehicle** and pay any additional premium;

    c.  which is not owned by **you** or a **resident** relative, being temporarily used by **you** or a **resident** relative while **your insured auto** is being serviced or repaired, or if **your insured auto** is stolen or destroyed; or

    d.  which is operated by **you** with the permission of the owner, but not available or furnished for **your** regular use.

3.  **Insured person** means:
    a.  **you** and any relative who **resides** in **your** household;
    b.  any person while in, on, getting into or out of **your insured auto** with **your** permission; and
    c.  any other person who is legally entitled to recover because of **bodily injury** to **you**, a relative who **resides** in **your** household or an occupant of **your insured auto**.

4.  **Motor vehicle** means a land motor vehicle or trailer other than
    a.  a vehicle or other equipment designed for use principally off public roads, while not upon public roads;
    b.  a vehicle operated on rails or crawler-treads; or
    c.  a vehicle when used as a residence or premises.

5.  **Uninsured auto** means:
    a.  a **motor vehicle** which has no bodily injury liability bond or insurance policy in effect at the time of the accident;

    b.  a **motor vehicle**, other than a **motor vehicle** insured under the liability portion of this policy, for which the insurer denies coverage;

    c.  a **motor vehicle** for which the insurer becomes insolvent within four years from the date of the accident. This coverage will be excess over any obligations assumed by the Florida Insurance Guaranty Association to pay claims;



AUTO ^61C00009110J

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

d. a hit-and-run **motor vehicle** which causes **bodily injury** to an **insured person** as the result of a **motor vehicle** accident. The identity of either the operator or owner of the vehicle must be unknown. The accident must be reported within 24 hours to the police. **We** must be notified within 30 days. If the hit-and-run **motor vehicle** caused the injury without physical contact with the **insured person** or the vehicle the **insured person** was occupying, the facts of the accident must be proved. If the **insured person** was occupying the **insured auto** at the time of the accident, **we** have a right to inspect it;

e. a vehicle insured under the liability portion of a **motor vehicle** insurance policy which causes **bodily injury** to **you** or a **resident** relative while being operated by a person other than **you** or a **resident** relative and which is excluded under the liability portion of the policy; or

f. an underinsured **motor vehicle**. An underinsured **motor vehicle** is one which has liability protection in effect and applicable at the time of the accident but in an amount less than the damages the **insured person** is legally entitled to recover.

### Exclusions – What Is Not Covered

Regardless of the type of coverage under **Uninsured Motorists Insurance**, this coverage does not apply to:

1. Any person who makes a settlement without **our** written consent and that settlement is prejudicial to our company.

2. The direct or indirect benefit of workers' compensation or disability benefits insurer, including a self-insurer.

3. Any person arising out of the **insured person's** active participation in any prearranged, organized, or spontaneous:
   a. racing contest;

   b. speed contest; or
   c. use of an **auto** at a track or course designed or used for racing or high performance driving;

   or in practice or preparation for any contest or use of this type.

If the Policy Declarations indicates that under the **Uninsured Motorists Insurance** provision, the limits of two or more insured **autos** may not be stacked together, the following **Exclusions** also apply:

4. Any person while in, on, getting into or out of a vehicle **you** own which is insured for this coverage under another policy.

5. **You** or a relative who **resides in your** household while in, on, getting into or out of a vehicle owned by **you** or a relative who **resides** in **your** household which is not insured for this coverage under this policy.

### Limits Of Liability

1. **When limits of two or more insured autos may be stacked:**
   If the Policy Declarations indicates that, under the **Uninsured Motorist Insurance** provision, the limits of two or more insured **autos** may be stacked together, the **Uninsured Motorists Insurance** limit shown on the Policy Declarations for:
   a. "each person" is the maximum that **we** will pay for all damages arising out of **bodily injury** to one person in any one **motor vehicle** accident, including damages sustained by anyone else as a result of that **bodily injury**.

   When the limits of two or more **insured autos** are stacked, **our** maximum limit of liability for all damages to **you** or a **resident** relative in any one accident is the sum of the "each person" limits for each **insured auto** shown on the Policy Declarations.

**Page 19**

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

b. "each accident" is the maximum that **we** will pay for all damages arising out of **bodily injury** to two or more persons in any one **motor vehicle** accident. This "each accident" limit is subject to the "each person" limit.

When the limits of two or more **insured autos** are stacked, subject to the limit for "each person", **our** maximum limit of liability for all damages to two or more persons in any one accident is the sum of the "each accident" limits for each **insured auto** shown on the Policy Declarations.

2. When limits of two or more insured autos may not be stacked:
If the Policy Declarations indicates that, under the Uninsured Motorist Insurance provision, the limits of two or more insured autos may not be stacked together, the Uninsured Motorists Insurance limit shown on the Policy Declarations for:

a. "each person" is the maximum that **we** will pay for all damages arising out of **bodily injury** to one person in any one **motor vehicle** accident, including damages sustained by anyone else as a result of that **bodily injury**.

b. "each accident" is the maximum that **we** will pay for all damages arising out of **bodily injury** to two or more persons in any one **motor vehicle** accident. This "each accident" limit is subject to the "each person" limit.

These limits are the maximum **we** will pay for any one **motor vehicle** accident regardless of the number of:
a. claims made;
b. vehicles or persons stated on the Policy Declarations; or
c. vehicles involved in the accident.

The **Uninsured Motorists Insurance** limits apply to each insured **motor vehicle** as stated on the Policy Declarations. If **you** are struck as

a pedestrian **you** are entitled to select the highest limits of **Uninsured Motorists Insurance** available on any one **motor vehicle** for **you** or a **resident** relative.

3. Regardless of whether the Policy Declarations indicates that the limits of two or more **insured autos** may be stacked, or may not be stacked together for **Uninsured Motorists Insurance**, if **bodily injury** is sustained in a **motor vehicle** accident by any person other than **you** or a **resident** relative, **our** maximum limit of liability for all damages arising out of **bodily injury** to any person other than **you** or a **resident** relative is the limit of liability shown on the Policy Declarations applicable to the vehicle the **insured person** was occupying at the time of the **motor vehicle** accident. This is the most **we** will pay regardless of the number of:
a. claims made;
b. vehicles or persons stated on the Policy Declarations; or
c. vehicles involved in the accident.

4. Damages payable will be reduced by:
a. all amounts paid by the owner or operator of the **uninsured auto** or anyone else responsible, including all sums paid or payable under the **bodily injury** liability coverage of this or any other **auto** policy; and

b. all amounts payable under any worker's compensation law, disability benefits law, or similar law, **Automobile Medical Payments**, or any similar automobile medical payments coverage, **Personal Injury Protection** benefits provided under this policy or any no-fault benefits provided under any other **auto** policy.

### If There Is Other Insurance

1. **When limits of two or more insured autos may be stacked:**
If the injured person was struck as a pedestrian or in, on, getting into or out of a vehicle which is insured for this coverage under another policy, this coverage will be excess.

AUTO "61000091



EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

If more than one policy applies to the accident on a primary basis, **we** will bear **our** proportionate share of the damages payable.

2. **When limits of two or more insured autos may not be stacked:**

If the injured person was struck as a pedestrian or in, on, getting into or out of a vehicle **you** do not own which is insured for this coverage under another policy, this coverage will be excess. This means that when the injured person is legally entitled to recover damages in excess of the other policy limit, **we** will pay up to **your** policy limit, except that **we** will not pay for damages consisting of pain, suffering, mental anguish, or inconvenience unless the injury or disease is described in one or more of paragraphs (a) through (d) of Florida Statute 627.737(2), but only after all other collectible insurance has been exhausted.

If more than one policy applies to the accident on a primary basis, the total benefits payable to any one person will not exceed the maximum benefits payable by the policy with the highest limit for uninsured motorists benefits. **We** will bear **our** proportionate share. This applies no matter how many **autos** or auto policies may be involved whether written by **us** or another company.

## Assistance And Cooperation

**We** will require any person making a claim to cooperate with **us** in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to, giving **us** a recorded statement, a written statement, and/or a video-recorded statement, when requested by **us**, as often as **we** reasonably require.

**We** may require the injured person to take appropriate action to preserve all rights to recover damages from anyone responsible for the **bodily injury**.

## Trust Agreement

When **we** pay any person under this coverage:

1. **We** are entitled to repayment of amounts paid by **us** and related collection expenses out of the proceeds of any settlement or judgment

that person recovers from any responsible party or insurer. **We** are not entitled to repayment until after the person **we** have paid under this coverage has been compensated for all damages that person was legally entitled to recover.

2. All rights of recovery against any responsible party or insurer must be maintained and preserved for **our** benefit.

3. If **we** ask, **insured person**(s) must take appropriate action in their name to recover damages from any responsible party or insurer. **We** will select the attorney and **we** will pay all related costs and fees. **We** will not ask the **insured person** to sue the insured of an insolvent insurer.

## Payment of Loss by Us

Any amount due is payable to the **insured person**, to the parent or guardian of an injured minor, or to the spouse of any **insured person** who dies. However, **we** may pay any person lawfully entitled to recover the damages.

## If We Cannot Agree

If the **insured person** and **we** do not agree on that person's right to receive any damages or the amount of that person's damages, then the disagreement will be resolved in a court of competent jurisdiction. Costs, including attorney fees, are to be paid by the party incurring them.

Notwithstanding this provision, should the **insured person** and **we** mutually agree to arbitrate the disagreement, the Florida Arbitration Code will not apply unless the **insured person** and **we** mutually agree to apply that code.

## Part V
## Protection Against Loss To The Auto

The following coverages apply when indicated on the Policy Declarations.

**Page 21**

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

### Auto Collision Insurance
### Coverage DD

If a premium is shown on the Policy Declarations for **Auto Collision Insurance**, we will pay for loss to **your insured auto** or a non-owned **auto** (including insured loss to an attached trailer) from a collision with another object or by upset of that **auto** or trailer.

### Auto Comprehensive Insurance
### Coverage HH

If a premium is shown on the Policy Declarations for **Auto Comprehensive Insurance**, we will pay for direct and accidental loss to the **insured auto** or a non-owned **auto** not caused by collision. Loss caused by missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, and riot or civil commotion is covered. Glass breakage, whether or not caused by collision, and collision with a bird or animal is covered.

The deductible amount will not be subtracted from the loss payment for loss to the windshield of the **insured auto** or a non-owned **auto**.

### Auto Fire, Lightning, Transportation and Theft Insurance
### Coverage HG

If a premium is shown on the Policy Declarations for **Auto Fire, Lightning, Transportation and Theft Insurance**, we will pay for loss to **your insured auto** or non-owned **auto** caused by:
1. fire or lightning;
2. smoke or smudge due to a sudden, unusual and faulty operation of any fixed heating equipment serving the premises in which the **auto** is located;
3. stranding, sinking, burning, collision or derailment of any conveyance in or upon which the **auto** is being transported on land or on water; or
4. theft or larceny.

### Towing and Labor Costs
### Coverage JJ

If a premium is shown on the Policy Declarations for **Towing and Labor Costs**, we will pay costs for labor done at the initial place of disablement and for

towing made necessary by the disablement of **your insured auto** or a non-owned **auto**. The total limit of our liability for each loss is stated on the Policy Declarations.

### Rental Reimbursement Coverage
### Coverage UU

If a premium is shown on the Policy Declarations for **Rental Reimbursement Coverage**, and if you have **Auto Collision Insurance** or **Auto Comprehensive Insurance** under this policy and the loss involves either coverage, we will repay you for **your** cost of renting an **auto** from a rental agency or garage. We will not pay more than the dollar amount per day shown on the Policy Declarations. **We** will not pay mileage charges.

If **your insured auto** is stolen, payment for transportation expenses will be made under the terms of paragraph (3) under **Additional Payments We Will Make**. However, the limits for this coverage will apply if they exceed the limits stated under **Additional Payments We Will Make**.

If an **insured auto** is disabled by a collision or comprehensive loss, coverage starts the day of the loss. If an **insured auto** is drivable, coverage starts the day the **auto** is taken to the garage for repairs. If the entire **insured auto** is stolen, coverage begins the day **you** report the theft to **us**.

Reimbursement under this coverage ends when whichever of the following occurs first:
1. if the **auto** is disabled by a collision or comprehensive loss, completion of repairs or replacement of the **auto**;
2. if the **auto** is stolen, when **we** pay settlement or **your auto** is returned to use; or
3. thirty full days of coverage.

### Sound System Coverage
### Coverage ZA

If a premium is shown on the Policy Declarations for **Sound System Coverage**, we will pay for loss to a **sound system** permanently installed in **your insured auto** by bolts, brackets or other means, and to its



## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

antennas or other apparatus in or on **your auto** used specifically with that system.

**Sound System Coverage** applies only if comprehensive insurance is in effect under this policy. This coverage makes **sound systems,** and antennas or other apparatus used specifically with them, insured property under the terms of both **Auto Collision Insurance** and **Auto Comprehensive Insurance**. The limit of **our** liability is shown on the Policy Declarations.

### Tape Coverage
### Coverage ZZ

If a premium is shown on the Policy Declarations for **Tape Coverage, we** will pay for loss to any tapes, compact discs or similar items used with sound systems. Coverage applies to property owned by **you** or a **resident** relative that is in or upon **your insured auto** at the time of loss. The total limit of **our** liability for each loss is stated on the Policy Declarations.

