UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

CASE NO. 6:20-cv-00276-WWB-EJK

WILLIAM RYAN,
Individually and on behalf of
all others similarly situated,

   Plaintiff,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

   Defendant.
_____/

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

  Defendant, ALLSTATE FIRE & CASUALTY INSURANCE CO. ("Allstate Fire" or "Defendant"), files this Unopposed Motion for Extension of Time to respond to the Complaint, and states as follows:

  1. On October 28, 2019, Plaintiff filed suit against Defendant in the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida. [D.E. 1-2].

  2. Defendant removed the suit to this Court on February 18, 2020. [D.E. 1].

  3. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendant's response to the Complaint is due on February 25, 2020.

  4. In the state court case, the parties entered into a stipulation extending the time for Defendant to respond to the Complaint to March 6, 2020 [D.E. 1-4, p. 78 of 85].  Judge Kathryn Weston, Circuit Court Judge, entered an order approving the stipulation on January 28, 2020 [D.E. 1-4, p. 85 of 85].

5.     Accordingly, as Defendant is still investigating the Plaintiff's allegations, Defendant respectfully requests that this Court enter an order allowing Defendant an extension through March 6, 2020 to respond to Plaintiff's Complaint.

6.     This Motion is not being made for the purpose of undue delay, and no party will suffer any prejudice if this Motion is granted.

WHEREFORE, Defendant moves this Court for an Order allowing it an extension through March 6, 2020 to respond to Plaintiff's Complaint, by answer or motion, along with such other relief as this Court deems necessary, just, and proper.

**LOCAL RULE 3.01(G) CERTIFICATE OF CONFERENCE**

Counsel for the Parties entered into a stipulation agreeing to the extension on January 27, 2020.  Accordingly, Plaintiff does not oppose the requested extension.

Respectfully submitted,

**COZEN O'CONNOR**

By:    /s/   Alexandra J. Schultz, Esq.

Peter J. Valeta
Florida Bar No. 327557
Email:  pvaleta@cozen.com
123 N Upper Wacker Dr. Suite 1800
Chicago, IL 60606
Telephone: (312) 474-7895
Facsimile: (312) 878-2022

Alexandra J. Schultz, Esq.
Florida Bar No.: 122100
Email:  aschultz@cozen.com
One North Clematis Street, Suite 510

West Palm Beach, FL 33401
Telephone:     561-515-5250
Facsimile:      561-515-5230

*Attorneys for Defendant, Allstate Fire & Casualty
Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

                   */s/* Alexandra J. Schultz, Esq.
                        Alexandra J. Schultz, Esq.

**SERVICE LIST**

*Attorneys for Plaintiff*
Jacob L. Phillips, Esq.
Edmund A. Normand, Esq.
NORMAND PLLC
3165 McCrory Place, Suite 175
Orlando, FL 32803
Telephone:  407-603-6031
Facsimile:   888-974-2175
Email: jacob.phillips@normandpllc.com
         service@normandpllc.com
         ed@normandpllc.com
and

Christopher J. Lynch, Esq.
CHRISTOPHER J. LYNCH, P.A.
6915 Red Road, Suite 208
Coral Gables, FL 33143
Telephone: 305-443-6200
Facsimile: 305-443-6204
Email: clynch@hunterlynchlaw.com
         lmartinez@hunterlynchlaw.com