UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

CASE NO. 6:20-cv-00276-WWB-EJK

WILLIAM RYAN,
Individually and on behalf of
all others similarly situated,

        Plaintiff,

v.

ALLSTATE FIRE & CASUALTY
INSURANCE COMPANY,

        Defendant.
_____/

## JOINT MOTION FOR AGREED REMAND TO STATE COURT

Defendant, ALLSTATE FIRE & CASUALTY INSURANCE CO. ("Allstate Fire" or "Defendant"), and Plaintiff, WILLIAM RYAN ("Ryan" or "Plaintiff") (collectively, the "Parties"), file this Joint Motion for Agreed Remand to State Court, and state as follows:

1. There is currently pending Plaintiff's Motion to Remand [D.E. 13]. Defendant has opposed this motion.

2. The parties have consulted and have reached a compromise agreement to the entry of an order remanding this matter to state court, without prejudice to Defendant's contention that this matter was properly removed to this Court and that there was a factual basis for such removal based on the amount-in-controversy.

WHEREFORE, the Parties jointly move this Court for the entry of an Order remanding this matter to state court, along with such other relief as this Court deems necessary, just, and proper.[1]

Respectfully submitted,

| | |
|---|---|
| /s/ Alexandra J. Schultz | /s/ Ed Normand |
| Alexandra J. Schultz | Edmund A. Normand |
| Florida Bar No. 122100 | FBN: 865590 |
| aschultz@cozen.com | /s/ Jake Phillips |
| **COZEN O'CONNOR** | Jacob L. Phillips |
| One North Clematis Street, Suite 510 | FBN: 120130 |
| West Palm Beach, Florida 33401 | **NORMAND PLLC** |
| Telephone: (561) 515-5250 | 3165 McCrory Place, Ste. 175 |
| Facsimile: (561) 515-5230 | Orlando, FL 32803 |
| | Tel: 407.603.6031 |
| and | ed@normandpllc.com |
| | jacob.phillips@normandpllc.com |
| /s/ Peter J. Valeta | service@normandpllc.com |
| Peter J. Valeta | |
| Florida Bar No. 327557 | /s/ Christopher J. Lynch |
| pvaleta@cozen.com | Christopher J. Lynch |
| **COZEN O'CONNOR** | FBN: 331041 |
| 123 N Upper Wacker Dr. Suite 1800 | **CHRISTOPHER J. LYNCH, P.A.** |
| Chicago, IL 60606 | 6915 Red Road, Suite 208 |
| Telephone: (312) 474-7895 | Coral Gables, FL 33143 |
| Facsimile: (312) 878-2022 | 312.967.3653 |
| | clynch@hunterlynchlaw.com |
| *Counsel for Defendant, Allstate Fire & Casualty Insurance Company* | lmartinez@hunterlynchlaw.com |
| | *Counsel for Plaintiff* |

---

[1] On April 2, 2020, this Court entered an order [D.E. 17] extending the time for Plaintiff's response to Defendant's Motion to Dismiss and Compel Appraisal [D.E. 12] and for Defendant's response to Plaintiff's Motion to Remand [D.E. 13] to May 4, 2020. The instant motion would render those deadlines moot. In the event the instant motion cannot be acted upon prior to May 4, the Parties request an additional extension of those deadlines until the Court is able to act on the instant motion.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of April, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

                                               */s/* Alexandra J. Schultz, Esq.
                                               Alexandra J. Schultz, Esq.

**SERVICE LIST**

| *Attorneys for Plaintiff* | and |
|---|---|
| Jacob L. Phillips, Esq. | |
| Edmund A. Normand, Esq. | Christopher J. Lynch, Esq. |
| NORMAND PLLC | CHRISTOPHER J. LYNCH, P.A. |
| 3165 McCrory Place, Suite 175 | 6915 Red Road, Suite 208 |
| Orlando, FL 32803 | Coral Gables, FL 33143 |
| Telephone: 407-603-6031 | Telephone: 305-443-6200 |
| Facsimile: 888-974-2175 | Facsimile: 305-443-6204 |
| Email: jacob.phillips@normandpllc.com | Email: clynch@hunterlynchlaw.com |
|        service@normandpllc.com |        lmartinez@hunterlynchlaw.com |
|        ed@normandpllc.com | |