This coverage applies only if **you** have **Auto Comprehensive Insurance** under this policy. **Tape Coverage** makes tapes or similar items insured property under **your Auto Comprehensive Insurance**.

### Additional Payments We Will Make

1. **We** will pay up to $200 for loss of clothing and personal luggage, including its contents, belonging to **you** or **resident** relative while it is in or upon **your insured auto**. This provision does not apply if the **insured auto** is a **travel-trailer**.

   This coverage applies only when:
   a. the loss is caused by collision and **you** have purchased collision coverage;
   b. the entire **auto** is stolen, and **you** have purchased comprehensive coverage; or
   c. physical damage is done to the **auto** and to the clothing and luggage caused by earthquake, explosion, falling objects, fire, lightning or, flood and **you** have purchased comprehensive coverage.

2. **We** will repay **you** up to $10 for the cost of transportation from the place of theft of **your**

**insured auto** or disablement of the **auto** to **your** destination, if:
   a. the entire **auto** is stolen and **you** have comprehensive coverage under this policy; or
   b. the **auto** is disabled by a collision or comprehensive loss, and **you** have the coverage under this policy applicable to the loss.

   This provision does not apply if the **insured auto** is a travel-trailer.

3. If **you** have **Automobile Comprehensive Insurance** under this policy, **we** will repay up to $10 a day but not more than $300 for each loss for the cost of transportation when the entire **auto** is stolen. This coverage begins 48 hours after **you** report the theft to **us**, and ends 48 hours after **we** pay settlement or **your auto** is returned to use, whichever occurs first.

4. If **you** have purchased collision or comprehensive coverage under this policy, **we** will pay general average charges and salvage charges imposed when **your insured auto** is being transported.

### Additional Definitions Under Part V

The following definitions apply throughout Part V of the policy.

1. **Camper unit** means a demountable unit designed to be used as temporary living quarters, including all equipment and accessories built into and forming a permanent part of the unit. A **camper unit** does not include:
   a. caps, tops, canopies designed for use as protection of the cargo area of a **utility auto;** or
   b. radio or television antennas, awnings, cabanas, or equipment designed to create additional off-highway living facilities.

2. **Insured auto** means:
   a. any **auto** described on the Policy Declarations. This includes the four wheel private passenger **auto** or **utility auto** with

**Page 23**

EXHIBIT A

<u>**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**</u>

which you replace it if you notify us within 30 days of the replacement and pay any additional premium;

b. an additional four wheel private passenger **auto** or **utility auto** of which **you** acquire ownership during the policy period;

The additional four wheel private passenger **auto** or **utility auto** will be covered by **us** for 30 days immediately after **you** acquire ownership if:

(i) **we** or one of **our** affiliates insures all other **autos you** own;

(ii) the newly acquired four wheel private passenger **auto** or **utility auto** is not covered under any other automobile insurance policy; and

(iii) **you** pay any additional premium.

Coverage will be continued beyond this 30-day period only if:

(i) **you** ask **us** to continue coverage within 30 days after **you** acquire the additional four wheel private passenger **auto** or **utility auto**;

(ii) **we** or one of **our** affiliates agrees to continue coverage for this additional four wheel private passenger **auto** or **utility auto**; and

(iii) **you** pay any additional premium.

c. a substitute four wheel private passenger **auto** or **utility auto**, not owned by **you** or a **resident**, temporarily used with the permission of the owner while **your insured auto** is being serviced or repaired, or if **your insured auto** is stolen or destroyed;

d. a non-owned four wheel private passenger **auto** or **utility auto** used by **you** or a **resident** relative with the owner's permission. This **auto** must not be made available or furnished for the regular use of **you** or any **resident**; or

e. a trailer, while attached to an **insured auto**, designed for use with an **auto**. This trailer cannot be used for business purposes with other than a four wheel private passenger **auto** or **utility auto**. Home, office, store, display or passenger trailers or **travel-trailers** are not covered unless described on the Policy Declarations.

3. **Motor home** means a self-propelled vehicle equipped, designed or used as a living quarters.

4. **Sound system** means any device within the **insured auto** designed for:

a. voice or video transmission, or for voice, video or radar signal reception;

b. recording or playing back recorded material;

c. supplying power to cellular or telephone equipment; or

d. satellite data reception;

and which is installed in a location other than the one designed by the **auto's** manufacturer for that device.

A sound system also includes antennas or other apparatus in or on your **insured auto** used specifically with that system, if permanently installed. Apparatus does not include sound reproducing media such as compact discs or cassette tapes. A **sound system** does not include any equipment that is externally exposed except for antennas.

5. **Travel-trailer** means a trailer of the house, cabin or camping type equipped or used as a living quarters.

6. **Custom parts or equipment** means equipment, devices, accessories, enhancements, and changes, other than those offered by the manufacturer of the **auto** specifically for that model, or installed by the auto dealership when new as part of the original sale, which alter the appearance or performance of an **auto**. This does not include items designed for assisting disabled persons

**Page 24**



## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

or items covered under **Sound System Coverage**

## Exclusions – What Is Not Covered

These coverages do not apply to:

1. **Property damage** caused by the:
   a. intentional acts;
   b. criminal acts, other than traffic violations defined as infractions under Florida law, or;
   c. omissions,

   of an **insured person**, or done at the direction of an **insured person** which are designed to produce loss or damage.

   This exclusion applies even if:
   a. an **insured** lacks the mental capacity to control or govern his or her own conduct;
   b. an **insured person** is temporarily insane or temporarily lacks the mental capacity to control or govern his or her conduct or is temporarily unable to form any intent to cause **property damage;**
   c. such **property damage** is of a different kind or degree than intended; or
   d. such **property damage** is sustained by a different person than intended.

   This exclusion applies regardless of whether an **insured person** is actually charged with, or convicted of, a crime.

   This exclusion precludes coverage for any **insured persons** under the policy regardless of whether the person seeking coverage participated in any way in the intentional or criminal acts or omissions.

2. Any **auto** used for the transportation of people or property for a fee. This exclusion does not apply to shared-expense car pools.

3. Any damage or loss resulting from any act of war, insurrection, rebellion or revolution.

4. Loss to any **non-owned auto** used in **auto** business operations such as repairing, servicing, testing, washing, parking, storing or selling of **autos.**

5. Loss due to radioactive contamination

6. Damage resulting from wear and tear, freezing, mechanical or electrical breakdown unless the damage is the burning of wiring used to connect electrical components, or the result of other loss covered by this policy.

7. Tires unless stolen or damaged by fire, malicious mischief or vandalism. This exclusion does not apply if the damage to tires occurs at the same time and from the same cause as other loss covered by this policy.

8. Loss to any **sound system** within **your auto.** This exclusion applies to any apparatus in or on the **auto** designed for use with that system. This exclusion does not apply if **you** have purchased **Sound System Coverage.**

9. Loss to any tapes or compact discs or similar items, unless **you** have **Tape Coverage** under this policy.

10. Loss to a **camper unit** whether or not mounted. This exclusion does not apply if coverage for the **camper unit** is shown as applicable on the Policy Declarations.

11. Loss to appliances, furniture, equipment and accessories that are not built into and form a permanent part of a **motor home** or **travel-trailer.**

12. Loss to **your motor home** or **your travel-trailer** while rented to anyone else unless a specific premium is shown on the Policy Declarations for the rented vehicle.

13. Loss due to seizure, confiscation or taking away by any means, with or without **your** cooperation, of any **auto** by any police or governmental agency, body, or authority, for any reason whatsoever. This exclusion applies whether or **not you** are or were a bona fide purchaser in good faith of the **auto.**

14. Loss arising out of an **insured person's** active participation in any prearranged or organized racing or speed contest, including practice or

**Page 25**

EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

training on any track or course whether on public roadways or private property, or in preparation for any contest of this type.

15. Loss to any **custom parts or equipment** designed for racing which is installed in or upon **your insured auto**. This includes, but is not limited to, nitrous oxide systems, roll cages, and air intake modifications.

### Payment Of Loss By Us

**We** may pay for the loss in money, or may repair or replace the damaged or stolen property. **We** may, at any time before the loss is paid or the property is replaced, return at **our** own expense any stolen property, either to **you** or at **our** option to the address shown on the Policy Declarations, with payment for any resulting damage. **We** may take all or part of the property at the agreed or appraised value. **We** may settle any claim or loss either with **you** or the owner of the property.

### Right to Appraisal

Both **you** and **we** have a right to demand an appraisal of the loss. Each will appoint and pay a competent and disinterested appraiser and will equally share other appraisal expenses. The appraisers, or a judge of a court of record, will select an umpire to decide any differences. Each appraiser will state separately the actual cash value and the amount of loss. An award in writing by any two appraisers will determine the loss amount payable.

### Limits Of Liability

**Our** limit of liability is the least of:

1. the actual cash value of the property at the time of the loss, which may include a deduction for depreciation;

2. the cost to repair or replace, as determined by **us**, the property or part to its physical condition at the time of loss using parts produced by or for the vehicle's manufacturer, or parts from other sources, including, but not limited to, non-original equipment manufacturers, subject to applicable state laws and regulations; or

3. $500, if the loss is to a covered trailer not described on the Policy Declarations.

Any applicable deductible amount is then subtracted.

If repair or replacement results in the betterment of the property or part, a reduction for the amount of the betterment may be taken subject to the applicable state laws and regulations.

The maximum **we** will pay for a covered loss to any **custom parts or equipment** is $1000.

An **auto** and attached trailer are considered separate **autos**, and **you** must pay the deductible, if any, on each. Only one deductible will apply to an **auto** with a mounted **camper unit**. If unmounted, a separate deductible will apply to the **auto** and **camper unit**.

When more than one coverage is applicable to the loss, **you** may recover under the broadest coverage but not both. However, any **Sound System Coverage** deductible will always apply.

### If There Is Other Insurance

If there is other insurance covering the loss at the time of the accident, **our** payments will be determined as follows:

1. When this insurance covers an **auto** listed on the Policy Declarations, **we** will pay only **our** share of any damages. **Our** share is determined by adding the limits of this insurance to the limits of all other insurance that applies on the same basis and finding the percentage of the total that **our** limits represent.

2. When this insurance covers a substitute **auto** or non-owned **auto** not made available or furnished for **your** regular use, **we** will pay only after all other collectible insurance has been exhausted.

3. When this insurance covers a replacement **auto** or additional **auto**, this policy will not apply if **you** have other collectible insurance.

When more than one coverage is applicable to the loss, **you** may recover under the broadest coverage but not both. However, any **Sound System Coverage** deductible will always apply.

AUTO *610000911



EXHIBIT A

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

### Assistance And Cooperation

**We** will require any person making a claim to cooperate with **us** in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to, giving **us** a recorded statement, a written statement, and/or a video-recorded statement, when requested by **us**, as often as we reasonably require.

### Subrogation Rights

When **we** pay, **your** rights of recovery from anyone else become **ours** up to the amount **we** have paid. **You** must protect these rights and help **us** enforce them.

### Loss Payable Clause

If a Lienholder and/or Lessor is shown on the Policy Declarations, **we** may pay loss or damage under this policy to **you** and the Lienholder and/or Lessor as its interest may appear.

The Lienholder and/or Lessor must notify **us** of any change in ownership or hazard that is known.

If **you** or any owner fails to render proof of loss within the time granted in the policy, the Lienholder and/or Lessor must do so within 60 days in the form and manner described in the policy. The Lienholder and/or Lessor are subject to the provisions of the policy relating to appraisal, time of payment and bringing suit.

**We** may cancel this policy according to its terms. **We** will notify the Lienholder and/or Lessor at least ten days prior to the date of cancellation that the cancellation is effective as to the interest of the Lienholder and/or Lessor.

Whenever **we** pay the Lienholder and/or Lessor any sum for loss or damage under this policy, **we** will be subrogated to the extent of payment to the rights of the party to whom payment was made. However, these subrogation provisions must in no way impair the rights of the Lienholder and/or Lessor to recover the full amount of its claim from the insured.

The Lienholder and/or Lessor has no greater rights under the provisions of the policy than the insured.

EXHIBIT A

## Policy Endorsement



*The following endorsement changes your policy.*
*Please read this document carefully and keep it with*
*your policy.*

## Florida
## Amendatory Endorsement – AFA61-3
(Ed. 12/15)

I.  In the General section of the policy the following changes
are made:

A.  Under the **What To Do If There Is A Loss** provision,
item 2 is replaced by the following:

   2.  At our option:
      a.  any person making a claim must submit a
         sworn proof of loss to us; and
      b.  any insured person making a claim must
         submit to examinations under oath,
         separately and apart from others, and sign
         the transcript(s) as often as we reasonably
         require. The insured person submitting to
         examination under oath may be represented
         by counsel at their own expense.

B.  The **Proof Of Claim; Medical Reports, Transfer,
Payment, Concealment, Misrepresentation Or Fraud,
Cancellation And Non-Renewal, Action Against Us,
and Assistance And Cooperation** provisions are
replaced by the following:

**Proof Of Claim; Medical Reports**

As soon as possible, you or any other person making
claim must give us written proof of claim including all
details reasonably required by us to determine any
amounts payable.

An **insured person** making a claim may be required to
submit to physical examinations by physicians
selected by us, as often as we reasonably require. The
**insured person** making a claim or that person's
representative must authorize us to obtain medical
reports and copies of medical and other records
related to the income of the person making a claim.

We may require any **insured person** making a claim to
file with us a sworn proof of loss. We may also require
that person to submit to examinations under oath, as
often as reasonably required, separately and apart
from others associated with the claim for coverage,

and to sign the transcript. The person submitting to
examination under oath may be represented by
counsel at their own expense.

Only for the purposes of this provision and the **What
To Do If There Is A Loss** provision above, **insured
person** has the same meaning as:

"insured person" under Part I—Automobile
Liability Insurance—Coverages AA and BB,
Part II—Automobile Medical Payments—Coverage
CC and Part IV—Uninsured Motorists Insurance—
Coverage ST, respectively; and

"injured person" under Part III—Personal Injury
Protection—Coverage VA.

**Transfer**

You may not transfer this policy or assign any interest in
this policy, other than benefits payable after a loss, to
another person without our written consent. However,
if you die this policy will provide coverage until the end
of the premium period for your legal representative
while acting as such and persons covered on the date
of your death.

**Payment**

If your initial premium payment for your first policy period
is by check, draft, electronic transaction, credit card or any
remittance other than cash, such payment is conditional
upon the check, draft, electronic transaction, credit card or
other remittance being honored upon presentation. If such
check, draft, electronic transaction, credit card or other
remittance is not honored upon presentation, or is
honored and later reversed or dishonored, this policy may
be voided from its inception.

If we void the policy from its inception we will not be liable
for any claims or damages that would have otherwise been
covered if the check, draft, electronic transaction, credit
card or other remittance was honored upon presentation.

**Concealment, Misrepresentation Or Fraud**

We may deny any claim or we may void this entire policy,
including any and all coverages hereunder, if:
1.  whether before or after any loss, you or any person
   making a claim under this policy omit, conceal or
   misrepresent any material fact or circumstance
   relating in any way to:
   a.  this insurance policy; or
   b.  any claim made under this insurance policy; or



EXHIBIT A

2.  you omit, conceal or misrepresent any material fact or circumstance relating in any way to any application for this insurance policy.

If we void the policy from its inception, we will not be liable for any claims or damages that would have otherwise been covered if:
1.  you did not omit, conceal or misrepresent any material fact or circumstance relating in any way to:
    a.  this insurance policy; or
    b.  any claim made under this insurance policy; or
2.  you did not omit, conceal or misrepresent any material fact or circumstance relating in any way to any application for this insurance policy.

Provided, however, only with respect to a claim for Personal Injury Protection benefits under Part III of this policy, we will not deny such claim based solely upon this **Concealment, Misrepresentation Or Fraud** provision if:
1.  the claimant, its successors and assigns did not omit, conceal or misrepresent any material fact or circumstance relating in any way to:
    a.  this insurance policy; or
    b.  any claim made under this insurance policy;
2.  the claimant, its successors and assigns did not omit, conceal or misrepresent any material fact or circumstance relating in any way to any application for this insurance policy; and
3.  this entire policy has not or is not voided pursuant to this **Concealment, Misrepresentation Or Fraud** provision.

**Cancellation And Non-Renewal**
During the first two months following the effective date of this policy, you may not cancel this policy except:
1.  upon total destruction of the insured auto;
2.  upon transfer of ownership of the insured auto;
3.  after the purchase of another policy or binder covering the auto which was covered under this policy; or
4.  in the event of a military assignment.

If your original policy has been in effect for 60 days or less, we may also cancel for reasons other than non-payment of premium. However, during the first 60 days of your original policy we may cancel for non-payment of premium if the reason for the cancellation is the issuance of a check, draft, electronic transaction, credit card or any remittance other than cash for the premium which is dishonored upon presentation, or honored and later reversed or dishonored, for any reason.

If you make an initial premium payment on your original policy that is dishonored upon presentation, or honored and later reversed or dishonored for any reason, we may deny any claim and we may void this entire policy, including any and all coverages hereunder. If we void the policy from its inception we will not be liable for any claims or damages that would have otherwise been covered in the absence of the non-payment of premium.

After your original or renewal policy has been in effect for 60 days, you may cancel this policy by notifying us what future date you wish to stop coverage.

After your original policy has been in effect for 60 days, or if this is a renewal policy, we will not cancel during the premium period unless:
1.  the premium is not paid when due;
2.  there is material misrepresentation, fraud or concealment of material facts;
3.  you or any member of your household has had a driver's license suspended or revoked during the policy period or 180 days immediately preceding the effective date of the policy or if this policy is a renewal, during its policy period; or
4.  we have mailed notice within the first 60 days the original policy has been in effect that we do not intend to continue the policy.

We may cancel the policy for non-payment of premium when due if the reason for cancellation is the issuance of a check, draft, electronic transaction, credit card or any remittance other than cash for the premium which is dishonored upon presentation, or honored and later reversed or dishonored for any reason.

After your original policy has been in effect for 60 days, or if this is a renewal policy, we will give you notice as follows:
1.  if we cancel because you did not pay the premium, we will give you at least ten days notice; or
2.  if we cancel for any reason other than non-payment of premium, we will give you at least 45 days notice.

Upon expiration of the premium period, we may transfer the policy to another insurer under the same ownership or management as Allstate. We will mail you notice at least 45 days before the end of the premium period of our intent to transfer the policy and of the premium, and the specific reasons for any increase in the premium.

037 00 00S
VAA028ATB346
11000004515-0027-000000203172000105571851651

**EXHIBIT A**

Policy endorsement



If we do not intend to continue the policy beyond the current premium period, we will give you notice at least 45 days before the end of the premium period.

We will not refuse to renew or continue this policy solely because:

1. **You** were convicted of one or more traffic violations which did not involve an accident or cause revocation or suspension of your driving privilege unless you have been convicted of, or plead guilty to:
   a. two such traffic violations within an 18-month period;
   b. three or more such traffic violations within a 36-month period; or
   c. exceeding the lawful speed limit by more than 15 miles per hour.

2. **You** have had only one accident if we have insured the auto for a period of at least five years immediately preceding the renewal date.

We will not cancel or nonrenew this policy based on the lawful use, possession, or ownership of a firearm or ammunition by an insured person or a household member of an insured person.

We will mail any cancellation or non-renewal notice to you at your address shown on the Policy Declarations. Our mailing the notice of cancellation or non-renewal to you will be deemed proof of notice. A refund, if due, will be proportional to the time your policy has been in effect, but cancellation will be effective even though the refund is not made immediately.

1. If you cancel, we will mail the unearned portion of any premium paid within 30 days after the effective date of cancellation or receipt of notice or request for cancellation, whichever is later.

2. If we cancel, we will mail the unearned portion of any premium paid within 15 days after the effective date of cancellation.

If we mail a cancellation notice, after your policy has been in effect for 60 days, because you did not pay the required premium when due and you then tender payment by check, draft, electronic transaction, credit card or other remittance which is not honored upon presentation, your policy will terminate on the date and time shown on the cancellation notice and any notice we issue which waives the cancellation or reinstates coverage is void. This means that we will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

Any unearned premium under $5.00 will be refunded only upon your request.

In the event we determine that you have been charged an incorrect premium for coverage requested in your application for insurance, we shall immediately mail you notice of any additional premium due us. If within 15 days of the notice of additional premium due (or a longer time period as specified in the notice), you fail to either:

1. pay the additional premium and maintain this policy in full force under its original terms; or
2. cancel this policy and demand a refund of any unearned premium;

then this policy shall be cancelled effective 15 days from the date of the notice (or a longer time period as specified in the notice).

**Action Against Us**

No one may sue us for any matter related to this policy unless there is full compliance with all terms of the policy.

If liability has been determined by judgment after trial, or by written agreement among the insured, a person other than the insured, and us, then the person other than an insured who obtains this judgment or agreement against an insured person may sue us up to the limits of this policy.

The bankruptcy or insolvency of a person insured will not relieve us of any obligation.

**Assistance And Cooperation**

We will require any person making a claim to cooperate with us in the investigation, settlement or defense of any claim or suit.

II. **Part I—Automobile Liability Insurance, Bodily Injury— Coverage AA, Property Damage—Coverage BB.** is amended as follows:

A. In **Additional Definitions Under Part I**, the following changes are made:

1. The definition of **insured person** is replaced by the following:



EXHIBIT A

3. **Insured person** means:
   a. While using **your insured auto**:
      (i) **you**;
      (ii) any **resident**; or
      (iii) any other **person** using it with **your** permission;

   b. While using a non-owned **auto**:
      (i) **you**;
      (ii) any **resident relative of your** household using a four-wheel private passenger **auto** or utility **auto**; or

   c. Any other **person** or organization liable for the **insured auto** if the **auto** is not owned or hired by that **insured person** under a. or b. above and then only for that **person's** acts or omissions.

2. The definition of **bodily injury** is replaced by the following:

   1. **Bodily injury** means bodily harm, sickness, disease or death but does not include:
      a. any venereal disease;
      b. herpes;
      or any resulting symptom, effect, condition, disease, or illness related to a. or b. listed above unless there is a causal connection or relation between an accident arising from the ownership, maintenance or use of a motor vehicle and the transmission of the venereal disease or herpes.

3. Under the definition of **insured auto**, sub-item d. is replaced by the following:

   d. a non-owned **auto** used by **you** with the owner's permission. This **auto** must not be available or furnished for the regular use of an **insured person**, except for a law enforcement, fire fighting or emergency medical **auto** provided for **your** regular use by a federal, state or municipal governmental body or entity; or

B. Under **Exclusions—What Is Not Covered**, the following changes are made:

   1. Item 3 is replaced by the following:

3. **bodily injury** or **property damage** arising out of the use of a non-owned **auto** in any business or occupation of an **insured person**. However, this exclusion does not apply:
   a. while **you**, **your** chauffeur or domestic employee are using a private passenger **auto** or trailer; or
   b. to **your** non-business related, personal use of a law enforcement, fire fighting or emergency medical **auto** provided for **your** regular use by a federal, state or municipal governmental body or entity.

2. Item 8 is replaced by the following:

   B. **bodily injury** or **property damage** caused by the:
      a. intentional acts;
      b. criminal acts, other than traffic violations; or
      c. omissions;
      of an **insured person**, or done at the direction of an **insured person** which are designed to produce loss or damage.

   This exclusion applies even if:
   a. an **insured person** lacks the mental capacity to control or govern his or her own conduct;
   b. an **insured person** is temporarily insane or temporarily lacks the mental capacity to control or govern his or her conduct or is temporarily unable to form any intent to cause **bodily injury** or **property damage**;
   c. such **bodily injury** or **property damage** is of a different kind or degree than intended; or
   d. such **bodily injury** or **property damage** is sustained by a different person than intended.

   This exclusion applies regardless of whether an **insured person** is actually charged with, or convicted of, a crime. The application of this exclusion will not be based solely on an arrest or the issuance of a citation.

   This exclusion precludes coverage for any **insured persons** under the policy regardless of whether the person seeking coverage

087 FL 0335
908283 01 02 844
1500000147(23=032)7=00019/0=01)(E=1290=07(00=02/2=05(11(671

Policy endorsement



You're in good hands.

participated in any way in the intentional or criminal acts or omissions.

C. The If There Is Other Insurance provision is replaced by the following:

**If There Is Other Insurance**

If an insured person is using a substitute private passenger auto or non-owned auto, our liability insurance will be excess over collectible insurance. This includes, but is not limited to, any collectible liability insurance covering a law enforcement, fire fighting or emergency medical auto provided for your regular use by a federal, state or municipal governmental body or entity.

If more than one policy applies to an accident involving your insured auto, we will bear our proportionate share with other collectible liability insurance.

D. The Assistance And Cooperation provision is replaced by the following:

**Assistance And Cooperation**

We will require you and any insured person making a claim to cooperate with us in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to; assisting us in making settlements, securing evidence, obtaining evidence, and in conducting suits; disclosing all facts; attending hearings and trials; helping us recover from anyone who may be jointly responsible; giving us a recorded statement, a written statement, a video-recorded statement, records and/or documents, when requested by us, as often as we reasonably require. You and any insured person making a claim shall be required, at our option, to submit to an examination under oath, separately and apart from others, and to sign the transcript. The insured person submitting to the examination under oath may be represented by counsel at their own expense. If you or any insured person making a claim does not comply with the terms of this provision we are not required to pay any benefits under this coverage.

We will not be obligated by an insured person voluntarily making any payments or taking other actions except as specified in this policy.

III. **Part II—Automobile Medical Payments–Coverage CC** is amended as follows:

A. The Automobile Medical Payments–Coverage CC insuring agreement is replaced by the following:

If a premium is shown on the Policy Declarations for Automobile Medical Payments–Coverage CC, we will pay to or on behalf of an insured person for medically necessary treatment actually provided to the insured person within three years of a covered auto accident because of bodily injury. Payments will be made only when bodily injury is caused by an auto accident for medical, surgical, X-ray, dental, and rehabilitative services, including prosthetic devices, and ambulance, hospital and nursing services, which are medically necessary, only if the insured person receives initial services and care within 14 days after the motor vehicle accident. The methodology for determining the amount we will pay for such expenses shall be pursuant to the fee schedule limitations under Section _____ 5)(a)1. of the Florida Statutes, or any other limitations established by Section 627.736 of the Florida Statutes, or any other provisions of the Florida Motor Vehicle No-Fault Law, as enacted, amended or otherwise continued in the law, and shall be limited to the following schedule of maximum charges (or any other fee schedule limitation which may be enacted, amended or otherwise continued in the law):

1. for emergency transport and treatment by providers licensed under chapter 401 of the Florida Statutes, 200 percent of Medicare;
2. for emergency services and care provided by a hospital licensed under chapter 395 of the Florida Statutes, 75 percent of the hospital's usual and customary charges;
3. for emergency services and care as defined by Section 395.002 of the Florida Statutes, provided in a facility licensed under chapter 395 rendered by a physician or dentist, and related hospital inpatient services rendered by a physician or dentist, the usual and customary charges in the community;
4. for hospital inpatient services, other than emergency services and care, 200 percent of the Medicare Part A prospective payment applicable to the specific hospital providing the inpatient services;
5. for hospital outpatient services, other than emergency services and care, 200 percent of the Medicare Part A Ambulatory Payment



Classification for the specific hospital providing the outpatient services; and,

6. for all other medical services, supplies and care, 200 percent of the allowable amount under:
   a. the participating physicians fee schedule of Medicare Part B, except as provided in subparagraphs b. and c. below.
   b. Medicare Part B, in the case of services, supplies and care provided by ambulatory surgical centers and clinical laboratories.
   c. the Durable Medical Equipment Prosthetics/Orthotics and Supplies fee schedule of Medicare Part B, in the case of durable medical equipment.

If a provider submits a charge for an amount less than the amount determined by the fee schedule or other limitations established by Section 627.736 of the Florida Statutes, or any other provisions of the Florida Motor Vehicle No-Fault Law as described above, we will pay based on the amount of the charge that was submitted.

However, if such services, supplies or care is not reimbursable under Medicare Part B, as provided above, we will limit reimbursement to the maximum reimbursable allowance under workers' compensation, as determined under Section 440.13 of the Florida Statutes, and rules adopted thereunder which are in effect at the time such services, supplies or care is provided. Services, supplies or care that is not reimbursable under Medicare or workers' compensation will not be reimbursed by us.

The applicable fee schedule or payment limitation under Medicare is the fee schedule or payment limitation in effect on March 1 of the service year in which the services, supplies or care is rendered and for the area in which such services, supplies or care is rendered, and the applicable fee schedule or payment limitation applies to services, supplies, or care rendered during that service year, notwithstanding any subsequent change made to the fee schedule or payment limitation, except that it may not be less than the allowable amount under the applicable schedule of Medicare Part B for 2007 for medical services, supplies and care subject to Medicare Part B. For purposes of this subparagraph, the term "service year" means the period from March 1 through the end of February of the following year.

Notwithstanding the foregoing, where:

1. a medical provider has contracted with an organization or network to accept payment for services in an amount that is less than the fee schedule or other limitations established by Section 627.736 of the Florida Statutes, or any other provisions of the Florida Motor Vehicle No-Fault Law as described above; and
2. we contracted with that organization or network or one of its affiliates, either directly or through one or more medical bill review companies or third-party administrators, to apply and accept such contractually agreed amounts;

then we will pay that provider's bills at the contractually agreed rate.

**Automobile Medical Payments** provides reimbursement only for initial services and care;
   i) that are lawfully provided, ordered or prescribed by a physician licensed under Florida Statutes chapter 458 or 459, a dentist licensed under Florida Statutes chapter 466 or a chiropractic physician licensed under Florida Statutes chapter 460; or
   ii) that are provided in a hospital or in a facility that owns or is wholly owned by, a hospital; or
   iii) provided by a person or entity licensed under part III of Florida Statutes chapter 401 which provides emergency transportation and treatment.

Upon referral from a provider described above, follow up services and care consistent with the underlying medical diagnosis rendered may be provided, supervised, ordered or prescribed only by a physician licensed under Florida Statutes chapter 458 or 459, a chiropractic physician licensed under Florida Statutes chapter 460, a dentist licensed under Florida Statutes chapter 466, or, to the extent permitted by applicable law and under the supervision of such physician, osteopathic physician, chiropractic physician, or dentist, by a physician assistant licensed under Florida Statutes chapter 458 or 459, or an advanced registered nurse practitioner licensed under Florida Statutes chapter 464.

Follow up services and care may also be provided by any of the following:

1. a hospital or ambulatory surgical center licensed under Florida Statutes chapter 395;

EXHIBIT A

Policy endorsement

 
2. an entity wholly owned by one or more physicians licensed under Florida Statutes chapter 458 or 459, chiropractic physicians licensed under Florida Statutes chapter 460, or dentists licensed under Florida Statutes chapter 466; or by such practitioners and the spouse, parent, child, or sibling of such practitioners;

3 an entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals;

4. a physical therapist licensed under Florida Statutes chapter 486, but only upon referral from:
   a. a physician licensed under Florida Statutes chapter 458 or 459;
   b. a dentist licensed under Florida Statutes chapter 466;
   c. a chiropractic physician licensed under Florida Statutes chapter 460;
   d. a physician assistant licensed under Florida Statutes chapter 458 or 459, to the extent permitted by law and under the supervision of a provider listed in 4.a., 4.b. or 4.c. above; or
   e. an advanced registered nurse practitioner licensed under Florida Statutes chapter 464, to the extent permitted by law and under the supervision of a provider listed in 4.a., 4.b or 4.c. above; or

5. a health care clinic licensed under part X of Florida Statutes chapter 400 which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities, or the Accreditation Association for Ambulatory Health Care, Inc., or:
   a. has a medical director licensed under Florida Statutes chapter 458, 459 or 460;
   b. has been continuously licensed for more than 3 years or is a publicly traded corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange; and
   c. provides at least four of the following medical specialties:
      i) general medicine;
      ii) radiography;
      iii) orthopedic medicine;
      iv) physical medicine;
      v) physical therapy;
      vi) physical rehabilitation;

   vii) prescribing or dispensing outpatient prescription medication; or
   viii) laboratory services.

However, the licensing requirement under this subparagraph 5. does not apply to:
1. an entity wholly owned by a physician licensed under chapter 458 or chapter 459, or by the physician and the spouse, parent, child, or sibling of the physician;
2. an entity wholly owned by a dentist licensed under chapter 466, or by the dentist and the spouse, parent, child, or sibling of the dentist;
3. an entity wholly owned under chapter 460, or by the chiropractic physician and the spouse, parent, child, or sibling of the chiropractic physician;
4. a hospital or ambulatory surgical center licensed under chapter 395;
5. an entity that wholly owns or is wholly owned, directly or indirectly, by a hospital or hospitals licensed under chapter 395;
6. an entity that is a clinical facility affiliated with an accredited medical school at which training is provided for medical students, residents, or fellows; or
7. an entity that is certified under 42 C.F.R. part 485, subpart H.

**Automobile Medical Payments** do not include massage as defined in s. 480.033 of the Florida Statutes or acupuncture as defined in s. 457.102 of the Florida Statutes, regardless of the person, entity or licensee providing the massage or acupuncture. Licensed massage therapists or licensed acupuncturists will not be reimbursed for medical expense benefits.

**We** will not pay for medical services, supplies or care that is not reimbursable under Medicare or under Florida workers' compensation law. If a healthcare provider takes action against the insured person to recover for services billed and not paid, we will defend and, if necessary, indemnify the insured person up to the policy limits.

Notwithstanding the above limitation, we will pay:
1. expenses not paid under Part II of the policy because of the eighty percent limitation for medical expense benefits;



EXHIBIT A

2. expenses not paid under Part III of the policy or under any no-fault benefits in any other auto policy because a l available medical expense benefits have been exhausted; or

3. expenses for **bodily injury** sustained outside the state of Florida through being struck while in, on, getting into or out of a motor vehicle, or was a pedestrian struck by a motor vehicle.

There is no coverage under **Automobile Medical Payments** for mileage costs for use of a personal vehicle.

B. In **Additional Definitions Under Part II**, the following changes are made:

1. The definition of **bodily injury** is replaced by the following:

   1. **Bodily injury** means bodily harm, sickness, disease or death.

2. The definition of **insured auto** is deleted.

C. Under **Exclusions—What Is Not Covered**, item 1 is replaced by the following:

1. **bodily injury** caused by the:
   a. intentional acts;
   b. criminal acts, other than traffic violations; or
   c. omissions;
   of an **insured person**, or done at the direction of an **insured person** which are designed to produce loss or damage.

   This exclusion applies even if:
   a. an **insured person** lacks the mental capacity to control or govern his or her own conduct;
   b. an **insured person** is temporarily insane or temporarily lacks the mental capacity to control or govern his or her conduct or is temporarily unable to form any intent to cause **bodily injury**;
   c. such **bodily injury** is of a different kind or degree than intended; or
   d. such **bodily injury** is sustained by a different person than intended.

   This exclusion applies regardless of whether an **insured person** is actually charged with, or convicted of a crime. The application of this

exclusion will not be based solely on an arrest or the issuance of a citation.

This exclusion precludes coverage for any **insured persons** under the po icy regardless of whether the person seeking coverage participated in any way in the intentional or criminal acts or omissions.

D. The **Limit Of Liability and Assistance And Cooperation** provisions are replaced by the following:

**Limit Of Liability**
The Automobile Medical Payments limit shown on the Policy Declarations is the maximum we will pay for all expenses incurred by or for each person as the result of any one auto accident regardless of the number of **autos** insured under this policy or any other policy.

THIS MEANS THAT NO STACKING OR AGGREGATION OF AUTOMOBILE MEDICAL PAYMENTS WHATSOEVER WILL BE ALLOWED BY THIS POLICY.

Any amounts payable under this coverage shall be subject to the fee schedule reimbursement limitations set forth in the Florida Motor Vehicle No-Fault Law, as enacted, amended or otherwise continued in the law.

If an **insured person** dies as the result of a covered **auto** accident, we will pay the least of the following as a funeral service expenses benefit:

1. $2,000;
2. the Automobile Medical Payments limit of liability stated on the Policy Declarations; or
3. the remaining portion of the Automobile Medical Payments limit of liability not expended for other covered medical expenses.

This funeral service expenses benefit does not increase, and will not be paid in addition to, the limits of liability stated on the Policy Declarations for Automobile Medical Payments. This benefit is payable to the deceased person's spouse if a **resident** of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to any parent who is a **resident** of the same household at the time of the accident. In all other cases, the benefit is payable to the deceased **insured person's** estate. This benefit is in addition to Death Benefits paid under

027-100-390
V0021479154
110000206F5X=027=000K0Z021=2070K00210X1045.71

EXHIBIT A



Policy endorsement

**Part III—Personal Injury Protection-Coverage VA** due to the insured person's death.

There will be no duplication of payments under the **Bodily Injury Liability, Automobile Medical Payments,** and **Uninsured Motorists Insurance** coverages of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person. The damages payable under the **Bodily Injury Liability** and **Uninsured Motorists** insurance coverages of this policy will be reduced by that amount.

In addition, this coverage does not apply to bodily injury to any person to the extent that treatment is provided or benefits are paid or payable to or on behalf of an insured person under:

1. any workers' compensation law;
2. Part III of the policy; or
3. no-fault benefits in any other auto policy.

In the event any benefits are paid to the insured person under the Medicaid program we will repay the full amount to Medicaid within 30 days after receiving notice that Medicaid paid the benefits.

**Assistance And Cooperation**

We will require you and any insured person making a claim to cooperate with us in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to, assisting us in making settlements, securing evidence, obtaining evidence, and in conducting suits; disclosing all facts; attending hearings and trials; helping us recover from anyone who may be jointly responsible; giving us a recorded statement, a written statement, a video-recorded statement, records and/or documents, when requested by us, as often as we reasonably require. You and any insured person making a claim shall be required, at our option, to submit to an examination under oath, separately and apart from others, and to sign the transcript. The person submitting to the examination under oath may be represented by counsel at their own expense. If you or any insured person making a claim does not comply with the terms of this provision we are not required to pay any benefits under this coverage.

We will not be obligated by you voluntarily making any payments or taking other actions except as specified in this policy.

E. The following **Proof Of Claim; Medical Reports** provision is added:

**Proof Of Claim; Medical Reports**
As soon as possible, you or any other person making claim must give us written proof of claim including all details reasonably required by us to determine the amounts payable.

If the mental or physical condition of an **insured** person is material to any claim under this coverage, that person may be required to submit to mental or physical examinations by physicians we choose, as often as we reasonably require. The person making the claim or that person's representative must authorize us to obtain medical reports and copies of medical and other records related to the claim. If an insured person unreasonably refuses to submit to an examination or fails to appear at an examination, we are not required to pay any subsequent **Automobile Medical Payments** benefits. We will pay the expense of any examinations we request.

Such examination shall be conducted within the municipality of residence of the **insured** person or in the municipality where the **insured** person is receiving treatment. If there is no qualified physician to conduct the examination within such municipality, than such examination shall be conducted in an area of the closest proximity to the **insured** person's residence.

IV. **Part III—Personal Injury Protection-Coverage VA** is amended as follows:

A. The **Personal Injury Protection-Coverage VA** insuring agreement is replaced by the following:

In accordance with the Florida Motor Vehicle No-Fault Law, we will pay to or on behalf of the **injured** person the following benefits. Payments will be made only when bodily injury is caused by an accident arising from the ownership, maintenance or use of a motor vehicle.

1. **Medical Expenses**
   Pursuant to the requirements of Section 627.736 (1)(a) of the Florida Statutes: eighty percent of reasonable expenses; for medical, surgical, X-ray, dental, and rehabilitative services, including prosthetic devices, and ambulance, hospital and nursing services; which are medically necessary;



EXHIBIT A

only if the injured person receives initial services and care within 14 days after the motor vehicle accident. The methodology for determining the amount we will pay for such expenses shall, pursuant to the fee schedule limitations under Section 627.736(5)(a)1. of the Florida Statutes, or any other limitations established by Section 627.736 of the Florida Statutes, or any other provisions of the Florida Motor Vehicle No-Fault Law, as enacted, amended or otherwise continued in the law, be limited to eighty percent of the following schedule of maximum charges (or any other fee schedule limitation which may be enacted, amended or otherwise continued in the law):

a. for emergency transport and treatment by providers licensed under chapter 401 of the Florida Statutes, 200 percent of Medicare;

b. for emergency services and care provided by a hospital licensed under chapter 395 of the Florida Statutes, 75 percent of the hospital's usual and customary charges;

c. for emergency services and care as defined by Section 395.002 of the Florida Statutes, provided in a facility licensed under chapter 395 rendered by a physician or dentist, and related hospital inpatient services rendered by a physician or dentist, the usual and customary charges in the community;

d. for hospital inpatient services, other than emergency services and care, 200 percent of the Medicare Part A prospective payment applicable to the specific hospital providing the inpatient services;

e. for hospital outpatient services, other than emergency services and care, 200 percent of the Medicare Part A Ambulatory Payment Classification for the specific hospital providing the outpatient services; and

f. for all other medical services, supplies and care, 200 percent of the allowable amount under:

   (i) the participating physicians fee schedule of Medicare Part B, except as provided in subparagraphs (ii) and (iii) below.

   (ii) Medicare Part B, in the case of services, supplies and care provided by ambulatory surgical centers and clinical laboratories.

   (iii) the Durable Medical Equipment Prosthetics/Orthotics and Supplies fee schedule of Medicare Part B, in the case of durable medical equipment.

If a provider submits a charge for an amount less than the amount determined by the fee schedule or other limitations established by Section 627.736 of the Florida Motor Vehicle No-Fault Law as described above, we will pay eighty percent of the charge that was submitted.

However, if such services, supplies or care is not reimbursable under Medicare Part B, as provided above, we will limit reimbursement to 80 percent of the maximum reimbursable allowance under workers' compensation, as determined under Section 440.13 of the Florida Statutes, and rules adopted thereunder which are in effect at the time such services, supplies or care is provided. Services, supplies or care that is not reimbursable under Medicare or workers' compensation will not be reimbursed by us.

The applicable fee schedule or payment limitation under Medicare is the fee schedule or payment limitation in effect on March 1 of the service year in which the services, supplies or care is rendered and for the area in which such services, supplies or care is rendered, and the applicable fee schedule or payment limitation applies to services, supplies, or care rendered during that service year, notwithstanding any subsequent change made to the fee schedule or payment limitation, except that it may not be less than the allowable amount under the applicable schedule of Medicare Part B for 2007 for medical services, supplies and care subject to Medicare Part B. For purposes of this subparagraph, the term "service year" means the period from March 1 through the end of February of the following year.

Notwithstanding the foregoing, where:

a. a medical provider has contracted with an organization or network to accept payment for services in an amount that is less than the fee schedule or other limitations established by Section 627.736 of the Florida Statutes, or any other provisions of the Florida Motor Vehicle No-Fault Law as described above; and

027-010-005
10W21471146
11003007476124-0321-0001-0062121120070003620F11651

EXHIBIT A

Policy endorsement

 **Allstate.**
You're in good hands.

b. we contracted with that organization or network or one of its affiliates, either directly or through one or more medical bill review companies or third-party administrators, to apply and accept such contractually agreed amounts:

then we will pay that provider's bills at eighty percent (80%) of the contractually agreed rate.

Medical expense benefit provides reimbursement on y for initial services and care:
i) that are lawfully provided, ordered or prescribed by a physician licensed under Florida Statutes chapter 458 or 459, a dentist licensed under Florida Statutes chapter 466 or a chiropractic physician licensed under Florida Statutes chapter 460; or
ii) that are provided in a hospital or in a facility that owns, or is wholly owned by, a hospital; or
iii) provided by a person or entity licensed under part III of Florida Statutes chapter 401 which provides emergency transportation and treatment:.

Upon referral from a provider described above, follow up services and care consistent with the underlying medical diagnosis rendered may be provided, supervised, ordered or prescribed only by a physician licensed under Florida Statutes chapter 458 or 459, a chiropractic physician licensed under Florida Statutes chapter 460, a dentist licensed under Florida Statutes chapter 466, or, to the extent permitted by applicable law and under the supervision of such physician, osteopathic physician, chiropractic physician, or dentist, by a physician assistant licensed under Florida Statutes chapter 458 or 459, or an advanced registered nurse practitioner licensed under Florida Statutes chapter 464.

Follow up services and care may also be provided by any of the following:
a. a hospital or ambulatory surgical center licensed under Florida Statutes chapter 395;
b. an entity wholly owned by one or more physicians licensed under Florida Statutes chapter 458 or 459, chiropractic physicians licensed under Florida Statutes chapter 460, or dentists licensed under Florida Statutes

chapter 466; or by such practitioners and the spouse, parent, child, or sibling of such practitioners;
c. an entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals;
d. a physical therapist licensed under Florida Statutes chapter 486, but only upon referral from:
    i) a physician licensed under Florida Statutes chapter 458 or 459;
    ii) a dentist licensed under Florida Statutes chapter 466;
    iii) a chiropractic physician licensed under Florida Statutes chapter 460;
    iv) a physician assistant licensed under Florida Statutes chapter 458 or 459, to the extent permitted by law and under the supervision of a provider listed in d.i), d.ii) or d.iii) above; or
    v) an advanced registered nurse practitioner licensed under Florida Statutes chapter 464, to the extent permitted by law and under the supervision of a provider listed in d.i), d.ii) or d.iii) above; or
e. a health care clinic licensed under part X of Florida Statutes chapter 400 which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities, or the Accreditation Association for Ambulatory Health Care, Inc., or
    i) has a medical director licensed under Florida Statutes chapter 458, 459 or 460;
    ii) has been continuously licensed for more than 3 years or is a publicly traded corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange; and
    iii) provides at least four of the following medical specialties:
        (a) general medicine;
        (b) radiography;
        (c) orthopedic medicine;
        (d) physical medicine;



EXHIBIT A

(e)  physical therapy;
(f)  physical rehabilitation;
(g)  prescribing or dispensing outpatient prescription medication; or
(h)  laboratory services.

However, the licensing requirement under this subparagraph e. does not apply to:

1.  an entity wholly owned by a physician licensed under chapter 458 or chapter 459, or by the physician and the spouse, parent, child, or sibling of the physician;

2.  an entity wholly owned by a dentist  licensed under chapter 466, or by the dentist and the spouse, parent, child, or sibling of the dentist:

3.  an entity wholly owned by a chiropractic physician licensed under chapter 460, or by the chiropractic physician and the spouse, parent, child, or sibling of the chiropractic physician;

4.  a hospital or ambulatory surgical center licensed under chapter 395;

5.  an entity that wholly owns or is wholly owned, directly or indirectly, by a hospital or hospitals licensed under chapter 395;

6.  an entity that is a clinical facility affiliated with an accredited medical school at which training is provided for medical students, residents, or fellows; or

7.  an entity that is certified under 42 C.F.R. part 485, subpart H.

Medical expense benefits do not include massage as defined in s. 480.033 of the Florida Statutes or acupuncture as defined in s. 457.102 of the Florida Statutes, regardless of the person, entity or licensee providing the massage or acupuncture. Licensed massage therapists or licensed acupuncturists will not be reimbursed for medical expense benefits.
We will not pay for medical services, supplies or care that is not reimbursable under Medicare or under Florida workers' compensation law. If a healthcare provider takes action against the injured person to recover for services billed and not paid, we will defend and, if necessary, indemnify the injured person up to the policy limits.

2.  **Income Loss**

Sixty percent of loss of income and earning capacity from inability to work caused directly by the injury sustained in the auto accident. Income loss benefits end upon the death of the injured person.

3.  **Loss of Services**
All reasonable expenses incurred in obtaining from others ordinary and necessary services usually performed by the injured person without income for the benefit of the family or family household. Loss of services benefits end upon the death of the injured person.

4.  **Death Benefits**
Benefits due to the death of an injured person. The death benefit is $5,000 per deceased injured person. Death benefits are in addition to Medical Expenses, Income Loss and Loss of Services benefits. We may pay death benefits to  the executor or administrator of the deceased injured person; to any of the deceased injured person's relatives by blood, marriage or adoption; or to any person that is entitled to such benefits.

Payments will be made only when bodily injury is caused by an accident arising from the ownership, maintenance or use of a motor vehicle.

We shall create and maintain a log of Personal Injury Protection benefits paid by us on behalf of the injured person. If litigation is commenced, we shall provide you a copy of the log within 30 days after receiving a request.

B.  In Additional Definitions Under Part III, the following changes are made:

1.  The definitions of bodily injury and injured person are replaced by the following:

    1.  Bodily injury means bodily harm, sickness, disease or death.

    3.  Injured person means:
        a.  Within the State of Florida:
            I)  You or a resident relative while in, on, getting into or out of, or struck while a pedestrian by a motor vehicle.

Policy endorsement



ii)  Any other person while in, on, getting
into or out of the insured motor
vehicle.

iii)  Any other persons struck by the
insured motor vehicle while not an
occupant of a self-propelled vehicle
if that person is a resident of Florida.

b.  Outside the State of Florida:

i)  You or a resident relative while in,
on, getting into or out of the insured
motor vehicle.

ii)  You while in, on, getting into or out
of a motor vehicle owned by a
resident relative for which security is
required to be maintained under the
Florida Motor Vehicle No-Fault Law.

2.  The following definition is added:

6.  Emergency medical condition means a
medical condition which manifests itself by
acute symptoms of sufficient severity, which
may include severe pain, such that the
absence of immediate medical attention
could reasonably be expected to result in any
of the following:

a.  serious jeopardy to patient health;

b.  serious impairment to bodily functions;
or

c.  serious dysfunction of any bodily organ
or part.

C.  **The Limits Of Liability, Proof of Claim Medical
Reports and Assistance And Cooperation provisions
are replaced by the following:**

**Limits Of Liability**
The applicable Personal Injury Protection limit(s)
shown on the Policy Declarations for Medical
Expenses, Income Loss, Loss of Services and Death
Benefits is the maximum we will pay per injured
person for any one motor vehicle accident, regardless
of the number of vehicles insured under this or other
policies. A $10,000 aggregate per injured person limit
applies to Medical Expenses, Income Loss, and Loss of
Services.

**SUBJECT TO THAT $10,000 AGGREGATE LIMIT,
MEDICAL EXPENSES PER INJURED PERSON FOR
ONE ACCIDENT are ALSO subject to EITHER a**

$10,000 or a $2,500 per injured person limit
determined as follows:

A $10,000 coverage limit for Medical Expenses
applies to an injured person if:

(a)  a physician licensed under Florida Statutes
chapter 458 or 459;

(b)  a dentist licensed under Florida Statutes chapter
466;

(c)  a physician assistant licensed under Florida
Statutes chapter 458 or 459; or

(d)  an advanced registered nurse practitioner
licensed under Florida Statutes chapter 464;

has determined that the injured person had an
emergency medical condition.

However, a $2,500 coverage limit for Medical
Expenses applies to an injured person if:

(1)  a physician licensed under Florida Statutes
chapter 458 or 459;

(2)  a dentist licensed under Florida Statutes chapter
466;

(3)  a chiropractic physician licensed under Florida
Statutes chapter 460;

(4)  a person or entity licensed under part III of Florida
Statutes chapter 401 which provides emergency
transportation and treatment;

(5)  a physician assistant licensed under Florida
Statutes chapter 458 or 459;

(6)  an advanced registered nurse practitioner
licensed under Florida Statutes chapter 464; or

(7)  a physical therapist licensed under Florida
Statutes chapter 486, based upon a referral by a
provider described in (1), (2), (3), (5) or (6)
above;

has determined that the injured person did not have
an emergency medical condition.

Expenses and losses will be reduced by:

1.  amounts paid or payable for the same items of
loss and expense under any workers'
compensation law.

2.  amounts received from any insurer for the same
items of loss and expense for which benefits are
available under this policy. This reduction applies
only to amounts that are a duplication of payment
for the same loss or expense. The insurer paying
these benefits, however, will be entitled to recover
from us an equitable pro rata share of the benefit
paid and expenses incurred in processing the
claim.



EXHIBIT A

3.  the amount of any deductible stated on the
    Policy Declarations. This will not apply to
    Death Benefits.

In the event any benefits are paid to the injured
person under the Medicaid program we will repay the
full amount to Medicaid within 30 days after receiving
notice that Medicaid paid the benefits.

Claims will be paid in the order received except:
(1) where otherwise provided by the Florida Motor
Vehicle No-Fault Law; or (2) where the injury is
investigated or disputed by us as not being related to
the loss, or treatment is investigated or disputed by us
as not being reasonable or medically necessary. We
can proceed to pay other claims that are later received
without incurring any liability for the prior disputed or
investigated claim amounts if limits are exhausted
after paying later received claims.

Any amounts payable under this coverage shall be
subject to any and all limitations, authorized by
Section 627.736 of the Florida Statutes, or any other
provisions of the Florida Motor Vehicle No-Fault Law,
as enacted, amended or otherwise continued in the
law, including, but not limited to, all fee schedules.

If we pay a portion of a claim or reject a claim due to
an alleged error in the claim, we shall provide an
itemized specification or explanation of benefits due
to the specified error at the time of the partial
payment or rejection. Upon receiving the specification
or explanation, the person making the claim, at his or
her option and without waiving any other legal remedy
for payment, has 15 days to submit a revised claim,
which shall be considered a timely submission of
written notice of claim.

In the event of a dispute between you and us, or your
assignee and us, upon your or your assignee's request,
we must notify you of your assignee that your
Personal Injury Protection policy limits have been
reached within 15 days after the policy limits have
been reached.

Once aggregate payments for Medical Expenses,
Income Loss and Loss of Services benefits equal to the
limit of liability have been made, no further obligation
to pay benefits remains, regardless of when claims for
such benefits were submitted or received.

**Proof Of Claim; Medical Reports**
As soon as possible, you or any other person making
claim must give us written proof of claim including all
details reasonably required by us to determine the
amounts payable.

If the mental or physical condition of an injured
person is material to any claim under this coverage,
that person may be required to submit to mental or
physical examinations by physicians we choose, as
often as we reasonably require. The person making
the claim or that person's representative must
authorize us to obtain medical reports and copies of
medical and other records related to the claim. If an
injured person unreasonably refuses to submit to an
examination or fails to appear at an examination, we
are not required to pay any subsequent Personal
Injury Protection benefits. Under Florida law, an
insured's refusal to submit to or failure to appear at
two examinations raises a rebuttable presumption
that the refusal or failure was unreasonable. We will
pay the expense of any examinations we request.

Such examination shall be conducted within the
municipality of residence of the injured person or in
the municipality where the injured person is receiving
treatment. If there is no qualified physician to conduct
the examination within such municipality, then such
examination shall be conducted in an area of the
closest proximity to the injured person's residence.

If we have a reasonable belief that a fraudulent
insurance act, for the purposes of s. 626.989 of the
Florida Statutes or s. 817.234 of the Florida Statutes,
has been committed, we will notify the claimant, in
writing, within 30 days after submission of the claim
that the claim is being investigated for suspected
fraud. No later than 90 days after the submission of
the claim, we will deny or pay the claim.

Notwithstanding the foregoing, if we make a written
request for documentation or information in
accordance with s. 627.736(6)(b) of the Florida
Statutes within 30 days after having received notice of
the amount of a covered loss under s. 627.736(4)(a)
of the Florida Statutes, the amount or the partial
amount that is the subject of our inquiry shall become
overdue if we do not pay in accordance with
s. 627.736(4)(b) of the Florida Statutes or within 10
days after our receipt of the requested documentation
or information, whichever occurs later.

Policy endorsement

 **Allstate.**
You're in good hands.

**Assistance And Cooperation**
We will require you and any injured person making a claim to cooperate with us in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to, assisting us in making settlements, securing evidence, obtaining evidence, and in conducting suits: disclosing all facts; attending hearings and trials; helping us recover from anyone who may be jointly responsible; giving us a recorded statement, a written statement, a video-recorded statement, records and/or documents; when requested by us, as often as we reasonably require. You and any injured person making a claim shall be required, at our option, to submit to an examination under oath, separately and apart from others, and to sign the transcript. The person submitting to the examination under oath may be represented by counsel at their own expense. The scope of questioning during the examination under oath is limited to relevant information or information that could reasonably be expected to lead to relevant information. Compliance with a request for examination under oath is a condition precedent to receiving benefits under this coverage. If you or any injured person making a claim does not comply with the terms of this provision we are not required to pay any benefits under this coverage.

V. **Part IV—Uninsured Motorists Insurance-Coverage ST** is amended as follows:

A. In **Additional Definitions Under Part IV**, the definitions of **bodily injury** and **uninsured auto** are replaced by the following:

1. **Bodily injury** means bodily harm, sickness, disease or death, but does not include:
   a. any venereal disease;
   b. herpes;
   or any resulting symptom, effect, ▮▮▮▮▮ disease or illness related to a. or b. listed above unless there is a causal connection or relation between an accident arising from the ownership, maintenance or use of a motor vehicle and the transmission of the venereal disease or herpes.

5. **Uninsured auto** means:
   a. a motor vehicle which has no bodily injury liability bond or insurance policy in effect at the time of the accident;

b. a motor vehicle, other than a motor vehicle insured under the liability portion of this policy, for which the insurer denies coverage;

c. a motor vehicle for which the insurer becomes insolvent within four years from the date of the accident. This coverage will be excess over any obligations assumed by the Florida Insurance Guaranty Association to pay claims;

d. a hit-and-run motor vehicle which causes bodily injury to an insured person as the result of a motor vehicle accident. The identity of either the operator or owner of the vehicle must be unknown. The accident must be reported within 24 hours, or as soon as practicable, to the police. We must be notified within 30 days, or as soon as practicable. If the hit-and-run motor vehicle caused the injury without physical contact with the insured person or the vehicle the insured person was occupying, the facts of the accident must be proved. If the insured person was occupying the insured auto at the time of the accident, we have a right to inspect it;

e. a motor vehicle insured under the liability portion of a motor vehicle insurance policy which causes bodily injury to you or a resident relative while being operated by a person other than you or a resident relative and which is excluded under the liability portion of the policy; or

f. an underinsured motor vehicle. An underinsured motor vehicle is one which has liability protection in effect and applicable at the time of the accident but in an amount less than the damages the insured person is legally entitled to recover.

An uninsured auto is not a vehicle insured under the liability portion of a motor vehicle insurance policy, unless that auto causes bodily injury to you or a resident relative while being operated by a person other than you or a resident relative and which is excluded under the liability portion of the policy.

B. Under **Limits Of Liability**, item 2 is replaced by the following:

EXHIBIT A

2. **When limits of two or more insured autos may not be stacked:**

   If the Policy Declarations indicates that, under the Uninsured Motorists Insurance coverage, the limits of two or more insured autos may not be stacked together, the Uninsured Motorists Insurance limit shown on the Policy Declarations for:

   a. "each person" is the maximum that we will pay for all damages arising out of bodily injury to one person in any one motor vehicle accident, including damages sustained by anyone else as a result of that bodily injury.

   b. "                    t" is the maximum that we will pay for all damages arising out of bodily injury to two or more persons in any one motor vehicle accident. This "each accident" limit is subject to the "each person" limit.

   These limits are the maximum we will pay for any one motor vehicle accident regardless of the number of:

   a. claims made;
   b. insured persons;
   c. vehicles stated on the Policy Declarations; or
   d. vehicles involved in the accident.

   The Uninsured Motorists Insurance limits apply to each insured motor vehicle as stated on the Policy Declarations. If you are struck as a pedestrian you are entitled to select the highest limits of Uninsured Motorists Insurance available on any one motor vehicle for you or a resident relative.

C. The **Assistance And Cooperation** provision is replaced by the following:

   **Assistance And Cooperation**
   We will require you and any **insured person** making a claim to cooperate with us in the investigation, settlement or defense of any claim or suit. This includes, but is not limited to; assisting us in making settlements, securing evidence, obtaining evidence, and in conducting suits: disclosing all facts attending hearings and trials; helping us recover from anyone who may be jointly responsible; giving us a recorded statement, a written statement, a video-recorded statement, records and/or documents, when requested by us, as often as we reasonably require. You and any **insured person** making a claim shall be required, at our option, to submit to an examination under oath, separately and apart from others, and to sign the transcript. The person submitting to examination under oath may be represented by counsel at their own expense. We may require you and any **insured person** to take appropriate action to preserve all rights to recover damages from anyone responsible for the bodily injury. If you or any **insured person** making a claim does not comply with the terms of this provision we are not required to pay any benefits under this coverage.

D. The following **Proof Of Claim; Medical Reports** provision is added:

   **Proof Of Claim; Medical Reports**
   As soon as possible, you or any other person making claim must give us sworn proof of loss, including all details reasonably required by us to determine the amounts payable.

   If the mental or physical condition of an **insured person** is material to any claim under this coverage, that person may be required to submit to mental or physical examinations by physicians we choose, as often as we reasonably require. The person making the claim or that person's representative must authorize us to obtain medical reports and copies of medical and other records related to the claim. If an **insured person** unreasonably refuses to submit to an examination or fails to appear at an examination, we are not required to pay any subsequent Uninsured Motorists Insurance benefits. We will pay the expense of any examinations we request.

   Such examination shall be conducted within the municipality of residence of the **insured person** or in the municipality where the **insured person** is receiving treatment. If there is no qualified physician to conduct the examination within such municipality, then such examination shall be conducted in an area of the closest proximity to the **insured person's** residence.

VI. Part V—**Protection Against Loss To The Auto** is amended as follows:

   A. Under **Exclusions—What Is Not Covered**, item 1 is replaced by the following:

      1. Property damage caused by the:
      a. intentional acts;
      b. criminal acts, other than traffic violations; or

027.009.005
VGX43479134G
110000741 0 P-00771-00042011220011000500005141571

**EXHIBIT A**

Policy endorsement

 **Allstate.**
You're in good hands.

c. omissions;

of an insured person, or done at the direction of an insured person which are designed to produce loss or damage.

This exclusion applies even if:

a. an insured lacks the mental capacity to control or govern his or her own conduct;

b. an insured person is temporarily insane or temporarily lacks the mental capacity to control or govern his or her conduct or is temporarily unable to form any intent to cause property damage;

c. such property damage is of a different kind or degree than intended; or

d. such property damage is sustained by a different person than intended.

This exclusion applies regardless of whether an insured person is actually charged with, or convicted of, a crime. The application of this exclusion will not be based solely on an arrest or the issuance of a citation.

This exclusion precludes coverage for any insured persons under the policy regardless of whether the person seeking coverage participated in any way in the intentional or criminal acts or omissions.

**B.** The Right To Appraisal provision is replaced by the following:

**Right To Appraisal**

Both you and we have a right to demand an appraisal of the loss. Each will appoint and pay a competent and disinterested appraiser and will equally share other appraisal expenses. Each appraiser will state separately the actual cash value and the amount of loss. If they disagree, they will submit their differences to the umpire. The umpire will be selected by the appraisers or a judge of a court of record. A written decision by any two of these three persons will determine the amount of the loss. The amount of loss determined under this provision will be binding on you and us.

**C.** The Limits Of Liability and Loss Payable Clause provisions are replaced by the following:

**Limits Of Liability**

Our limit of liability is the least of:

1. the actual cash value of the property at the time of the loss, which may include a deduction for depreciation;

2. the cost to repair or replace, as determined by us, the property or part to its physical condition at the time of loss using parts produced by or for the vehicle's manufacturer, or parts from other sources, including, but not limited to, non-original equipment manufacturers, subject to applicable state laws and regulations;

3. the limit of liability shown on the Policy Declarations applicable to the damaged property; or

4. $500, if the loss is to a covered trailer not described on the Policy Declarations.

Any applicable deductible amount is then subtracted.

If repair or replacement results in the betterment of the property or part, a reduction for the amount of the betterment may be taken subject to the applicable state laws and regulations.

The maximum we will pay for a covered loss to any custom parts or equipment is $1000.

An auto and attached trailer are considered separate autos, and you must pay the deductible, if any, on each. Only one deductible will apply to an auto with a mounted camper unit. If unmounted, a separate deductible will apply to the auto and camper unit.

When more than one coverage is applicable to the loss, you may recover under the broadest coverage but not both. However, any Sound System Coverage deductible will always apply.

**Loss Payable Clause**

If a Lienholder and/or Lessor is shown on the Policy Declarations, we may pay loss or damage under this policy to you and the Lienholder and/or Lessor as its interest may appear, except:

1. where fraud, misrepresentation, material omission or intentional damage has been committed by or at the direction of you.

2. when the vehicle(s) is intentionally damaged, destroyed or concealed by or at the direction of you or any owner.

EXHIBIT A

3.  when you or any owner makes fraudulent
    statement(s) or engages in fraudulent conduct in
    connection with any accident or loss for which
    coverage is sought.

The Lienholder and/or Lessor must notify us of any
change in ownership or hazard that is known.

If you or any owner fails to render proof of loss within
the time granted in the policy, the Lienholder and/or
Lessor must do so within sixty days in the form and
manner described in the policy. The Lienholder and/or
Lessor are subject to the provisions of the policy
relating to appraisal, time of payment and bringing
suit.

We may cancel this policy according to its terms.
We will notify the Lienholder and/or Lessor at least
ten days prior to the date of cancellation that the
cancellation is effective as to the interest of the
Lienholder and/or Lessor.

Whenever we pay the Lienholder and/or Lessor any
sum for loss or damage under this policy, we will be
subrogated to the extent of payment to the rights of
the party to whom payment was made. However,
these subrogation provisions must in no way impair
the rights of the Lienholder and/or Lessor to recover
the full amount of its claim from the insured.

The Lienholder and/or Lessor has no greater rights
under the provisions of the policy than the insured.

All other policy terms and conditions apply.

EXHIBIT A

# Policy Endorsement

***The following endorsement changes your policy. Please read this document carefully and keep it with your policy.***

## Renewal Offer Guarantee Endorsement —AU14119

The **General** section of **your** policy is amended as follows:

I.   The following provision is added:

**Renewal Offer Guarantee**
Prior to the expiration of each premium period during which the Policy Declarations indicates that the Renewal Offer Guarantee Endorsement applies, **we** will offer to **you** the opportunity to renew this policy. **We** will offer to renew this policy with such coverages, policy terms, conditions, limits of liability, deductibles and premiums as **we**, in **our** discretion, elect to include in the offer of renewal to **you** on the date that the renewal offer is processed by **us**. **You** may elect to accept **our** renewal offer by complying with the terms and conditions of the offer and all applicable policy terms and conditions, including those relating to premium payment.

If **we** cease to offer a Renewal Offer Guarantee Endorsement in Florida, **we** will offer **you** the opportunity to renew this policy (with such coverages, policy terms, conditions, limits of liability, deductibles and premiums as **we**, in **our** discretion, elect to include in the offer of renewal to **you** on the date that the renewal offer is processed by **us**) for a period of three (3) years from the effective date of the premium period that begins immediately after **we** provide written notice to **you** that **your** policy will no longer include a Renewal Offer Guarantee Endorsement. During that period of three (3) years, **we** will not be required to offer a renewal to **you** if, under the terms of the Renewal Offer Guarantee Endorsement that was in effect at the time **we** provide written notice to **you** that **your** policy will no longer include a Renewal Offer Guarantee Endorsement, **we** would not be required to offer **you** a renewal. As a condition of **our** offer to renew this policy, **we** may, at **our** discretion and as permitted by law, require that any operator added to **your** policy after the effective date of the premium period in which the renewal offer guarantee first applies be excluded from coverage under the policy.

**We** are not required to offer to **you** the opportunity to renew this policy if this policy is cancelled pursuant to the **Cancellation and Nonrenewal** provision of this policy or if:

1.   **we** intend to discontinue writing private passenger automobile insurance in Florida;

2.   **you** no longer reside in Florida or the vehicles **you** insure under this policy are no longer principally garaged in Florida;

3.   renewal of this policy would violate any law or regulation;

4.   **you** obtained this policy through an independent agent or agency, and the relationship between **us** and that independent agent or agency is discontinued; or

5.   **you** or any member of **your** household who operates an **auto**:

**Page 1**

EXHIBIT A

     a.   has had his or her drivers license suspended or revoked or otherwise fails to maintain a valid drivers license; or

     b.   is convicted of driving while under the influence of alcohol or drugs, leaving the scene of an accident or any other violation considered to be a **major** violation as described in **our** rules that are in effect and on file (if required) for **our** use in Florida.

If any of the items numbered 1 through 5 above apply, or if the three (3) year period from the effective date of the premium period that begins immediately after **we** provide written notice to **you** that **your** policy will no longer include a Renewal Offer Guarantee Endorsement has expired, **we** may nonrenew this policy. If **we** intend to nonrenew this policy, **we** will give **you** notice at least 45 days before the end of the premium period. **Our** mailing of notice of nonrenewal to **you** will be deemed proof of notice.

II.   Under the provision titled **Cancellation and Nonrenewal**, the following language is deleted:

If **we** do not intend to continue the policy beyond the current premium period, **we** will give **you** notice at least 45 days before the end of the premium period.

All other policy terms and conditions apply.

**Page 2**

EXHIBIT A

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Loan Or Lease Gap Coverage Endorsement — AU14120

When **Lease Or Loan Gap Coverage** is shown on **your** Policy Declarations, the following changes are made to the **Protection Against Loss To The Auto** section of **your** policy:

I.  The following coverage is added:

**Lease Or Loan Gap Coverage**
If **you** have both Auto Collision Insurance and Auto Comprehensive Insurance in effect under this policy at the time of loss to **your auto** and the loss is covered under either of those coverages, **we** will pay for loss to that **auto** as described in this endorsement if:

1.  **your** Policy Declarations indicates that **Lease Or Loan Gap Coverage** is in effect for that **auto**;
2.  **you** are the original owner of that **auto**, or **you** lease that **auto**;
3.  that **auto** was not previously titled; and
4.  the loss occurs during a premium period that began any time during a calendar year in which that **auto** was two model years old or less.

**Lease Or Loan Gap Coverage** does not automatically apply to any replacement **auto** or additional **auto you** acquire during the premium period.

In the event of a covered total loss due to physical damage to, or theft of, the **auto** to which **Lease Or Loan Gap Coverage** applies, if the amount **you** owe at the time of loss under the terms of an auto loan or auto lease agreement to which that **auto** is subject exceeds the actual cash value of the **auto** at the time of the loss, then **we** will pay the difference between these amounts. This **Loan or Lease Gap Coverage** applies only to the original auto loan or auto lease written on **your auto**. **We** may pay **you** and the lienholder or lessor named on the Policy Declarations.

Any amounts payable under this **Loan or Lease Gap Coverage** will be reduced by:
1.  overdue loan or lease payments and the financial penalties associated with those overdue payments;
2.  the transfer or rollover of a previous outstanding loan or lease balance from another vehicle to the original loan or lease for the **auto** described on the Policy Declarations;
3.  the dollar amount of unrepaired damage which occurred prior to the total loss of **your auto**;
4.  all refunds paid or payable to **you** as a result of the early termination of the auto loan or lease agreement or, to the extent financed, as a result of the early termination of any financed warranty or extended service agreement on **your auto**; and

II.  The following is added to the **If There Is Other Insurance** provision:

**Lease Or Loan Gap Coverage** is excess over any other collectible insurance.

All other policy terms and conditions apply.

EXHIBIT A

# EXHIBIT B



# MARKET VALUATION REPORT

*Prepared for ALLSTATE FIRE & CASUALTY INS CO*



 **CLAIM INFORMATION**

| | |
|---|---|
| Owner | Ryan, William |
| Loss Vehicle | 2015 Kia Sorento EX |
| Loss Incident Date | 07/15/2017 |
| Claim Reported | 08/17/2017 |

The CCC ONE® Market Valuation Report reflects CCC Information Services Inc 's opinion as to the value of the loss vehicle, based on information provided to CCC by ALLSTATE FIRE & CASUALTY INS CO.

Loss vehicle has 42% fewer than average mileage of 37,400.

**INSURANCE INFORMATION**

| | |
|---|---|
| Report Reference Number | 85584993 -1 |
| Claim Reference | 5D01 |
| Adjuster | Graziano |
| Appraiser | Graziano, Michael |
| Odometer | 21,559 |
| Last Updated | 08/17/2017 08:19 AM |

**VALUATION SUMMARY**

| | |
|---|---|
| **Base Vehicle Value** | **$ 21,725.00** |
| Condition Adjustment | + $ 467.00 |
| **Adjusted Vehicle Value** | **$ 22,192.00** |
| Vehicular Tax (6.1127%) | + $ *Lease* |
| Tax reflects applicable state, county and municipal taxes. | |
| DMV FEE | + *Lease* |
| **Value before Deductible** | **$ 22,192.00** |
| Deductible | - $ 100.00 |

# Total                    $ 22,092.00

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

This is derived from comparable vehicle(s) available or recently available in the marketplace at the time of valuation, per our valuation methodology described on the next page.

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

Inside the Report

| | |
|---|---|
| Valuation Methodology | 2 |
| Vehicle Information | 3 |
| Vehicle Condition | 6 |
| Comparable Vehicles | 7 |
| Valuation Notes | 11 |
| Supplemental Information | 12 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**EXHIBIT B**

## CCC   MARKET VALUATION REPORT

Owner: Ryan, William
Claim: ████████5D01

### VALUATION METHOD

## How was the valuation determined?



### CLAIM INSPECTION

ALLSTATE FIRE & CASUALTY INS CO has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE VALUATION VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information



© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT B

**CCC** MARKET VALUATION REPORT

Owner: Ryan, William
Claim: ▮▮▮▮▮5D01



## VEHICLE DETAILS

| | |
|---|---|
| Location | DELTONA, FL 32738-7944 |
| VIN | 5XYKU4A75FG639350 |
| Year | 2015 |
| Make | Kia |
| Model | Sorento |
| Trim | EX |
| Body Type | Sports Utility |
| Engine - | |
|     Cylinders | 6 |
|     Displacement | 3.3L |
|     Fuel Type | Gasoline |
|     Carburation | Gasoline Direct Injection |
| Transmission | Automatic Transmission |
| Curb Weight | 3722 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE ALLOWANCES

| Odometer | 21,559 | + 1,243 |
|---|---|---|

**Options**

| | | |
|---|---|---|
| Memory Package | Reported | + 225 |
| Navigation System | Reported | + 700 |
| Home Link | Reported | + 50 |
| 3rd Row Seat | Not Present | - 100 |
| Retractable Seats | Not Present | - 375 |
| Ventilated Seats | Reported | + 100 |
| Premium Radio | Reported | + 150 |
| Electric Glass Roof | Reported | + 500 |
| Skyview Roof | Reported | + 550 |
| Blind Spot Detection | Reported | + 150 |

Reported* Option(s) added after initial valuation

Allowances are factors influencing the value of the loss vehicle when compared to a typical vehicle. The typical vehicle is a vehicle of the same year, make, and model as the loss vehicle, including average mileage, and all standard equipment. These allowances are displayed for illustrative purposes only.

The Base Vehicle Value is calculated from the comparable vehicles with adjustments to reflect the loss vehicle configuration

## VEHICLE HISTORY SUMMARY

| Experian AutoCheck | No Title Problem Found |
|---|---|
| Insurance Services Organization/ National Insurance Crime Bureau | 2 Records Found |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

Page 3 of 14

**EXHIBIT B**

CCC  MARKET VALUATION REPORT

Owner: Ryan, William
Claim: ████████5D01

## VEHICLE EQUIPMENT

| | |
|---|---|
| Odometer | 21,559 |
| Transmission | Automatic Transmission |
| Power | Power Steering |
| | Power Brakes |
| | Power Windows |
| | Power Locks |
| | Power Mirrors |
| | Power Driver Seat |
| | Power Passenger Seat |
| | Power Trunk/Gate Release |
| Decor/Convenience | Air Conditioning |
| | Climate Control |
| | Dual Air Conditioning |
| | Tilt Wheel |
| | Cruise Control |
| | Rear Defogger |
| | Intermittent Wipers |
| | Console/Storage |
| | Overhead Console |
| | Memory Package |
| | Navigation System |
| | Keyless Entry |
| | Telescopic Wheel |
| | Home Link |
| | Wood Interior Trim |
| Seating | Bucket Seats |
| | Reclining/Lounge Seats |
| | Leather Seats |
| | Heated Seats |
| | Ventilated Seats |
| Radio | AM Radio |
| | FM Radio |

To the left is the equipment of the loss vehicle that ALLSTATE FIRE & CASUALTY INS CO provided to CCC.

**Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

**Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT B

CCC   **MARKET VALUATION REPORT**

Owner: Ryan, William
Claim: ███████5D01

## VEHICLE INFORMATION

### VEHICLE EQUIPMENT

| | |
|---|---|
| | Stereo |
| | Search/Seek |
| | CD Player |
| | Steering Wheel Touch Controls |
| | Auxiliary Audio Connection |
| | Premium Radio |
| | Satellite Radio |
| **Wheels** | Aluminum/Alloy Wheels |
| **Roof** | Electric Glass Roof |
| | Skyview Roof |
| **Safety/Brakes** | Air Bag (Driver Only) |
| | Passenger Air Bag |
| | Anti-lock Brakes (4) |
| | 4-wheel Disc Brakes |
| | Front Side Impact Air Bags |
| | Head/Curtain Air Bags |
| | Backup Camera W/ Parking Sensors |
| | Hands Free |
| | Traction Control |
| | Stability Control |
| | Blind Spot Detection |
| **Exterior/Paint/Glass** | Dual Mirrors |
| | Heated Mirrors |
| | Privacy Glass |
| | Fog Lamps |
| | Luggage/Roof Rack |
| | Rear Spoiler |
| | Rear Window Wiper |
| | Signal Integrated Mirrors |
| | Three Stage Paint |
| **Other - Trucks** | Rear Step Bumper |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved

**EXHIBIT B**

 **MARKET VALUATION REPORT**

Owner: Ryan, William
Claim: ██████████5D01

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | PRIVATE OWNER | LIGHT WEAR DRIVERS AREA | $ 0 |
| Carpets | PRIVATE OWNER | LIGHT WEAR DRIVER AREA | $ 0 |
| Dashboard | DEALER | NO SIGNIFICANT SCRATCHES, GOUGES OR WEAR | $ 61 |
| Headliner | DEALER | VERY CLEAN | $ 41 |
| **EXTERIOR** | | | |
| Sheet Metal | DEALER | NO DENTS | $ 203 |
| Trim | DEALER | NO DAMAGE | $ 102 |
| Paint | DEALER | MINIMAL SURFACE CHIPPING | $ 81 |
| Glass | FAIR | FEW CHIPS | - $ 101 |
| **MECHANICAL** | | | |
| Engine | DEALER | NO SEEPAGE | $ 20 |
| Transmission | DEALER | NO SEEPAGE | $ 20 |
| **TIRES** | | | |
| Front Tires | DEALER | 8/11 | $ 20 |
| Rear Tires | DEALER | 8/11 | $ 20 |

ALLSTATE FIRE & CASUALTY INS CO uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Private Owner condition. These dollar adjustments are based upon interviews with dealerships across the United States

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**EXHIBIT B**



# CCC   MARKET VALUATION REPORT

Owner: Ryan, William
Claim: ████████ 5D01

## COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Odometer | 21,559 | 48,895 | 33,191 | 73,284 |
| Automatic Transmission | | | | |
| Power Steering | | | | |
| Power Brakes | | | | |
| Power Windows | | | | |
| Power Locks | | | | |
| Power Mirrors | | | | |
| Power Driver Seat | | | | |
| Power Passenger Seat | | | | |
| Power Trunk/Gate Release | | | | |
| Air Conditioning | | | | |
| Climate Control | | | | |
| Dual Air Conditioning | | | | |
| Tilt Wheel | | | | |
| Cruise Control | | | | |
| Rear Defogger | | | | |
| Intermittent Wipers | | | | |
| Console/Storage | | | | |
| Overhead Console | | | | |
| Memory Package | | ✗ | ✗ | ✗ |
| Navigation System | | ✗ | ✗ | ✗ |
| Keyless Entry | | | | |
| Telescopic Wheel | | | | |
| Home Link | | ✗ | ✗ | ✗ |
| Wood Interior Trim | | | | |
| Bucket Seats | | | | |
| Reclining/Lounge Seats | | ✗ | ✗ | ✗ |
| Leather Seats | | | | |
| Heated Seats | | | | |
| 3rd Row Seat | ✗ | | | |
| Retractable Seats | ✗ | | | |
| Ventilated Seats | | ✗ | ✗ | ✗ |
| AM Radio | | | | |
| FM Radio | | | | |
| Stereo | | | | |
| Search/Seek | | | | |
| CD Player | | | | |
| Steering Wheel Touch Controls | | | | |
| Auxiliary Audio Connection | | | | |
| Premium Radio | | ✗ | ✗ | ✗ |

**Comp 1**   Updated Date: 07/25/2017
**2015 Kia Sorento Ex 6 3.3l Gasoline**
**Gasoline Direct Injection**
VIN 5XYKU4A78FG613132
**Dealership** Coggin Hyundai Deland
**Telephone** (855) 622-3522
**Source** Autotrader
**Stock #** FG613132
**Distance from Deltona, FL**
11 Miles - Deland, FL

**Comp 2**   Updated Date: 08/16/2017
**2015 Kia Sorento Ex 6 3.3l Gasoline**
**Gasoline Direct Injection**
VIN 5XYKU4A77FG583167
**Dealership** Orlando Kia North /
Longwood Mitsubishi
**Contact** Timoney Brown
**Telephone** (407) 571-1234
**Source** Inspected Inventory
**Stock #** BN055L
**Distance from Deltona, FL**
17 Miles - Longwood, FL

**Comp 3**   Updated Date: 06/15/2017
**2015 Kia Sorento Ex 6 3.3l Gasoline**
**Gasoline Direct Injection**
VIN 5XYKU4A71FG640334
**Dealership** Deland Kia
**Telephone** (321) 302-1265
**Source** Autotrader
**Stock #** 248682A
**Distance from Deltona, FL**
11 Miles - Deland, FL

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

†The **Condition Adjustment** sets that comparable vehicle to Private Owner

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**EXHIBIT B**



## MARKET VALUATION REPORT

Owner: Ryan, William
Claim: ████████5D01

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Satellite Radio | | | | |
| Aluminum/Alloy Wheels | | | | |
| Electric Glass Roof | | ✗ | ✗ | ✗ |
| Skyview Roof | | ✗ | ✗ | ✗ |
| Drivers Side Air Bag | | | | |
| Passenger Air Bag | | | | |
| Anti-lock Brakes (4) | | | | |
| 4-wheel Disc Brakes | | | | |
| Front Side Impact Air Bags | | | | |
| Head/Curtain Air Bags | | | | |
| Backup Camera W/ Parking Sensors | | | | ✗ |
| Parking Sensors | ✗ | ✗ | ✗ | |
| Hands Free | | | | |
| Alarm | ✗ | ✗ | | ✗ |
| Traction Control | | | | |
| Stability Control | | | | |
| Blind Spot Detection | | ✗ | ✗ | ✗ |
| Dual Mirrors | | | | |
| Heated Mirrors | | | | |
| Privacy Glass | | | | |
| Fog Lamps | | | | |
| Luggage/Roof Rack | | | | |
| Rear Spoiler | | | | |
| Rear Window Wiper | | | | |
| Signal Integrated Mirrors | | | | |
| Clearcoat Paint | ✗ | | | |
| Three Stage Paint | | ✗ | ✗ | ✗ |
| Rear Step Bumper | | | | |
| **List Price** | | $ 16,995 | $ 19,995 | $ 17,977 |
| **Adjustments:** | | | | |
| Options | | + $ 1,950 | + $ 1,800 | + $ 2,100 |
| Mileage | | + $ 2,099 | + $ 871 | + $ 3,001 |
| Condition[1] | | - $ 711 | - $ 711 | - $ 711 |

condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT B



**CCC**ONE **MARKET VALUATION REPORT**

Owner: Ryan, William
Claim: ███████5D01

## ADDITIONAL COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 4**<br>Source: Inspected Inventory<br>Sutherlin Nissan<br>Orlando, FL<br>(407) 657-9500<br>22 Miles From Deltona, FL | **2015 Kia Sorento Ex 6 3.3l Gasoline Gasoline Direct Injection**<br>Odometer: 51,168<br>VIN: 5XYKU4A70FG646481<br>Stock #: P5599L<br>Updated Date: 08/16/2017 | $ 20,788<br>(List) | $ 21,678 |
| **Comp 5**<br>Source: Inspected Inventory<br>Orlando Kia North / Longwood Mitsubishi<br>Longwood, FL<br>(407) 571-1234<br>17 Miles From Deltona, FL | **2015 Kia Sorento Ex 6 3.3l Gasoline Gasoline Direct Injection**<br>Odometer: 46,145<br>VIN: 5XYKU4A70FG585729<br>Stock #: PN7541L<br>Updated Date: 08/15/2017 | $ 20,614<br>(Take) | $ 22,982 |
| **Comp 6**<br>Source: Autotrader<br>Bourne's Auto Center<br>Daytona Beach, FL<br>(386) 682-3993<br>23 Miles From Deltona, FL | **2015 Kia Sorento Ex 6 3.3l Gasoline Gasoline Direct Injection**<br>Odometer: 53,189<br>VIN: 5XYKU4A74FG566357<br>Stock #: D1761BL<br>Updated Date: 07/26/2017 | $ 15,990<br>(List) | $ 19,708 |
| **Comp 7**<br>Source: Autotrader<br>Bill Bryan Kia<br>Leesburg, FL<br>(888) 359-2416<br>36 Miles From Deltona, FL | **2015 Kia Sorento Ex 6 3.3l Gasoline Gasoline Direct Injection**<br>Odometer: 11,859<br>VIN: 5XYKU4A77FG609010<br>Stock #: 161328A<br>Updated Date: 07/26/2017 | $ 22,995<br>(List) | $ 21,199 |
| **Comp 8** | | | |

Additional Comparable Vehicles are in summary format, but are adjusted the same as those on the previous page.

Comparable vehicles used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

List Price is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

Take Price is the amount that the dealership will accept to sell the inspected vehicle, though a lower price may be obtainable through negotiation.

Distance is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT B



**CCC** **MARKET VALUATION REPORT** | Owner: Ryan, William
Claim: ⬛⬛⬛5D01

## ADDITIONAL COMPARABLE VEHICLES

| | | | |
|---|---|---|---|
| Source: Autotrader<br>Central Florida Chrysler<br>Orlando, FL<br>(877) 763-6528<br>35 Miles From Deltona, FL | **2015 Kia Sorento Ex 6 3.3l**<br>**Gasoline Gasoline Direct**<br>**Injection**<br>Odometer: 29,799<br>VIN: 5XYKU4A74FG573535<br>Stock #: H598989A<br>Updated Date: 07/27/2017 | $ 20,990<br>(List) | $ 22,324 |
| **Comp 9**<br>Source: Autotrader<br>City Kia Of Greater Orlan<br>Orlando, FL<br>(407) 839-1000<br>39 Miles From Deltona, FL | **2015 Kia Sorento Ex 6 3.3l**<br>**Gasoline Gasoline Direct**<br>**Injection**<br>Odometer: 38,182<br>VIN: 5XYKU4A7XFG582398<br>Stock #: P7128<br>Updated Date: 06/07/2017 | $ 21,232<br>(List) | $ 21,361 |
| **Comp 10**<br>Source: Autotrader<br>City Kia Of Greater Orlan<br>Orlando, FL<br>(407) 839-1000<br>39 Miles From Deltona, FL | **2015 Kia Sorento Ex 6 3.3l**<br>**Gasoline Gasoline Direct**<br>**Injection**<br>Odometer: 37,579<br>VIN: 5XYKU4A79FG652411<br>Stock #: 170821A<br>Updated Date: 06/07/2017 | $ 20,444<br>(List) | $ 23,092 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**EXHIBIT B**

 **MARKET VALUATION REPORT**

Owner: Ryah, William
Claim: ████████5D01



This Market Valuation Report has been prepared exclusively for use by ALLSTATE FIRE & CASUALTY INS CO, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Statutes concerning vehicle value include Florida Statute XXXVII - 626.9743.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**EXHIBIT B**

# CCC ONE MARKET VALUATION REPORT

Owner: Ryan, William
Claim: ████████5D01

## U PLEMENT INFORMATION

## VEHICLE HISTORY INFORMATION

### VINguard®

VINguard® Message: VINguard has decoded this VIN without any errors

### ISO Vehicle History:

| | |
|---|---|
| **Number of times reported to ISO:** | 2 |
| **ISO's file number:** | █████████ |
| Loss date: | 07/15/2017 |
| Claim ref: | █████████ |
| ISO notified: | 07/18/2017 |
| Loss date: | 07/15/2017 |
| Claim ref: | ██████85 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT B

 **MARKET VALUATION REPORT**

Owner: Ryan, William
Claim: ▓▓▓▓▓▓▓5D01

---

## EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT

CCC provides ALLSTATE FIRE & CASUALTY INS CO information reported by Experian regarding the **2015 Kia Sorento (5XYKU4A75FG639350)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**

⸱ No Event Found
◒ Event Found
ⱨⱨ Information Needed

| TITLE CHECK | RESULTS FOUND |
|---|---|
| Abandoned | No Abandoned Record Found |
| Damaged | No Damaged Record Found |
| Fire Damage | No Fire Damage Record Found |
| Grey Market | No Grey Market Record Found |
| Hail Damage | No Hail Damage Record Found |
| Insurance Loss | No Insurance Loss Record Found |
| Junk | No Junk Record Found |
| Rebuilt | No Rebuilt Record Found |
| Salvage | No Salvage Record Found |

**TITLE CHECK**

AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

| EVENT CHECK | RESULTS FOUND |
|---|---|
| NHTSA Crash Test Vehicle | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | No Frame Damage Record Found |
| Major Damage Incident | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | No Odometer Problem Record Found |
| Recycled | No Recycled Record Found |
| Water Damage | No Water Damage Record Found |
| Salvage Auction | No Salvage Auction Record Found |

**EVENT CHECK**

AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

| VEHICLE INFORMATION | RESULTS FOUND |
|---|---|
| Accident | Accident Record Found |
| Corrected Title | No Corrected Title Record Found |
| Driver Education | No Driver Education Record Found |
| Fire Damage Incident | No Fire Damage Incident Record Found |
| Lease | No Lease Record Found |
| Lien | No Lien Record Found |
| Livery Use | No Livery Use Record Found |
| Government Use | No Government Use Record Found |
| Police Use | No Police Use Record Found |
| Fleet | No Fleet Record Found |
| Rental | No Rental Record Found |
| Fleet and/or Rental | No Fleet and/or Rental Record Found |
| Repossessed | No Repossessed Record Found |
| Taxi use | No Taxi use Record Found |
| Theft | No Theft Record Found |
| Fleet and/or Lease | No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | No Emissions Safety Inspection Record Found |
| Duplicate Title | No Duplicate Title Record Found |

**VEHICLE INFORMATION**

AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**

AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved

Page 13 of 14

**EXHIBIT B**

 **CCC**ꟷ **MARKET VALUATION REPORT** | Owner: Ryan, William
Claim: ███████5D01

▢▢ **FULL HISTORY REPORT RUN DATE: 08/17/2017**

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 10/16/2014 | FL | 24 | Motor Vehicle Dept. | ODOMETER READING FROM DMV |
| 10/16/2014 | DELTONA, FL | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/17/2014 | FL | | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 11/05/2014 | FL | | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 11/19/2014 | DELTONA, FL | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/04/2015 | DELTONA, FL | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/10/2016 | DELTONA, FL | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL (Lease Reported) |
| 07/15/2017 | DELTONA, FL | | Police Report | ACCIDENT REPORTED |
| 07/15/2017 | FL | | Police Report | VEHICLE WAS TOWED |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**EXHIBIT B**